**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ScripsAmerica, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **26-2598594** |

4. **Debtor's address**

**Principal place of business**

**1094 Main Avenue**
**Suite A**
**Clifton, NJ 07011**
Number, Street, City, State & ZIP Code

**Passaic**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**    **www.scripsamerica.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **ScripsAmerica, Inc.**                                          Case number (*if known*) _____
          Name

**7. Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___**5511**___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor    **ScripsAmerica, Inc.**                                    Case number (*if known*)
          Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
           Contact name     _____
           Phone            _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    ScripsAmerica, Inc.                                    Case number (if known)
          Name

Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 6, 2016
               MM / DD / YYYY

X _____            Jeffrey J. Andrews
   Signature of authorized representative of debtor    Printed name

Title    Chief Financial Officer

**18. Signature of attorney**

X _____            Date September 6, 2016
   Signature of attorney for debtor                MM / DD / YYYY

   Joseph J. McMahon, Jr.
   Printed name

   Ciardi Ciardi & Astin
   Firm name

   1204 North King Street
   Wilmington, DE 19801
   Number, Street, City, State & ZIP Code

   Contact phone    302.658.1100    Email address    jmcmahon@ciardilaw.com

   4819
   Bar number and State

Debtor   **ScripsAmerica Inc.**
Name                                                          Case number (if known)

☐ Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

have been authorized to file this petition on behalf of the debtor

have examined the information in this petition and have a reasonable belief that the information is true and correct.

declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 6, 2016
              MM / DD / YYYY

X _____          Jeffrey J. Andrews
Signature of authorized representative of debtor    Printed name

Title   Chief Financial Officer

**18. Signature of attorney**

X _____          Date September 7, 2016
Signature of attorney for debtor                    MM / DD / YYYY

Joseph J. McMahon, Jr.
Printed name

**Ciardi Ciardi & Astin**
Firm name

1204 North King Street
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone   302.658.1100        Email address   jmcmahon@ciardilaw.com

4819
Bar number and State

## ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUALS
## FILING FOR BANKRUPTCY UNDER CHAPTER 11

1.      If any of the Debtor's securities are registered under Section 12 of the Securities
Exchange Act of 1934, the SEC file number is 000-54550.

2.      The following data is the latest available information and refers to the Debtor's condition:

   a.      **Total Assets** [1]

   As of 3/31/15                              As of 9/6/16
   $4,919,160                                 $600,000.00[2]

   b.      **Total Debts**

   As of 3/31/15                              As of 9/6/16
   $5,488,398[3]                              $4,655,000

   c.      Debt securities held by more than 500 holders: Not Applicable

   d.      Number of shares of preferred stock                    0

   e.      Number of shares of common stock                    140,743,977

Comments, if any:  Preferred stock was replaced with debt in 2016.

3.      Brief description of debtor's business:  The Debtor is a holding company that manages 3
companies in the pharmaceutical industry.

4.      List the names of any person who directly or indirectly owns, controls, or holds, with
power to vote, 5% or more of the voting securities of Debtor:

Robert Schneiderman – 12.83%
Steve Urbanski – 6.83%

---

[1] The 10k for March 31, 2015 was the last filed document with Securities Exchange Commission.
[2] Assets as of 9/6/16 significantly reduced due to reduction in consolidated cash and receivables to approximately
$600,000.00.
[3] Consolidated liabilities significantly reduced to approximately $4,655,000.

**SCRIPS AMERICA, INC.**

## ACTION BY WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF SCRIPS AMERICA, INC.

### CONSENT DATED THE 29TH DAY OF AUGUST, 2016

Pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, the undersigned, being a quorum of the Directors of Scrips America, Inc., a Delaware corporation (the "Company"), do hereby consent to the following actions, to the same extent as though duly presented to and unanimously adopted at a special meeting of the Board of Directors of the Company (the "Board") at which a quorum was present and acting throughout:

WHEREAS, the Board has considered the financial and operational aspects of the Company's business, and the financial and operational aspects the Company's business; and

WHEREAS, the Board has reviewed the historical performance of the Company, and the current and long-term liabilities of the Company; and

WHEREAS, the Board of Directors intends for the Company to file a voluntary petition (the "Bankruptcy Proceedings") under the provisions of chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code"); and

WHEREAS, the Board of Directors has reviewed and considered the Company's options and the recommendations of professionals and advisors to the Company as to the terms of the proposed restructuring or liquidation to be implemented during the course of the Bankruptcy Proceedings.

NOW, THEREFORE, IT IS HEREBY RESOLVED:

1.      It is desirable and in the best interests of the Company, its creditors, and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of the Bankruptcy Code.

2.      The Officers are directed, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, affidavits and other papers or documents, and to take any and all action which it deems necessary or proper to obtain such relief, if, in the judgment of the Company, the Company is adequately prepared prior to such filings.

3.      The Officers are directed, authorized and empowered to employ on behalf of the Company, Ciardi Ciardi & Astin, a law firm with experience and expertise in the areas of workouts, non-bankruptcy reorganizations and bankruptcy reorganizations in similar situations to that of the Company and the Affiliates.

4.      The Officers are directed, authorized and empowered, in the name of, and on behalf of the Company to take or cause to be taken any and all such other and further action, and

to execute, acknowledge, deliver and file any and all such instruments as each in his discretion, may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

5.    All of the acts and transactions of management and members of the Board of Directors of the Company, that relate to matters contemplated by the foregoing resolutions that have been undertaken in the name and on behalf of the Company prior to the effective date of these resolutions, are hereby in all respects approved, confirmed and ratified.

This consent may be executed in counterparts and all so executed shall constitute one consent, notwithstanding that all directors are not signatories to the original or same counterpart. Facsimile transmissions of the signatures provided for below may be relied upon and shall have the same force and effect as the original of such signature.

This consent to action is effective as of August 29, 2016.

IN WITNESS WHEREOF, the undersigned in their capacity as the Board of Directors of the Company have executed this written consent as of the day first written above. This written consent may be executed in any number of counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and facsimile signatures shall have the same effect as original signatures.

Brian Ettinger, Director of Scrips America, Inc.

Joseph Camardo, Director of Scrips America, Inc.

_____

Andrius Pranskevicius, Director of Scrips America, Inc.

_____

Austin Lewis, Director of Scrips America, Inc.

_____

Michael Imperiale, Director of Scrips America, Inc.

_____

Pino Certa, Director of Scrips America, Inc.

2

to execute, acknowledge, deliver and file any and all such instruments as each in his discretion, may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

5.    All of the acts and transactions of management and members of the Board of Directors of the Company, that relate to matters contemplated by the foregoing resolutions that have been undertaken in the name and on behalf of the Company prior to the effective date of these resolutions, are hereby in all respects approved, confirmed and ratified.

