UNITED STATES BANKRUPTCY COURT
DISTRICT OF Delaware

In re ScripsAmerica, Inc.
         Debtor

Case No. 16-11991 (LSS)

## INITIAL MONTHLY OPERATING REPORT

File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | X | |
| **Certificates of Insurance:** | | |
| Workers Compensation | N/A | NO EMPLOYEES |
| Property | NONE | NO PROP. |
| General Liability | ✓ | |
| Vehicle | N/A | |
| Other: D+O INSURANCE | ✓ | |
| Identify areas of self-insurance w/liability caps | NONE | |
| **Evidence of Debtor in Possession Bank Accounts** | | |
| Tax Escrow Account | NONE | |
| General Operating Account | ✓ | |
| Money Market Account pursuant to Local Rule 4001-3. Refer to http://www.deb.uscourts.gov/ | NONE | |
| Other: | NONE | |
| **Retainers Paid (Form IR-2)** | XXXXXXXXX See attached | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____     9/20/2016
Signature of Debtor                                Date

_____     _____
Signature of Joint Debtor                         Date

_____, CFO         9/20/2016
Signature of Authorized Individual*       Date

_____     _____
Printed Name of Authorized Individual     Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

In re ScripsAmerica, Inc.  
Debtor  
Case No. 16-11991 (LLS)

**CASH FLOW PROJECTIONS FOR THE 12 MONTH PERIOD:   September 2016 through August 2017**

| | 16-Sep | 16-Oct | 16-Nov | 16-Dec | 17-Jan | 17-Feb | 17-Mar | 17-Apr | 17-May | 17-Jun | 17-Jul | 17-Aug | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Beginning of Month | 10,746 | 51,593 | 38,171 | 68,200 | 76,705 | 79,641 | 79,527 | 88,413 | 91,014 | 93,338 | 93,592 | 96,731 | 10,746 |
| **RECEIPTS** | | | | | | | | | | | | | |
| CASH SALES | 6,000 | 18,000 | 13,500 | 13,500 | 18,000 | 18,000 | 18,000 | 21,000 | 21,000 | 21,000 | 24,000 | 24,000 | 216,000 |
| ACCOUNTS RECEIVABLE | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LOAN AND ADVANCES | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | - |
| SALES OF ASSETS | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | - |
| CASH RECEIVED FROM SUBSIDIARIES | 234,326 | 172,971 | 200,772 | 177,298 | 142,479 | 152,479 | 152,479 | 151,194 | 101,194 | 103,194 | 130,409 | 125,409 | 1,844,204 |
| | | | | | | | | | | | | | - |
| **TOTAL RECEIPTS** | **240,326** | **190,971** | **214,272** | **190,798** | **160,479** | **170,479** | **170,479** | **172,194** | **122,194** | **124,194** | **154,409** | **149,409** | **2,060,204** |
| | | | | | | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| NET PAYROLL | 59,840 | 59,840 | 59,840 | 59,840 | 59,840 | 59,840 | 59,840 | 59,840 | 59,840 | 59,840 | 59,840 | 59,840 | 718,080 |
| PAYROLL TAXES | 8,160 | 8,160 | 8,160 | 8,160 | 8,160 | 8,160 | 8,160 | 8,160 | 8,160 | 8,160 | 8,160 | 8,160 | 97,920 |
| SALES USE AND OTHER TAXES | - | - | - | - | - | - | - | - | - | - | - | - | - |
| INVENTORY PURCHAES | - | - | - | - | - | - | - | - | - | - | - | - | - |
| SECURED RENTAL/LEASES | 5,664 | 5,695 | 5,695 | 5,695 | 5,695 | 5,695 | 5,695 | 5,695 | 5,695 | 5,695 | 5,695 | 5,695 | 68,309 |
| INSURANCE | 8,615 | 8,848 | 8,848 | 8,848 | 8,848 | 8,848 | 8,848 | 8,848 | | | 31,400 | 8,915 | 110,866 |
| ADMINISTRATIVE & SELLING | 6,450 | 6,450 | 6,450 | 7,000 | 6,550 | 6,550 | 12,550 | 6,550 | 6,550 | 12,245 | 6,550 | 6,550 | 90,445 |
| OTHER (ATTACH LIST) | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 240,000 |
| | | | | | | | | | | | | | - |
| PROFESSIONAL FEES | 85,750 | 76,250 | 56,750 | 71,750 | 45,500 | 60,500 | 45,500 | 60,500 | 18,000 | 18,000 | 18,000 | 18,000 | 574,500 |
| PROFESSIONAL FEES OTHER | | 17,500 | 17,500 | | | | | | | | | | 35,000 |
| IT EXPERT | 5,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | | | | | | 11,000 |
| U.S. TRUSTEE FEES | | 650 | | | 1,950 | | | | 1,625 | | 1,625 | | 5,850 |
| COURT COSTS | | | | | | | | | | | | | - |
| TOTAL DISBURSEMENTS | **199,479** | **204,393** | **184,243** | **182,293** | **157,543** | **170,593** | **161,593** | **169,593** | **119,870** | **123,940** | **151,270** | **127,160** | **1,951,970** |
| | | | | | | | | | | | | | |
| NET CASH FLOW | 40,847 | (13,422) | 30,029 | 8,505 | 2,936 | (114) | 8,886 | 2,601 | 2,324 | 254 | 3,139 | 22,249 | 108,234 |
| (RECEIPTS LESS DISBURSMENTS) | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Cash End of Month | **51,593** | **38,171** | **68,200** | **76,705** | **79,641** | **79,527** | **88,413** | **91,014** | **93,338** | **93,592** | **96,731** | **118,980** | **118,980** |