This consent may be executed in counterparts and all so executed shall constitute one consent, notwithstanding that all directors are not signatories to the original or same counterpart. Facsimile transmissions of the signatures provided for below may be relied upon and shall have the same force and effect as the original of such signature.

This consent to action is effective as of August 29, 2016.

IN WITNESS WHEREOF, the undersigned in their capacity as the Board of Directors of the Company have executed this written consent as of the day first written above. This written consent may be executed in any number of counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and facsimile signatures shall have the same effect as original signatures.

_____
Brian Ettinger, Director of Scrips America, Inc.

_____
Joseph Camardo, Director of Scrips America, Inc.

_____
Andrius Pranskevicius, Director of Scrips America, Inc.

_____
Austin Lewis, Director of Scrips America, Inc.

_____
Michael Imperiale, Director of Scrips America, Inc.

_____
Pino Certa, Director of Scrips America, Inc.

2

to execute, acknowledge, deliver and file any and all such instruments as each in his discretion, may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

5.    All of the acts and transactions of management and members of the Board of Directors of the Company, that relate to matters contemplated by the foregoing resolutions that have been undertaken in the name and on behalf of the Company prior to the effective date of these resolutions, are hereby in all respects approved, confirmed and ratified.

This consent may be executed in counterparts and all so executed shall constitute one consent, notwithstanding that all directors are not signatories to the original or same counterpart. Facsimile transmissions of the signatures provided for below may be relied upon and shall have the same force and effect as the original of such signature.

This consent to action is effective as of August 29, 2016.

IN WITNESS WHEREOF, the undersigned in their capacity as the Board of Directors of the Company have executed this written consent as of the day first written above. This written consent may be executed in any number of counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and facsimile signatures shall have the same effect as original signatures.


_____
Brian Ettinger, Director of Scrips America, Inc.


_____
Joseph Camardo, Director of Scrips America, Inc.


_____
Andrius Pranskevicius, Director of Scrips America, Inc.


_____
Austin Lewis, Director of Scrips America, Inc.


_____
Michael Imperiale, Director of Scrips America, Inc.


_____
Pino Certa, Director of Scrips America, Inc.


2

to execute, acknowledge, deliver and file any and all such instruments as each in his discretion, may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

5.    All of the acts and transactions of management and members of the Board of Directors of the Company, that relate to matters contemplated by the foregoing resolutions that have been undertaken in the name and on behalf of the Company prior to the effective date of these resolutions, are hereby in all respects approved, confirmed and ratified.

This consent may be executed in counterparts and all so executed shall constitute one consent, notwithstanding that all directors are not signatories to the original or same counterpart. Facsimile transmissions of the signatures provided for below may be relied upon and shall have the same force and effect as the original of such signature.

This consent to action is effective as of August 29, 2016.

IN WITNESS WHEREOF, the undersigned in their capacity as the Board of Directors of the Company have executed this written consent as of the day first written above. This written consent may be executed in any number of counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and facsimile signatures shall have the same effect as original signatures.

Brian Ettinger, Director of Scrips America, Inc.

Joseph Camardo, Director of Scrips America, Inc.

Andrius Pranskevicius, Director of Scrips America, Inc.

Austin Lewis, Director of Scrips America, Inc.

Michael Imperiale, Director of Scrips America, Inc.

Pino Certa, Director of Scrips America, Inc.

2

to execute, acknowledge, deliver and file any and all such instruments as each in his discretion, may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

5.    All of the acts and transactions of management and members of the Board of Directors of the Company, that relate to matters contemplated by the foregoing resolutions that have been undertaken in the name and on behalf of the Company prior to the effective date of these resolutions, are hereby in all respects approved, confirmed and ratified.

This consent may be executed in counterparts and all so executed shall constitute one consent, notwithstanding that all directors are not signatories to the original or same counterpart. Facsimile transmissions of the signatures provided for below may be relied upon and shall have the same force and effect as the original of such signature.

This consent to action is effective as of August 29, 2016.

IN WITNESS WHEREOF, the undersigned in their capacity as the Board of Directors of the Company have executed this written consent as of the day first written above. This written consent may be executed in any number of counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and facsimile signatures shall have the same effect as original signatures.

_____
Brian Ettinger, Director of Scrips America, Inc.


_____
Joseph Camardo, Director of Scrips America, Inc.


_____
Andrius Pranskevicius, Director of Scrips America, Inc.


_____
Austin Lewis, Director of Scrips America, Inc.


_____
Michael Imperiale, Director of Scrips America, Inc.

_____
Pino Certa, Director of Scrips America, Inc.

**Fill in this information to identify the case:**

Debtor name  **ScripsAmerica, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☒ Other document that requires a declaration    Certification of Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  6, 2016**    X _____
Signature of individual signing on behalf of debtor

**Jeffrey J. Andrews**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Arnel Asube
30 Halldorson Avenue
Aurora, ON  L4G7Z1

Charles Chodack
5659 Av Jellico
Cote Saint-Luc, QC  H4W1Z5

Charles Chodack
2428 Oregon Street
Berkeley, CA 94705

Arnold Sherrer
11 Delaware Road
Floral Park, NY 11001

Chase Fritz
143 Caroline Lane
Nicholasville, KY 40356

David Ellis
3775 5th Street
Vero Beach, FL 32968

Avraham Einhoren
750 Bay Street
Toronto, ON  M5G1N6

Cheryl Stoyanovski
1673 Pepperwood Gate
Pickering, ON  L1X2G1

David Koenig
7662 Via Grande
Boynton Beach, FL 33437

Binh Quach
1568 Princelea Place
Mississauga, ON  L5M3P2

Chu Thai
4118 Sunset Valley Court
Mississauga, ON  L4W3L5

Dimitrios Catsiliras
241 Westwood Avenue
Toronto, ON  M4J2H3

Black Cat Consulting, Inc.
13 Summit Square
Suite 112
Langhorne, PA 19047

Claude N. Allard
2 Willow Crescent
Orangeville, ON  L9V1A5

Donald A. Zilisch
214 Prairie View Drive
Beaver Dam, WI 53916

Brian Anderson
42 Highland Avenue
Monmouth Beach, NJ 07750

Colin D. Everson
20485 Silver Horn Lane
Monument, CO 80132

Dr. David Lipton
2711 NE 45th Street
Lighthouse Point, FL 33064

Brian Ettinger
5120 Woodway
Suite 5004
Houston, TX 77056

Craig Chung Sing Chan
768 Bur Oak Avenue
Markham, ON  L6E1R1

Edward Alfano
28 Harvard Avenue
Staten Island, NY 10301

Bruce Berenberg
931 Normandy T
Delray Beach, FL 33484

Cuc Quach
1568 Princelea Place
Mississauga, ON  L5M3P2

Edwin Leon Hurst
218 Cindalyn Drive
New Holland, PA 17557

Cede Fast Balance
P.O. Box 20
Bowling Green Station
New York, NY 10004

Darren Bankston
Axiom Financial LLC
327 Dahlonega Road
Suite 1701B
Cumming, GA 30040