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

**JAMES RIVER INSURANCE COMPANY**
**6641 WEST BROAD STREET, SUITE 300**
**RICHMOND, VA 23230**

**POLICY NUMBER**
**00058570-3**

1. **NAMED INSURED AND MAILING ADDRESS:**       **PRODUCER:** 11841

   ScripsAmerica Inc                              Partners Specialty Group, LLC (Horsham)
   P I M D LLC  a FL Limited Liability Corp       100 Tournament Drive, Suite 214
   1094 Main Avenue Suite A                       Horsham, PA 19044
   Clifton, NJ 07011

2. **POLICY PERIOD:** From 07/15/2016 to 07/15/2017 12:01 A.M. Standard Time at your Mailing Address above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, IN RELIANCE UPON THE STATEMENTS IN THE APPLICATION(S) AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| LIMITS OF INSURANCE | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ 1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ 50,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | Excluded | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | $ 2,000,000 | |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | Excluded | |

| RETROACTIVE DATE (CG 00 02 ONLY) |
|---|
| THIS INSURANCE DOES NOT APPLY TO "BODILY INJURY", "PROPERTY DAMAGE" OR "PERSONAL AND ADVERTISING INJURY" WHICH OCCURS BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN BELOW. |
| RETROACTIVE DATE:   **NONE; THIS IS NOT A CLAIMS MADE POLICY** |
| (ENTER DATE OR "NONE" IF NO RETROACTIVE DATE APPLIES) |

| DESCRIPTION OF BUSINESS |
|---|
| FORM OF BUSINESS:  Corporation |
| BUSINESS DESCRIPTION:  Premises only - Warehouse |

| ALL PREMISES YOU OWN, RENT OR OCCUPY ||
|---|---|
| LOCATION NUMBER | ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY |
| 1 | 1650 Tysons Blvd., Suite 1580, Tysons Corner, VA 22102 |
| 2 | 1018 Highway 80 West, Units 603 & 604, Pooler, GA 31408 |

### CLASSIFICATION AND PREMIUM

| LOCATION NUMBER | CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE $ | ADVANCE PREMIUM $ |
|---|---|---|---|---|---|
| 1 | Building or Premises-office-premises occupied by employees of the insured-Other than Not-For-Profit | 61224 | 1,500 Area | 164.67 | 247.00 |
| 2 | Warehouse - private - Other than Not-For-Profit | 68706 | 4,500 Area | 162.44 | 731.00 |
| | | | TOTAL PREMIUM (SUBJECT TO AUDIT) | | $ 978.00 |
| If checked, premium shown is flat and not subject to audit ☒ | | | Company Fee | | $ 100.00 |
| TOTAL SHOWN IS PAYABLE: | | | AT INCEPTION | | $ 1,078.00 |
| | | | | | S/L Tax: $ 24.26<br>Stamp Fee: $ 0.27 |
| AUDIT PERIOD (IF APPLICABLE) | | | FREQUENCY:  Not Applicable | | |

| ENDORSEMENTS |
|---|
| ENDORSEMENTS ATTACHED TO THIS POLICY: |
|    See attached schedule A – Schedule of Forms |

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

# COMMERCIAL EXCESS LIABILITY POLICY DECLARATIONS

**JAMES RIVER INSURANCE COMPANY**  **POLICY NUMBER:**
**6641 WEST BROAD STREET, SUITE 300**  **00058575-3**
**RICHMOND, VA 23230**