Elisa Maguolo
Via Chiarin 101B
Campalto
Venezia, Italy

Chad Beene
740 N. 23rd Street
Philadelphia, PA 19130

Dave Norwood
14336 SE 84th Ct
New Castle, WA 98059

Fox Law Offices, P.A.
561 NE Zebrina Senda
Jensen Beach, FL 34957

Franklin P. Jensen
69 West Boulevard
East Rockaway, NY 11518

James D. Gremmo, III
2429 Oregon Street
Berkeley, CA 94707

Gayle Wolf
2567 Bedford
Montreal, QC   H351E8

Jason D. Ellis
3 Fairfax Avenue
Apartment 343
Derry, NH 03038

John M. Speers
105 Vincent Drive
Honey Brook, PA 19345

Gel Properties, LLC
16192 Coastal Highway
Lewes, DE 19958

Jason Leaf
1003 Andreas Palms Drive
Palm Springs, CA 92264

John W. Knipf
10821 Skyline Drive
Santa Ana, CA 92705

George P. Andrews, Jr.
8 Cushman Road
Rosemont, PA 19010

Jeff Sussa
32 Stephenson
Dollard Des Ormeaux, QC   H9A2V9

Joseph Camardo
701 South Bowman Avenue
Merion Station, PA 19066

Gerald Issenman
225 Stanstead Avenue
Montreal, QC   H3R1X4

Jeffrey Bolea
1531 Creek Knoll Court
S. Chesterfield, VA 23834

Karen Bell
1535 Diefenbaker Court
Pickering, ON   L1V3W2

Hal Hall
34863 Via Josefina
Rancho Mirage, CA 92270

Jeffrey J. Andrews
8 Cushman Road
Rosemont, PA 19010

Karen M. Barash
10574 Wheelhouse Circle
Boca Raton, FL 33428

Henry R. Sparrer
908 S. Reading
Bloomfield Hills, MI 48304

Jeffrey Supinsky
10 Hillcrest Lane
Woodbury, NY 11797

Katherine Pelletier
2 Prospect Court #14
Northampton, MA 01060

Implex Corporation
Attn:  Rick Fox
561 NE Zebrina Senda
Jensen Beach, FL 34957

Jerry D. Jones
3546 N. Canyon Wash Circle
Mesa, AZ 85207

Layla Biancolin
Apt 804
135 George Street South
Toronto, ON   M5A4E8

Iola Biancolin
77 Castlewood Road
Toronto, ON   M5N2L3

Jessica Lynn Halliday
32 Davis Road
Stow, MA 01775

Lee and MaryEllen Hunter
843 Persimmon Lane
Langhorne, PA 19047

James Brown Speers III
108 Vincent Drive
Honey Brook, PA 19348

Jodi Parnass
32 Stephenson
Dollard Des Ormeaux, QC   H9A2V9

Leon Hurst
843 Persimmon Lane
Langhorne, PA 19047

Leonard Cohen
Apt 29
7030 CH. De La Cote Saint-Luc
Montreal, QC  H4V1J3

2 Har Rotem Street
44539 Kear Saba
Israel

Roy Norwood
8 Concourse Drive
Tequesta, FL 33469

Lewis Asset Management
500 5th Avenue
New York, NY 10110

Mary R. Andrews
8 Cushman Road
Rosemont, PA 19010

Nancy Stanhope
112 Upper A Street
Peaks Island, ME 04108

LIMC Consulting, LLC
23 Hillsboro Road
Trumbull, CT 06611

Maurice Biancolin
Apt 804
135 George Street South
Toronto, ON  M5A4E8

Naomi Berkowitz
5755 Leger
Cote Saint-Luc, QC  H4W2E8

Linh Tu Huynh
4118 Sunset Valley Court
Mississauga, ON  L4W3L5

Menahem Einhoren
Am Bergfried 1
Langen
Germany  63225

Nick Torrens
188 Forrest Drive
Holland, PA 18966

Lori Dawn Allard
2 Willow Crescent
Orangeville, ON  L9V1A5

Meridian Equity Group, LLC
177 US Highway 1
Suite 238
Tequesta, FL 33469

Oher Einhorn
6 Joe Amar Street
Kefar-Saba
Israel

Lorne Wolf
2567 Bedford
Montreal, QC  H351E8

Michael Imperiale
94 Legend Road
San Anselmo, CA 94960

Pat Rubin
402-3495 Du Musee
Montreal, QC  H3G2C8

Louise Clement
2293 Avenue D'Oxford
Montreal, QC  H4A2X7

Michael J. Andrews
8 Cushman Road
Rosemont, PA 19010

Paul Rubin
402-3495 Du Musee
Montreal, QC  H3G2C8

Lucinda Daly
900-150 Ferrand Drive
Toronto, ON  M3C3E5

Michael Price
1106 Glen Way NE
Atlanta, GA 30319

Paul Thomas
24 Wellesley Street W
Suite 2110
Toronto, ON  4MY2X6

Lynda Davey
276 Water Street
Apt. 6
New York, NY 10036

Morris Chaikelson
4950 Ponsard Avenue
Montreal, QC  H4W2A5

Paul Zammit
601-130 Bloor Street West
Toronto, ON  M5S1N5

Mai Huynh
4118 Sunset Valley Court
Mississauga, ON  L4W3L5

Naama Einhoren
750 Bay Street
Toronto, ON  M5G1N6

Peggy Zammit
601-130 Bloor Street West
Toronto, ON  M5S1N5

135 Pond Drive
Apt. 706
Thornhill, ON  L3T7V6

16930 Helena Circle
Fountain Valley, CA 92708

106 Vincent Drive
Honey Brook, PA 19346

Rachel Stoltfus
107 Vincent Drive
Honey Brook, PA 19347

Robert Gold
900-150 Ferrand Drive
Toronto, ON  M3C3E5

Sarav Patel
Marlex Pharmaceuticals
50 McCullough Drive
New Castle, DE 19720

Rachelle Bat-Amy
55 Russell Avenue
Ottawa, ON  K1NTW9

Robert W. Tippin
2930 146th Street W
Apt. 310
Rosemount, MN 55068

Shane Perry and Brandie Perry
2502 NW Linebarger Lane
Bentonville, AR 72712

Renee Halliday
32 Davis Road
Stow, MA 01775

Robert Zirbi
55 Russell Avenue
Ottawa, ON  K1NtW9

Shari McMaster
601-130 Bloor Street West
Toronto, ON  M5S1N5

Rich Mele
537 Willow Avenue
Garwood, NJ 07027

Ronald Carulli
102 Constitution Drive
Downingtown, PA 19335

Sherri Trager
225 Stanstead Avenue