**ITEM 1.** NAMED INSURED AND MAILING ADDRESS:    PRODUCER:    11841
    ScripsAmerica Inc    Partners Specialty Group, LLC (Horsham)
    P I M D LLC  a FL Limited Liability Corp    100 Tournament Drive, Suite 214
    1094 Main Avenue Suite A    Horsham, PA  19044
    Clifton, NJ 07011

**ITEM 2.**  POLICY PERIOD:    From: 07/15/2016    To: 07/15/2017
12:01 A.M. Standard Time at your mailing address

**ITEM 3.**  BUSINESS DESCRIPTION:  Corporation
    Premises Only - Warehouse

**ITEM 4.**  LIMITS OF INSURANCE:

    A.  Each Occurrence .................................................................... $ 4,000,000
    B.  Annual Aggregate ................................................................. $ 4,000,000

**ITEM 5.**  SCHEDULE OF UNDERLYING INSURANCE:
    See attached Schedule B – Schedule of Underlying Insurance

**ITEM 6.** PREMIUM COMPUTATION:
    Advance Minimum and Deposit ..................................................... $ 4,025.00

**ITEM 7.**  ENDORSEMENTS ATTACHED TO THE POLICY AT INCEPTION:
    See attached Schedule A – Schedule of Forms

**ITEM 8.**  RETROACTIVE DATE:    N/A

**ITEM 9.**   COMPANY FEE:    $0
**ITEM 10.** TOTAL AMOUNT DUE AT INCEPTION:    **$ 4,025.00**

    S/L Tax: $ 90.56
    Stamp Fee: $ 1.01

XC0001US 03-06    Page 1 of 1



## National Union Fire Insurance Company of PITTSBURGH, Pa.®
*A capital stock company*
(the "Insurer")

**POLICY NUMBER:** *01-637-26-48*    **REPLACEMENT OF POLICY NUMBER:** *01-582-85-92*

# Executive Edge®

**Broad Form Management Liability Insurance Policy**

NOTICES: This policy provides claims-made coverage. Such coverage is generally limited to liability for (i) **Claims** first made against **Insureds**, (ii) **Inquiries** that an **Insured Person** first received, and (iii) **Crises** first occurring, in each case, during the **Policy Period** or, if applicable, the **Discovery Period**. Coverage under this policy is conditioned upon notice being timely provided to the **Insurer** as required (see the Notice and Reporting clause for details). Covered **Defense Costs, Pre-Claim Inquiry Costs** and **Derivative Investigation Costs** shall reduce the **Limits of Liability** available to pay judgments or settlements, and shall be applied against the retention amount. The **Insurer** does not assume any duty to defend. Please read this policy carefully and review its coverage with your insurance agent or broker.

## DECLARATIONS

1. **NAMED ENTITY:**    *SCRIPSAMERICA, INC.*

    **Named Entity Address:**   *77 MCCULLOUGH DRIVE, SUITE 7*
    *NEW CASTLE, DE 19720*

    **State of Formation:**    *Delaware*

2. **POLICY PERIOD:**    From: *July 24, 2016*    To: *July 24, 2017*
    The **Policy Period** incepts and expires as of 12:01 A.M. at the **Named Entity Address**.

3. **PREMIUM:**    *$100,000*

4. **LIMIT OF LIABILITY:**    *$5,000,000*

5. **RETENTION:** Not applicable to: (i) **Non-Indemnifiable Loss**, (ii) **Crisis Loss** or
    (iii) **Derivative Investigation Costs**.
    (a) **Securities Retention:**    *$500,000*
    (b) **Employment Practices Retention:**    *$250,000*
    (c) All other **Loss** to which a Retention applies :    *$250,000*

    If the **Organizations** fail or refuse to satisfy an applicable Retention, this policy shall advance the **Loss** of an **Insured Person** pursuant to the ADVANCEMENT Clause.

6. **PASSPORT:**    This policy ☐ serves, or ☒ does not serve, as a master Passport policy.

*1413510*

104122 (4/10)    1    © All rights reserved.



**DECLARATIONS** (Continued)

7. **INSURER**

   (a) **INSURER ADDRESS:**   175 Water Street
   New York, NY 10038-4969

   (b) **CLAIMS ADDRESS:**   By E-Mail: c-claim@AIG.com
   By Mail:   AIG, Financial Lines Claims
   P.O. Box 25947
   Shawnee Mission, KS 66225

   In either case, reference the Policy Number.