Montreal, QC  H3R1X4

Richard C. Fox
200 Memorial Parkway
Atlantic Highlands, NJ 07716

Ronald Thomas
350 Doon Valley Drive
Unit 7B
Kitchener, ON  L5M3P2

Shirley Thomas
350 Doon Valley Drive
Unit 7B
Kitchener,ON  L5M3P2

Richard C. Pelletier & Melissa Pelletier
10 Gladys Street
Lindenhurst, NY 11757

Rosana Zammit
33 Rosehill Avenue
Apt. 2908
Toronto, ON  M4T1G4

Sinh Huynh
4118 Sunset Valley Court
Mississauga, ON  L4W3L5

Robert Biancolin
77 Castlewood Road
Toronto, ON  M5N2L3

Rosario Cojuangco
30 Halldorson Avenue
Aurora, ON  L4G7Z1

Sondra Zammit
5795 Yonge Street
Apt. 1108
Toronto, ON  M2M4J3

Robert Ciancibello
50 Old Mill Road
GLAA-6
Oakville, ON

Roscoe L. Biby
1 Hickory Ridge
Fletcher, NC 28732

Stephen P. Andrews
8 Cushman Road
Rosemont, PA 19010

Robert G. Hicks
1537 Creek Knoll Court
S. Chesterfield, VA 23834

RS and Associates
c/o Robert Schneiderman
843 Persimmon Road
Langhorne, PA 19047

Stephen Smith
755 Leger
Cote Saint-Luc, QC  H4W2E8

ScripsAmerica, Inc.
1094 Main Avenue
Suite A
Clifton, NJ 07011

1094 Main Avenue
Suite A
Clifton, NJ 07011

Triumph Community Bank
c/o Triumph Healthcare Finance
10300 SW Greenburg Road
Suite 465
Portland, OR 97223

Joseph J. McMahon, Jr.
Ciardi Ciardi & Astin
1204 North King Street
Wilmington, DE 19801

Nasdaq Corporate Solutions, LLC
c/o Dan Paulo Vizconde
805 King Farm Boulevard
Rockville, MD 20850

Wholesale Rx
16 Beaver Road
Munford, TN 38058

AcquiPharm, Inc.
c/o Richard C. Fox, President
561 NE Zebrina Senda
Jensen Beach, FL 34957

Needham Law Firm A.P.C.
c/o Carlos Needham, Esquire
28494 Westinghouse Place
Suite 216
Valencia, CA 91355

ADS2 Engineering, Inc.
805 Glynn Street
Suite 127 #103
Fayetteville, GA 30214

Bread and Circuses Media, Inc.

Olde Monmouth Stock Transfer Co., Inc.
200 Memorial Highway
Atlantic Highlands, NJ 07716

Alexander Plotke
11282 164th Ct. N
Jupiter, FL 33478

Coffey Burlington
2601 South Bayshore Drive
Penthouse 1
Miami, FL 33133

P.I.M.D. International, LLC
1018 US Highway 80 W
Suite 603
Pooler, GA 31322

Alexandra Jones
9 Fernglen Drive
The Woodlands, TX 77380-3957

Development 72, LLC
2090 Palm Beach Lakes Boulevard
Concourse Towers II, Suite 701
West Palm Beach, FL 33409

Robert Schneiderman
843 Persimmon Lane
Langhorne, PA 19047

Alpha Huynh
4118 Sunset Valley Court
Mississauga, ON L4W3L5

Glaser Weil
c/o Michael Cypers, Esquire
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067

Rosenberg Rich Baker Berman & Company
265 Davidson Avenue
Suite 210
Somerset, NJ 08873-4120

Amy Green
105 Vincent Drive
Honey Brook, PA 19345

Goldberg & Rimberg PLLC
Robert Rimberg, Esquire
Alex Markus, Esquire
115 Broadway, Suite 302
New York, NY 10006

Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Andrea Schneiderman
843 Persimmon Lane
Langhorne, PA 19047

KMJ Corbin & Company
555 Anton Boulevard
Suite 1000
Costa Mesa, CA 92626

Sills Cummins & Gross, P.C.
c/o Jeff Greenbaum, Esquire
One Riverfront Plaza
The Legal Center
Newark, NJ 07102-5400

Andrius Pranskevivius
2090 Palm Beach Lakes Boulevard
Suite 701
West Palm Beach, FL 33409

LNK International, Inc.
c/o Doug Bausch, V.P. Sales & Marketing
22 Arkay Drive
Hauppauge, NY 11788

Triumph Community Bank
d/b/a Triumph Healthcare Finance
10300 SW Greenburg Road
Suite 465
Portland, OR 97223

Armen Miskovich
387 Mahogany Point
Jupiter, FL 33458

Steve Urbanski
1142 Bonnie Lane
Mount Pleasant, SC 29464

4118 Sunset Valley Court
Mississauga, ON  L4W3L5

Steven Rotman
101 Aylesbury Road
Worcester, MA 01609

Zahid Adbullatif
Apt 33
7030 Ch. De La Cote-Saint LUC
Montreal, QC  H4V1J3

Tanya Halliday
928 Kadrich Street
Blacksburg, VA 24060

John C. Kirkland, Esquire
P.O. Box 6467
St Thomas, VI 00804-6497

Thomas Ka Chun Siu
23 Walter Scott Cres
Markham, ON  L6C0E6

Littleton Joyce Ugheta Park & Kelly, LLP
c/o Jason R. Schmitz, Esquire
141 West Front Street
Suite 120
Red Bank, NJ 07701

Tom Stoyanovski
1673 Pepperwood Gate
Pickering, ON  L1X2G1

Lowenstein Sandler
c/o Matthew M. Oliver
1251 Avenue of the Americas
New York, NY 10020

Triggs Global Management
2740 SW Martin Downs Boulevard #165
Palm City, FL 34990

Makarem & Associates
11601 Wilshire Boulevard
Suite 2440
Los Angeles, CA 90025

Van Tu Huynh
4118 Sunset Valley Court
Mississauga, ON  L4W3L5

William Dauber
3 Connel Drive
Langhorne, PA 19047

William E. Wenzel, Jr.
71-44 Central Avenue
Glendale, NY 11385

Xuan Thi Huynh
4118 Sunset Valley Court
Mississauga, ON  L4W3L5

Fill in this information to identify the case:

Debtor name    **ScripsAmerica, Inc.**

United States Bankruptcy Court for the:    **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Triumph Community Bank d/b/a Triumph Healthcare Finance** 10300 SW Greenburg Road Suite 465 Portland, OR 97223 | | | | | | $2,018,727.51 |
| **AcquiPharm, Inc.** c/o Richard C. Fox, President 561 NE Zebrina Senda Jensen Beach, FL 34957 | Richard C. Fox, President | Note payable | | | | $473,602.00 |
| **Glaser Weil** c/o Michael Cypers, Esquire 10250 Constellation Boulevard 19th Floor Los Angeles, CA 90067 | Michael Cypers, Esquire mcypers@glaserweil.com 310-556-7885 | Professional Services | | | | $184,147.87 |
| **Sills Cummins & Gross, P.C.** c/o Jeff Greenbaum, Esquire One Riverfront Plaza The Legal Center Newark, NJ 07102-5400 | Jeff Greenbaum, Esquire jgreenbaum@sillscummis.com 973-643-5430 | Professional Services | | | | $158,475.85 |
| **Robert Schneiderman** 843 Persimmon Lane Langhorne, PA 19047 | Robert Schneiderman | Settlement | Disputed | | | $132,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor  **ScripsAmerica, Inc.**
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Robert Schneiderman 843 Persimmon Lane Langhorne, PA 19047 | Robert Schneiderman | Note Payable - 12% | Disputed | | | $80,000.00 |
| Robert Schneiderman 843 Persimmon Lane Langhorne, PA 19047 | Robert Schneiderman | Chaselink Credit Card | Disputed | | | $30,000.00 |
| Coffey Burlington 2601 South Bayshore Drive Penthouse 1 Miami, FL 33133 | 305-858-2900 | Professional Services | | | | $25,767.21 |
| Rosenthal, Monhait & Goddess, P.A. 919 Market Street, Suite 1401 P.O. Box 1070 Wilmington, DE 19899-1070 | Jeff Goddess, Esquire 302-656-4433 | Professional Services | | | | $20,666.06 |
| KMJ Corbin & Company 555 Anton Boulevard Suite 1000 Costa Mesa, CA 92626 | 714-380-6565 | Professional Services | | | | $12,340.00 |
| Goldberg & Rimberg PLLC Robert Rimberg, Esquire Alex Markus, Esquire 115 Broadway, Suite 302 New York, NY 10006 | Robert Rimberg, Esquire rlr@grlawpllc.com 212-697-3250 | Professional Services | | | | $8,981.25 |
| Nasdaq Corporate Solutions, LLC c/o Dan Paulo Vizconde 805 King Farm Boulevard Rockville, MD 20850 | | | | | | $2,740.00 |

Debtor   **ScripsAmerica, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rosenberg Rich Baker Berman & Company 265 Davidson Avenue Suite 210 Somerset, NJ 08873-4120** | **908-231-1000** | **Professional Services** | | | | **$2,080.00** |
| **Needham Law Firm A.P.C. c/o Carlos Needham, Esquire 28494 Westinghouse Place Suite 216 Valencia, CA 91355** | **Carlos Neeham, Esquire cneedham@needhamlegal.com 661-843-6174** | **Professional Services** | | | | **$2,033.07** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## District of Delaware

In re   **ScripsAmerica, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ADS2 Engineering, Inc.<br>805 Glynn Street<br>Suite 127 #103<br>Fayetteville, GA 30214 | | 2,000 | Common Stock |
| Alexander Plotke<br>11282 164th Ct. N<br>Jupiter, FL 33478 | | 45,000 | Common Stock |
| Alexandra Jones<br>9 Fernglen Drive<br>The Woodlands, TX 77380-3957 | | 50,000 | Common Stock |
| Alpha Huynh<br>4118 Sunset Valley Court<br>Mississauga, ON  L4W3L5 | | 500 | Common Stock |
| Amy Green<br>105 Vincent Drive<br>Honey Brook, PA 19345 | | 14,080 | Common Stock |
| Andrea Schneiderman<br>843 Persimmon Lane<br>Langhorne, PA 19047 | | 428,192 | Common Stock |
| Andrius Pranskevivius<br>2090 Palm Beach Lakes Boulevard<br>Suite 701<br>West Palm Beach, FL 33409 | | 300,000 | Common Stock |
| Armen Miskovich<br>387 Mahogany Point<br>Jupiter, FL 33458 | | 45,000 | Common Stock |
| Arnel Asube<br>30 Halldorson Avenue<br>Aurora, ON  L4G7Z1 | | 500 | Common Stock |
| Arnold Sherrer<br>11 Delaware Road<br>Floral Park, NY 11001 | | 500,000 | Common Stock |
| Avraham Einhoren<br>750 Bay Street<br>Toronto, ON  M5G1N6 | | 500 | Common Stock |

In re:  **ScripsAmerica, Inc.**                                                    Case No. _____

_____
                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Binh Quach**<br>**1568 Princelea Place**<br>**Mississauga, ON  L5M3P2** | | 500 | **Common Stock** |
| **Black Cat Consulting, Inc.**<br>**13 Summit Square**<br>**Suite 112**<br>**Langhorne, PA 19047** | | 4,500,000 | **Common Stock** |
| **Brian Anderson**<br>**42 Highland Avenue**<br>**Monmouth Beach, NJ 07750** | | 140,000 | **Common Stock** |
| **Brian Ettinger**<br>**5120 Woodway**<br>**Suite 5004**<br>**Houston, TX 77056** | | 343,000 | **Common Stock** |
| **Bruce Berenberg**<br>**931 Normandy T**<br>**Delray Beach, FL 33484** | | 600,000 | **Common Stock** |
| **Cede Fast Balance**<br>**P.O. Box 20**<br>**Bowling Green Station**<br>**New York, NY 10004** | | 83,958,786 | **Common Stock** |
| **Chad Beene**<br>**740 N. 23rd Street**<br>**Philadelphia, PA 19130** | | 50,000 | **Common Stock** |
| **Charles Benedek**<br>**5659 Av Jellico**<br>**Cote Saint-Luc, QC  H4W1Z5** | | 500 | **Common Stock** |
| **Chase Fritz**<br>**143 Caroline Lane**<br>**Nicholasville, KY 40356** | | 275,000 | **Common Stock** |
| **Cheryl Stoyanovski**<br>**1673 Pepperwood Gate**<br>**Pickering, ON  L1X2G1** | | 500 | **Common Stock** |
| **Chu Thai**<br>**4118 Sunset Valley Court**<br>**Mississauga, ON  L4W3L5** | | 500 | **Common Stock** |

In re:  **ScripsAmerica, Inc.**                                              Case No. _____