8. **CONTINUITY DATES**

   (a) **Outside Entity Executive** Coverage--The date on which the **Executive** first served as an **Outside Entity Executive** of such **Outside Entity**.

   (b) All other coverage:    July 25, 2011

9. **TRIA PREMIUM, TAXES AND SURCHARGES**

   (a) TRIA Premium    $498

'TRIA Premium' means the premium for Certified Acts of Terrorism Coverage under Terrorism Risk Insurance Act, as amended.  Amount indicated above is included in **Premium**. A copy of the TRIA disclosure sent with the original quote is attached hereto.

---

IN WITNESS WHEREOF, the Insurer has caused this Policy to be signed by its President, Secretary and Authorized Representative. This Policy shall not be valid unless signed below at the time of issuance by an authorized representative of the insurer.

| _____ | _____ | _____ |
| PRESIDENT | AUTHORIZED REPRESENTATIVE | SECRETARY |

ARC MIDATLANTIC EXCESS & SURPLUS INC
129 B JOHNSON RD
STE 5
TURNERSVILLE, NJ 08012
  1413510

© All rights reserved.





## Wells Fargo Business Online®

# Account Activity

**Business and Personal Accounts**

BUSINESS CHECKING XXXXXX2337



DIP Account

### Activity Summary

| | |
|---|---|
| Ending Collected Balance as of 09/19/16 | $10,157.77 |
| Current Posted Balance | $10,157.77 |
| Pending Withdrawals/ Debits | $0.00 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$10,157.77** |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for **Last 90 Days**

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions**   Note: Debit card transaction amounts may change | | | | |
| No pending transactions meet your criteria above. | | | | |
| **Posted Transactions** | | | | |
| 09/15/16 | TELE-TRANSFER FR XXXXXXXXX8287 REFERENCE #TF032W3W52 | $0.01 | | $10,157.77 |
| 09/15/16 | TRANSFER FROM SAV # 002000055708287 | $284.00 | | |
| 09/15/16 | TRANSFER FROM DDA # 002000019547581 | $9,873.76 | | |
| **Totals** | | **$10,157.77** | **$0.00** | |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

🏠 Equal Housing Lender

© 1995 – 2016 Wells Fargo. All rights reserved.

# Checking/Savings Account History

STATEMENT MAILING NAME:   SCRIPSAMERICA INC  DEBTOR IN POSSESSION  CH 11 CASE # 16-11991 (DE)

Show 10 entries                                                                    Search:

| Date | Description | Image Available | Check Number | Amount | Balance |
|---|---|---|---|---|---|
| 09/15/2016 | TELE-TRANSFER FR XXXXXXXXX8287 REFERENCE #TF032W3W52 | No | | +0.01 | 10,157.77 |
| 09/15/2016 | TRANSFER FROM SAV # 002000055708287 | No | | +284.00 | 10,157.76 |
| 09/15/2016 | TRANSFER FROM DDA # 002000019547581 | No | | +9,873.76 | 9,873.76 |

Showing 1 to 3 of 3 entries                                                         Previous  1  Next

CLOSE

9/19/2

In re: ScripsAmerica, Inc.
Debtor

Case No. 16-11991 (LSS)
Reporting Period: Initial

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS

(This schedule is to include each Professional paid a retainer [1])

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| ScripsAmerica, Inc. | 9/2/16 | WIRE | Ciardi Ciardi & Astin -- evergreen | $100,000.00 | --- | $100,000 |

[1] Identify all Evergreen Retainers

Form IR-2
(4/07)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SCRIPSAMERICA, INC.,[1] | : | Case No. 16-11991 (LSS) |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

I, Joseph J. McMahon, Jr., hereby certify that on the 22nd day of September, 2016, I caused a copy of the Debtor's Initial Operating Report to be served via hand delivery upon the person(s) listed below.

United States Department of Justice
Office of the United States Trustee
District of Delaware
Attention: Richard L. Schepacarter
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Dated: September 22, 2016  CIARDI CIARDI & ASTIN
       Wilmington, Delaware

       */s/ Joseph J. McMahon, Jr.*
       Joseph J. McMahon, Jr. (No. 4819)
       1204 N. King Street
       Wilmington, Delaware 19801
       (302) 658-1100 telephone
       (302) 658-1300 facsimile
       jmcmahon@ciardilaw.com

---

[1] The last four digits of the Debtor's federal tax identification number are 8594. The location of the Debtor's corporate headquarters is 1094 Main Avenue, Suite A, Clifton, NJ 07011.