                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Claude N. Allard**<br>**2 Willow Crescent**<br>**Orangeville, ON  L9V1A5** | | 500 | **Common Stock** |
| **Colin D. Everson**<br>**20485 Silver Horn Lane**<br>**Monument, CO 80132** | | 600,000 | **Common Stock** |
| **Craig Chung Sing Chan**<br>**768 Bur Oak Avenue**<br>**Markham, ON  L6E1R1** | | 400,000 | **Common Stock** |
| **Cuc Quach**<br>**1568 Princelea Place**<br>**Mississauga, ON  L5M3P2** | | 500 | **Common Stock** |
| **Darren Bankston**<br>**Axiom Financial LLC**<br>**327 Dahlonega Road**<br>**Suite 1701B**<br>**Cumming, GA 30040** | | 3,000 | **Common Stock** |
| **Dave Norwood**<br>**14336 SE 84th Ct**<br>**New Castle, WA 98059** | | 90,000 | **Common Stock** |
| **David Chodack**<br>**2428 Oregon Street**<br>**Berkeley, CA 94705** | | 2,000 | **Common Stock** |
| **David Ellis**<br>**3775 5th Street**<br>**Vero Beach, FL 32968** | | 870,000 | **Common Stock** |
| **David Koenig**<br>**7662 Via Grande**<br>**Boynton Beach, FL 33437** | | 1,800,000 | **Common Stock** |
| **Dimitrios Catsiliras**<br>**241 Westwood Avenue**<br>**Toronto, ON  M4J2H3** | | 500 | **Common Stock** |
| **Donald A. Zilisch**<br>**214 Prairie View Drive**<br>**Beaver Dam, WI 53916** | | 90,000 | **Common Stock** |

List of equity security holders consists of 13 total page(s)

In re:   **ScripsAmerica, Inc.**                                                        Case No. _____

_____
                                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dr. David Lipton<br>2711 NE 45th Street<br>Lighthouse Point, FL 33064 | | 1,855,000 | Common Stock |
| Edward Alfano<br>28 Harvard Avenue<br>Staten Island, NY 10301 | | 170,000 | Common Stock |
| Edwin Leon Hurst<br>218 Cindalyn Drive<br>New Holland, PA 17557 | | 900,000 | Common Stock |
| Elisa Maguolo<br>Via Chiarin 101B<br>Campalto<br>Venezia, Italy | | 500 | Common Stock |
| Fox Law Offices, P.A.<br>561 NE Zebrina Senda<br>Jensen Beach, FL 34957 | | 231,522 | Common Stock |
| Franklin P. Jensen<br>69 West Boulevard<br>East Rockaway, NY 11518 | | 166,266 | Common Stock |
| Gayle Wolf<br>2567 Bedford<br>Montreal, QC  H351E8 | | 500 | Common Stock |
| Gel Properties, LLC<br>16192 Coastal Highway<br>Lewes, DE 19958 | | 30 | Common Stock |
| George P. Andrews, Jr.<br>8 Cushman Road<br>Rosemont, PA 19010 | | 50,000 | Common Stock |
| Gerald Issenman<br>225 Stanstead Avenue<br>Montreal, QC  H3R1X4 | | 500 | Common Stock |
| Hal Hall<br>34863 Via Josefina<br>Rancho Mirage, CA 92270 | | 151,405 | Common Stock |
| Henry R. Sparrer<br>908 S. Reading<br>Bloomfield Hills, MI 48304 | | 28,000 | Common Stock |

List of equity security holders consists of 13 total page(s)

In re:   **ScripsAmerica, Inc.**                                                    Case No. _____
_____
                                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Implex Corporation**<br>**Attn: Rick Fox**<br>**561 NE Zebrina Senda**<br>**Jensen Beach, FL 34957** | | **116,279** | **Common Stock** |
| **Iola Biancolin**<br>**77 Castlewood Road**<br>**Toronto, ON  M5N2L3** | | **500** | **Common Stock** |
| **James Brown Speers III**<br>**108 Vincent Drive**<br>**Honey Brook, PA 19348** | | **51,000** | **Common Stock** |
| **James Halliday**<br>**32 Davis Road**<br>**Stow, MA 01775** | | **100,000** | **Common Stock** |
| **Jason D. Ellis**<br>**3 Fairfax Avenue**<br>**Apartment 343**<br>**Derry, NH 03038** | | **460,000** | **Common Stock** |
| **Jason Leaf**<br>**1003 Andreas Palms Drive**<br>**Palm Springs, CA 92264** | | **490,169** | **Common Stock** |
| **Jeff Sussa**<br>**32 Stephenson**<br>**Dollard Des Ormeaux, QC  H9A2V9** | | **500** | **Common Stock** |
| **Jeffrey Bolea**<br>**1531 Creek Knoll Court**<br>**S. Chesterfield, VA 23834** | | **650,000** | **Common Stock** |
| **Jeffrey J. Andrews**<br>**8 Cushman Road**<br>**Rosemont, PA 19010** | | **3,908,000** | **Common Stock** |
| **Jeffrey Supinsky**<br>**10 Hillcrest Lane**<br>**Woodbury, NY 11797** | | **10,000** | **Common Stock** |
| **Jerry D. Jones**<br>**3546 N. Canyon Wash Circle**<br>**Mesa, AZ 85207** | | **600,000** | **Common Stock** |

List of equity security holders consists of 13 total page(s)

In re: **ScripsAmerica, Inc.** _____ Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jessica Lynn Halliday**<br>**32 Davis Road**<br>**Stow, MA 01775** | | **50,000** | **Common Stock** |
| **Jodi Parnass**<br>**32 Stephenson**<br>**Dollard Des Ormeaux, QC H9A2V9** | | **500** | **Common Stock** |
| **John J. Gremmo, III**<br>**2429 Oregon Street**<br>**Berkeley, CA 94707** | | **5,000** | **Common Stock** |
| **John M. Speers**<br>**105 Vincent Drive**<br>**Honey Brook, PA 19345** | | **21,000** | **Common Stock** |
| **John W. Knipf**<br>**10821 Skyline Drive**<br>**Santa Ana, CA 92705** | | **84,000** | **Common Stock** |
| **Joseph Camardo**<br>**701 South Bowman Avenue**<br>**Merion Station, PA 19066** | | **340,000** | **Common Stock** |
| **Karen Bell**<br>**1535 Diefenbaker Court**<br>**Pickering, ON L1V3W2** | | **500** | **Common Stock** |
| **Karen M. Barash**<br>**10574 Wheelhouse Circle**<br>**Boca Raton, FL 33428** | | **500,000** | **Common Stock** |
| **Katherine Pelletier**<br>**2 Prospect Court #14**<br>**Northampton, MA 01060** | | **50,000** | **Common Stock** |
| **Layla Biancolin**<br>**Apt 804**<br>**135 George Street South**<br>**Toronto, ON M5A4E8** | | **500** | **Common Stock** |
| **Lee and MaryEllen Hunter**<br>**843 Persimmon Lane**<br>**Langhorne, PA 19047** | | **50,000** | **Common Stock** |
| **Leon Hurst**<br>**843 Persimmon Lane**<br>**Langhorne, PA 19047** | | **1,580,000** | **Common Stock** |

List of equity security holders consists of 13 total page(s)
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

In re:   **ScripsAmerica, Inc.**                                                    Case No. _____
                                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Leonard Cohen**<br>**Apt 29**<br>**7030 CH. De La Cote Saint-Luc**<br>**Montreal, QC  H4V1J3** | | **500** | **Common Stock** |
| **Lewis Asset Management**<br>**500 5th Avenue**<br>**New York, NY 10110** | | **108,000** | **Common Stock** |
| **LIMC Consulting, LLC**<br>**23 Hillsboro Road**<br>**Trumbull, CT 06611** | | **200,000** | **Common Stock** |
| **Linh Tu Huynh**<br>**4118 Sunset Valley Court**<br>**Mississauga, ON  L4W3L5** | | **500** | **Common Stock** |
| **Lori Dawn Allard**<br>**2 Willow Crescent**<br>**Orangeville, ON  L9V1A5** | | **500** | **Common Stock** |
| **Lorne Wolf**<br>**2567 Bedford**<br>**Montreal, QC  H351E8** | | **500** | **Common Stock** |
| **Louise Clement**<br>**2293 Avenue D'Oxford**<br>**Montreal, QC  H4A2X7** | | **500** | **Common Stock** |
| **Lucinda Daly**<br>**900-150 Ferrand Drive**<br>**Toronto, ON  M3C3E5** | | **500** | **Common Stock** |
| **Lynda Davey**<br>**276 Water Street**<br>**Apt. 6**<br>**New York, NY 10036** | | **98,585** | **Common Stock** |
| **Mai Huynh**<br>**4118 Sunset Valley Court**<br>**Mississauga, ON  L4W3L5** | | **500** | **Common Stock** |
| **Marc Aboaf**<br>**2 Har Rotem Street**<br>**44539 Kear Saba**<br>**Israel** | | **500** | **Common Stock** |

List of equity security holders consists of 13 total page(s)

In re:  **ScripsAmerica, Inc.** _____    Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Mary R. Andrews<br>8 Cushman Road<br>Rosemont, PA 19010 | | 150,000 | Common Stock |
| Maurice Biancolin<br>Apt 804<br>135 George Street South<br>Toronto, ON  M5A4E8 | | 500 | Common Stock |
| Menahem Einhoren<br>Am Bergfried 1<br>Langen<br>Germany  63225 | | 500 | Common Stock |
| Meridian Equity Group, LLC<br>177 US Highway 1<br>Suite 238<br>Tequesta, FL 33469 | | 111,000 | Common Stock |
| Michael Imperiale<br>94 Legend Road<br>San Anselmo, CA 94960 | | 184,000 | Common Stock |
| Michael J. Andrews<br>8 Cushman Road<br>Rosemont, PA 19010 | | 150,000 | Common Stock |
| Michael Price<br>1106 Glen Way NE<br>Atlanta, GA 30319 | | 2,000 | Common Stock |
| Morris Chaikelson<br>4950 Ponsard Avenue<br>Montreal, QC  H4W2A5 | | 500 | Common Stocl |
| Naama Einhoren<br>750 Bay Street<br>Toronto, ON  M5G1N6 | | 500 | Common Stock |
| Nancy Norwood<br>8 Concourse Drive<br>Tequesta, FL 33469 | | 45,000 | Common Stock |
| Nancy Stanhope<br>112 Upper A Street<br>Peaks Island, ME 04108 | | 200,000 | Common Stock |

In re:  **ScripsAmerica, Inc.**                                    Case No. _____
                                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Naomi Berkowitz**<br>**5755 Leger**<br>**Cote Saint-Luc, QC  H4W2E8** | | **500** | **Common Stock** |
| **Nick Torrens**<br>**188 Forrest Drive**<br>**Holland, PA 18966** | | **146,889** | **Common Stock** |
| **Oher Einhorn**<br>**6 Joe Amar Street**<br>**Kefar-Saba**<br>**Israel** | | **500** | **Common Stock** |
| **Pat Rubin**<br>**402-3495 Du Musee**<br>**Montreal, QC  H3G2C8** | | **500** | **Common Stock** |
| **Paul Rubin**<br>**402-3495 Du Musee**<br>**Montreal, QC  H3G2C8** | | **500** | **Common Stock** |
| **Paul Thomas**<br>**24 Wellesley Street W**<br>**Suite 2110**<br>**Toronto, ON  4MY2X6** | | **500** | **Common Stock** |
| **Paul Zammit**<br>**601-130 Bloor Street West**<br>**Toronto, ON  M5S1N5** | | **500** | **Common Stock** |
| **Peggy Zammit**<br>**601-130 Bloor Street West**<br>**Toronto, ON  M5S1N5** | | **500** | **Common Stock** |
| **Philip Chun Yin Chan**<br>**135 Pond Drive**<br>**Apt. 706**<br>**Thornhill, ON  L3T7V6** | | **400,000** | **Common Stock** |
| **Rachel Stoltfus**<br>**107 Vincent Drive**<br>**Honey Brook, PA 19347** | | **1,000** | **Common Stock** |
| **Rachelle Bat-Amy**<br>**55 Russell Avenue**<br>**Ottawa, ON  K1NTW9** | | **500** | **Common Stock** |

List of equity security holders consists of 13 total page(s)

In re:   **ScripsAmerica, Inc.**                                          Case No. _____

                                                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Renee Halliday**<br>**32 Davis Road**<br>**Stow, MA 01775** | | 100,000 | **Common Stock** |
| **Rich Mele**<br>**537 Willow Avenue**<br>**Garwood, NJ 07027** | | 150,000 | **Common Stock** |
| **Richard C. Fox**<br>**200 Memorial Parkway**<br>**Atlantic Highlands, NJ 07716** | | 62,000 | **Common Stock** |
| **Richard C. Pelletier & Melissa Pelletier**<br>**10 Gladys Street**<br>**Lindenhurst, NY 11757** | | 50,000 | **Common Stock** |
| **Robert Biancolin**<br>**77 Castlewood Road**<br>**Toronto, ON  M5N2L3** | | 500 | **Common Stock** |
| **Robert Ciancibello**<br>**50 Old Mill Road**<br>**GLAA-6**<br>**Oakville, ON** | | 500 | **Common Stock** |
| **Robert G. Hicks**<br>**1537 Creek Knoll Court**<br>**S. Chesterfield, VA 23834** | | 550,000 | **Common Stock** |
| **Robert G. Hopps and Avis Hopps**<br>**16930 Helena Circle**<br>**Fountain Valley, CA 92708** | | 19,600 | **Common Stock** |
| **Robert Gold**<br>**900-150 Ferrand Drive**<br>**Toronto, ON  M3C3E5** | | 500 | **Common Stock** |
| **Robert Schneiderman**<br>**843 Persimmon Lane**<br>**Langhorne, PA 19047** | | 18,084,000 | **Common Stock** |
| **Robert W. Tippin**<br>**2930 146th Street W**<br>**Apt. 310**<br>**Rosemount, MN 55068** | | 200,000 | **Common Stock** |

In re: **ScripsAmerica, Inc.**                                        Case No. _____
                                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert Zirbi**<br>**55 Russell Avenue**<br>**Ottawa, ON  K1NtW9** | | **500** | **Common Stock** |
| **Ronald Carulli**<br>**102 Constitution Drive**<br>**Downingtown, PA 19335** | | **50,000** | **Common Stock** |
| **Ronald Thomas**<br>**350 Doon Valley Drive**<br>**Unit 7B**<br>**Kitchener, ON  L5M3P2** | | **500** | **Common Stock** |
| **Rosana Zammit**<br>**33 Rosehill Avenue**<br>**Apt. 2908**<br>**Toronto, ON  M4T1G4** | | **500** | **Common Stock** |
| **Rosario Cojuangco**<br>**30 Halldorson Avenue**<br>**Aurora, ON  L4G7Z1** | | **500** | **Common Stock** |
| **Roscoe L. Biby**<br>**1 Hickory Ridge**<br>**Fletcher, NC 28732** | | **90,000** | **Common Stock** |
| **RS and Associates**<br>**c/o Robert Schneiderman**<br>**843 Persimmon Road**<br>**Langhorne, PA 19047** | | **314,292** | **Common Stock** |
| **Sarah Torrance**<br>**106 Vincent Drive**<br>**Honey Brook, PA 19346** | | **21,000** | **Common Stock** |
| **Sarav Patel**<br>**Marlex Pharmaceuticals**<br>**50 McCullough Drive**<br>**New Castle, DE 19720** | | **76,000** | **Common Stock** |
| **Shane Perry and Brandie Perry**<br>**2502 NW Linebarger Lane**<br>**Bentonville, AR 72712** | | **200,000** | **Common Stock** |
| **Shari McMaster**<br>**601-130 Bloor Street West**<br>**Toronto, ON  M5S1N5** | | **500** | **Common Stock** |

List of equity security holders consists of 13 total page(s)

In re:    **ScripsAmerica, Inc.** _____    Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sherri Trager**<br>**225 Stanstead Avenue**<br>**Montreal, QC  H3R1X4** | | **500** | **Common Stock** |
| **Shirley Thomas**<br>**350 Doon Valley Drive**<br>**Unit 7B**<br>**Kitchener,ON  L5M3P2** | | **500** | **Common Stock** |
| **Sinh Huynh**<br>**4118 Sunset Valley Court**<br>**Mississauga, ON  L4W3L5** | | **500** | **Common Stock** |
| **Sondra Zammit**<br>**5795 Yonge Street**<br>**Apt. 1108**<br>**Toronto, ON  M2M4J3** | | **500** | **Common Stock** |
| **Stephen P. Andrews**<br>**8 Cushman Road**<br>**Rosemont, PA 19010** | | **150,000** | **Common Stock** |
| **Stephen Smith**<br>**755 Leger**<br>**Cote Saint-Luc, QC  H4W2E8** | | **500** | **Common Stock** |
| **Steve Urbanski**<br>**1142 Bonnie Lane**<br>**Mount Pleasant, SC 29464** | | **9,616,400** | **Common Stock** |
| **Steven Rotman**<br>**101 Aylesbury Road**<br>**Worcester, MA 01609** | | **122,405** | **Common Stock** |
| **Tanya Halliday**<br>**928 Kadrich Street**<br>**Blacksburg, VA 24060** | | **50,000** | **Common Stock** |
| **Thomas Ka Chun Siu**<br>**23 Walter Scott Cres**<br>**Markham, ON  L6C0E6** | | **450,000** | **Common Stock** |
| **Tom Stoyanovski**<br>**1673 Pepperwood Gate**<br>**Pickering, ON  L1X2G1** | | **500** | **Common Stock** |

In re:   **ScripsAmerica, Inc.**                                                              Case No. _____
                                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Van Tu Huynh<br>4118 Sunset Valley Court<br>Mississauga, ON  L4W3L5 | | 500 | Common Stock |
| William Dauber<br>3 Connel Drive<br>Langhorne, PA 19047 | | | 0.02% |
| William E. Wenzel, Jr.<br>71-44 Central Avenue<br>Glendale, NY 11385 | | | 0.14% |
| Xuan Thi Huynh<br>4118 Sunset Valley Court<br>Mississauga, ON  L4W3L5 | | 500 | Common Stock |
| Yome Huynh<br>4118 Sunset Valley Court<br>Mississauga, ON  L4W3L5 | | 500 | Common Stock |
| Zahid Adbullatif<br>Apt 33<br>7030 Ch. De La Cote-Saint LUC<br>Montreal, QC  H4V1J3 | | 500 | Common Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____                    Signature _____
                                                              Jeffrey A. Andrews

*Penalty for making a false statement of concealing property*  Fine of up to $500,000 or imprisonment for up to 5 years or both
                                           18 U.S.C §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name   ScripsAmerica, Inc.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

 **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐  Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐  Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐  Schedule H: Codebtors (Official Form 206H)
- ☐  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐  Amended Schedule
- ■  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ■  Other document that requires a declaration    Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 6, 2016         X _____
                                         Signature of individual signing on behalf of debtor

                                         Jeffrey J. Andrews
                                         Printed name

                                         Chief Financial Officer
                                         Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>Scrips America, Inc,<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No. 16-_____  ( )<br>)<br>)<br>)<br>)<br>) |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and to enable the Judges to evaluate possible disqualification or recusal, on behalf of Scrips America, Inc., the undersigned certifies that the following entities directly or indirectly own 10% or more of any class of Scrips America, Inc.'s equity interests:

**Cede Fast Balance Public Market**                **59.65%**
**PO BOX 20**
**Bowling Green Station**
**New York, NY 1004**

**Robert Schneiderman**                **12.85%**
**843 Persimmon Lane**
**Langhorne, PA 19047**

Dated:  September 6, 2016

SCRIPS AMERICA, INC.

By:

Name:  Jeffrey J. Andrews
Title:    Chief Financial Officer