## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| SCRIPSAMERICA, INC.,[1] | : | Case No. 16-11991 (LSS) |
|  | : |  |
|  | : |  |
| Debtor. | : |  |
|  | : |  |
|  | : |  |

## NOTES AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Debtor hereby submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") pursuant to section 521 of the Bankruptcy Code and Rule 1007 Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules"). The following notes regarding the Schedules and Statement are fully incorporated into and made part of the Schedules and Statement and should be referred to in connection with any review of the Schedules and Statement:

1.     Unless otherwise noted, the financial and other information contained in the Schedules and Statement is derived from the Debtor in accordance with the Debtor's financial reporting and accounting policies and procedures. The information provided for herein, except as otherwise noted, represents the asset and liability data of the Debtor as of the Order for Relief Date.

2.     Given the differences between the information to be submitted in the Schedules and Statement and the financial information utilized under Generally Accepted Accounting Principles, the aggregate asset values and claim amounts set forth in the Schedules and Statement

---

[1] The last four digits of the Debtor's federal tax identification number are 8594.  The location of the Debtor's corporate headquarters is 1094 Main Avenue, Suite A, Clifton, NJ  07011.

may not reflect the values and amounts that would be set forth in a balance sheet or other financial reports for the Debtor prepared in accordance with Generally Accepted Accounting Principles.

3.      The Schedules and Statement prepared by the Debtor's management and professionals are unaudited.  While the Debtor has tried to ensure that the Schedules and Statement are accurate and complete based upon information that was available at the time of the preparation, the subsequent receipt of information or an audit may result in material changes in financial data contained in the Schedules and Statement.

4.      While the Debtor has sought to file (a) complete and accurate Schedules and Statement, inadvertent errors and omissions may exist. The Debtor reserves all rights to amend the Schedules and Statement as may be necessary or appropriate -- including, but not limited to, amending the Schedules and Statement to:  (i) preserve the right to dispute a claim on any grounds, including amount, liability or classification; (ii) assert offsets or defenses to any claim reflected on the Schedules and Statement; or (iii) to subsequently designate any claim as "contingent," "unliquidated" or "disputed."  Furthermore, nothing contained in the Schedules and Statement shall constitute a waiver of rights by the Debtor involving any present or future causes of action, contested matters or other issues under the provisions of the Bankruptcy Code or other relevant non-bankruptcy laws.

5.      Any failure to designate a claim on the Schedules and Statement as "contingent," "unliquidated," or "disputed" does not constitute an admission that such claim is not "contingent," "unliquidated," or "disputed." The Debtor reserves the right to dispute, or to assert offsets or defenses to any claim reflected on its Schedules or Statement as to amount, liability, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated,"

or "disputed." Moreover, the Debtor reserves the right to amend its Schedules and Statement as necessary and appropriate.

6.      The Debtor has sought to allocate liabilities between the pre-petition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.

7.      Schedule "E" contains the Debtor's best estimate of all of the potential priority claims against the Debtor's estate (if any) held by governmental entities. The Debtor has not determined whether, and to what extent, any creditors identified on Schedule "E" in fact are entitled to priority under section 507 of the Bankruptcy Code. The Debtor reserves the right to assert that claims identified on Schedule "E" are not claims that are entitled to priority.

8.      While reasonable efforts have been made to ensure the accuracy of Schedule "G," the Debtor does not make (and specifically disclaims) any representation or warranty as to the validity or enforceability of any contracts, agreement, or documents listed thereon. The Debtor hereby reserves the right to dispute the validity, status, characterization, re-characterization (whether as a disguised financing or otherwise) or enforceability of any contracts, agreements or leases set forth on Schedule "G" and to amend or supplement Schedule "G."

9.      Certain of the contracts, agreements and leases listed on Schedule "G" may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed thereon.

Fill in this information to identify the case:

Debtor name   ScripsAmerica, Inc.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   16-11991 LSS

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10 / 7 / 2016___      x _____
                                           Signature of individual signing on behalf of debtor

                                           Jeffrey J. Andrews
                                           Printed name

                                           **Chief Financial Officer**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **ScripsAmerica, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **16-11991 LSS**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.....................................................................................................     $      **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..................................................................................................     $      **536,022.43**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*....................................................................................................     $      **536,022.43**

### Part 2:    Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................     $      **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................     $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................     +$      **4,495,863.63**

4.   **Total liabilities** ......................................................................................................................................
    Lines 2 + 3a + 3b     $      **4,495,863.63**

**Fill in this information to identify the case:**

Debtor name  **ScripsAmerica, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **16-11991 LSS**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

| 3. | Checking, savings, money market, or financial brokerage accounts *(Identify all)* | | | |
|---|---|---|---|---|
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Wells Fargo Bank, N.A.** **P.O. Box 6995** **Portland, OR  97228-6995** | **Operating Account** | **7581** | **$9,962.11** |
| 3.2. | **Wells Fargo Bank, N.A.** **P.O. Box 6995** **Portland, OR  97228-6995** | **Money Market Account** | **8287** | **$284.00** |
| 3.3. | **PNC Bank** **P.O. Box 609** **Pittsburgh, PA  15230-9738** | **Checking Account** | **5642** | **$536.81** |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**

$10,782.92

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **ScripsAmerica, Inc.**                                    Case number *(if known)* **16-11991 LSS**
         Name

         **LNK International, Inc.**
         **c/o Doug Bausch, V.P. Sales & Marketing**
         **22 Arkay Drive**
         **Hauppauge, NY 11788**
   7.1.  **631-435-3500**                                                                    $160,519.82

---

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                                 | $160,519.82 |
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
10.     **Does the debtor have any accounts receivable?**

        ☐ No. Go to Part 4.
        ■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:          **83,569.01**   -                    **0.00**  = ....          **$83,569.01**
                                          face amount          doubtful or uncollectible accounts

        11a. 90 days old or less:           **9,150.68**   -                    **0.00**  = ....           **$9,150.68**
                                          face amount          doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                 | $92,719.69 |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
13.     **Does the debtor own any investments?**

        ☐ No. Go to Part 5.
        ■ Yes Fill in the information below.

                                                                    Valuation method used      Current value of
                                                                    for current value          debtor's interest

14.     **Mutual funds or publicly traded stocks not included in Part 1**
        Name of fund or stock:

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC,**
        **partnership, or joint venture**
        Name of entity:                                  % of ownership
                **P.I.M.D. International, LLC**
                **1018 US Highway 80 W**
                **Suite 603**
        15.1.   **Pooler, GA 31322**                        **90**    %    **Book Value**              **$272,000.00**

                **Pharmacy Administration, Inc.**
                **1094 Main Avenue**
                **Suite A**
        15.2.   **Clifton, NJ 07011**                       **100**   %    **Book Value**                    **$0.00**

---

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Debtor    **ScripsAmerica, Inc.**                                Case number *(if known)* **16-11991 LSS**
          Name

         Describe:
              **Main Avenue Pharmacy, Inc.**
              **1094 Main Avenue**
              **Suite A**
         16.1.   **Clifton, NJ  07011**                          **Book Value**                        **$0.00**

---

17.    **Total of Part 4.**                                                               $272,000.00

       Add lines 14 through 16.  Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

       ■ No.  Go to Part 6.
       ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

       ■ No.  Go to Part 8.
       ☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

       ■ No.  Go to Part 9.
       ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. Does the debtor own or lease any real property?

       ☐ No.  Go to Part 10.
       ■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1094 Main Avenue Suite A Clifton, NJ  07011** | Lease | $0.00 | | $0.00 |

---

Debtor    **ScripsAmerica, Inc.**                                    Case number *(If known)* **16-11991 LSS**
Name

**56.**   **Total of Part 9.**                                                                          **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| **71.** | **Notes receivable**<br>Description (include name of obligor) |  |
| **72.** | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| **73.** | **Interests in insurance policies or annuities** |  |
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Potential claims and causes of action against various<br>third parties (under review).<br>**Nature of claim**<br>**Amount requested**                    **$0.00** | **Unknown** |
| **75.** | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>Potential claims and causes of action against varous<br>third parties (under review).<br>**Nature of claim**<br>**Amount requested**                    **$0.00** | **Unknown** |
| **76.** | **Trusts, equitable or future interests in property** |  |
| **77.** | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |

**78.**   **Total of Part 11.**                                                                          **$0.00**

Add lines 71 through 77. Copy the total to line 90.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **ScripsAmerica, Inc.**                                    Case number *(If known)* **16-11991 LSS**
          Name

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       □ Yes

Debtor    **ScripsAmerica, Inc.**                                        Case number *(if known)* **16-11991 LSS**
          Name

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,782.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $160,519.82 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $92,719.69 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $272,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $536,022.43 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92                                      $536,022.43

**Fill in this information to identify the case:**

Debtor name    **ScripsAmerica, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **16-11991 LSS**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **ScripsAmerica, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **16-11991 LSS**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$473,602.00** |

**3.1**  Nonpriority creditor's name and mailing address
**AcquiPharm, Inc.**
c/o Richard C. Fox, President
561 NE Zebrina Senda
Jensen Beach, FL 34957

Date(s) debt was incurred _

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Note payable

Is the claim subject to offset? ☑ No  ☐ Yes

**$473,602.00**

---

**3.2**  Nonpriority creditor's name and mailing address
**Coffey Burlington**
2601 South Bayshore Drive
Penthouse 1
Miami, FL 33133

Date(s) debt was incurred _

Last 4 digits of account number 991M

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$25,767.21**

---

**3.3**  Nonpriority creditor's name and mailing address
**Glaser Weil**
c/o Michael Cypers, Esquire
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067

Date(s) debt was incurred _

Last 4 digits of account number 9002

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$203,976.12**

---

**3.4**  Nonpriority creditor's name and mailing address
**Goldberg & Rimberg PLLC**
Robert Rimberg, Esquire
Alex Markus, Esquire
115 Broadway, Suite 302
New York, NY 10006

Date(s) debt was incurred _

Last 4 digits of account number 6082

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$8,981.25**

---

| Debtor | ScripsAmerica, Inc. | Case number (if known) | 16-11991 LSS |
|---|---|---|---|
| | Name | | |

**3.5** Nonpriority creditor's name and mailing address
Ironridge Global IV, Ltd.
c/o John C. Kirland, Esquire
P.O. Box 6467
St Thomas, VI 00804

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

**3.6** Nonpriority creditor's name and mailing address
Main Avenue Pharmacy, Inc.
1094 Main Avenue
Suite A
Clifton, NJ 07011

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.7** Nonpriority creditor's name and mailing address
Mart Management LLC
c/o Andrius Pranskevicius
2090 Palm Beach Lakes Boulevard
Suite 701
West Palm Beach, FL 33409

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,317,046.32**

**3.8** Nonpriority creditor's name and mailing address
McNees Wallace & Nurick, LLC
100 Pine Street
Harrisburg, PA 17101

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,420.50**

**3.9** Nonpriority creditor's name and mailing address
Nasdaq Corporate Solutions, LLC
c/o Dan Paulo Vizconde
805 King Farm Boulevard
Rockville, MD 20850

Date(s) debt was incurred _
Last 4 digits of account number  2116

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,740.00**

**3.10** Nonpriority creditor's name and mailing address
Needham Law Firm A.P.C.
c/o Carlos Needham, Esquire
28494 Westinghouse Place
Suite 216
Valencia, CA 91355

Date(s) debt was incurred _
Last 4 digits of account number  3962

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,033.07**

**3.11** Nonpriority creditor's name and mailing address
Olde Monmouth Stock Transfer
200 Memorial Parkway
Atlantic Highlands, NJ 07716

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | ScripsAmerica, Inc. | Case number (if known) | 16-11991 LSS |
|---|---|---|---|
| | Name | | |

**3.12**
Nonpriority creditor's name and mailing address
**P.I.M.D. International, LLC**
**1018 US Highway 80 W**
**Suite 603**
**Pooler, GA 31322**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**3.13**
Nonpriority creditor's name and mailing address
**Pharmacy Administration, Inc.**
**1094 Main Avenue**
**Suite A**
**Clifton, NJ 07011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**3.14**
Nonpriority creditor's name and mailing address
**Robert Schneiderman**
**843 Persimmon Lane**
**Langhorne, PA 19047**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*              **$132,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Settlement**

Is the claim subject to offset? ☐ No  ■ Yes

**3.15**
Nonpriority creditor's name and mailing address
**Robert Schneiderman**
**843 Persimmon Lane**
**Langhorne, PA 19047**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **$80,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Note Payable - 12%**

Is the claim subject to offset? ☐ No  ■ Yes

**3.16**
Nonpriority creditor's name and mailing address
**Robert Schneiderman**
**843 Persimmon Lane**
**Langhorne, PA 19047**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **$30,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Chaselink Credit Card**

Is the claim subject to offset? ☐ No  ■ Yes

**3.17**
Nonpriority creditor's name and mailing address
**Rosenberg Rich Baker Berman & Company**
**265 Davidson Avenue**
**Suite 210**
**Somerset, NJ 08873-4120**

Date(s) debt was incurred _
Last 4 digits of account number **1753**

As of the petition filing date, the claim is: *Check all that apply.*                **$2,080.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**3.18**
Nonpriority creditor's name and mailing address
**Rosenthal, Monhait & Goddess, P.A.**
**919 Market Street, Suite 1401**
**P.O. Box 1070**
**Wilmington, DE 19899-1070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **$26,540.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **ScripsAmerica, Inc.** | Case number (if known) | **16-11991 LSS** |
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163,949.35 |
|---|---|---|---|
| | **Sills Cummis & Gross, P.C.** | | |
| | **c/o Jeff Greenbaum, Esquire** | ☐ Contingent | |
| | **One Riverfront Plaza** | ☐ Unliquidated | |
| | **The Legal Center** | ☐ Disputed | |
| | **Newark, NJ 07102-5400** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **0001** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,018,727.51 |
|---|---|---|---|
| | **Triumph Community Bank** | | |
| | **d/b/a Triumph Healthcare Finance** | ☐ Contingent | |
| | **10300 SW Greenburg Road** | ☐ Unliquidated | |
| | **Suite 465** | ☐ Disputed | |
| | **Portland, OR 97223** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Littleton Joyce Ugheta Park & Kelly, LLP** | Line **3.5** | — |
| | **c/o Jason R. Schmitz, Esquire** | | |
| | **141 West Front Street** | ☐ Not listed. Explain ____ | |
| | **Suite 120** | | |
| | **Red Bank, NJ 07701** | | |
| 4.2 | **Lowenstein Sandler** | Line **3.5** | — |
| | **c/o Matthew M. Oliver** | | |
| | **1251 Avenue of the Americas** | ☐ Not listed. Explain ____ | |
| | **New York, NY 10020** | | |
| 4.3 | **Makarem & Associates** | Line **3.5** | — |
| | **11601 Wilshire Boulevard** | | |
| | **Suite 2440** | ☐ Not listed. Explain ____ | |
| | **Los Angeles, CA 90025** | | |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,495,863.63 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,495,863.63 |

Fill in this information to identify the case:

Debtor name      **ScripsAmerica, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **16-11991 LSS**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
    (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Assignment dated 08-03-16 - Speers' Assignment of ScripsAmerica Promissory Notes** | |
| | State the term remaining | | **AcquiPharm, Inc.** c/o Richard C. Fox, President 561 NE Zebrina Senda Jensen Beach, FL 34957 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
| | State the term remaining | **Expires 11/13/2018** | **Adam Brosius** 165 Mckinley Place Ridgewood, NJ 07450 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
| | State the term remaining | **Expires 8/27/2020** | **Adam Brosius** 165 Mckinley Place Ridgewood, NJ 07450 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
| | State the term remaining | **Expires 10/15/2016** | **Andrius Pranskevicius Mart Management LLC** 2090 Palm Beach Lakes Boulevard Suite 701 West Palm Beach, FL 33409 |
| | List the contract number of any government contract | | |

Debtor 1  **ScripsAmerica, Inc.**
     First Name      Middle Name      Last Name

Case number *(if known)*    **16-11991 LSS**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/18/2016** | **Andrius Pranskevicius**<br>**Mart Management LLC**<br>**2090 Palm Beach Lakes Boulevard**<br>**Suite 701**<br>**West Palm Beach, FL 33409** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2016** | **Andrius Pranskevicius**<br>**Mart Management LLC**<br>**2090 Palm Beach Lakes Boulevard**<br>**Suite 701**<br>**West Palm Beach, FL 33409** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/27/2017** | **Andrius Pranskevicius**<br>**Mart Management LLC**<br>**2090 Palm Beach Lakes Boulevard**<br>**Suite 701**<br>**West Palm Beach, FL 33409** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/16/2017** | **Andrius Pranskevicius**<br>**Mart Management LLC**<br>**2090 Palm Beach Lakes Boulevard**<br>**Suite 701**<br>**West Palm Beach, FL 33409** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 10/8/2017** | **Andrius Pranskevicius**<br>**Mart Management LLC**<br>**2090 Palm Beach Lakes Boulevard**<br>**Suite 701**<br>**West Palm Beach, FL 33409** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/3/2017** | **Andrius Pranskevicius**<br>**Mart Management LLC**<br>**2090 Palm Beach Lakes Boulevard**<br>**Suite 701**<br>**West Palm Beach, FL 33409** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1 **ScripsAmerica, Inc.**
　　　　　First Name　　　Middle Name　　　　　Last Name

Case number *(if known)*　**16-11991 LSS**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2017** | **Andrius Pranskevicius**<br>**Mart Management LLC**<br>**2090 Palm Beach Lakes Boulevard**<br>**Suite 701**<br>**West Palm Beach, FL 33409** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 1/7/2018** | **Andrius Pranskevicius**<br>**Mart Management LLC**<br>**2090 Palm Beach Lakes Boulevard**<br>**Suite 701**<br>**West Palm Beach, FL 33409** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/26/2018** | **Andrius Pranskevicius**<br>**Mart Management LLC**<br>**2090 Palm Beach Lakes Boulevard**<br>**Suite 701**<br>**West Palm Beach, FL 33409** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 5/12/2018** | **Andrius Pranskevicius**<br>**Mart Management LLC**<br>**2090 Palm Beach Lakes Boulevard**<br>**Suite 701**<br>**West Palm Beach, FL 33409** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/25/2018** | **Andrius Pranskevicius**<br>**Mart Management LLC**<br>**2090 Palm Beach Lakes Boulevard**<br>**Suite 701**<br>**West Palm Beach, FL 33409** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | **Andrius Pranskevicius**<br>**Mart Management LLC**<br>**2090 Palm Beach Lakes Boulevard**<br>**Suite 701**<br>**West Palm Beach, FL 33409** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Debtor 1   **ScripsAmerica, Inc.**
   First Name   Middle Name   Last Name

Case number *(if known)*   **16-11991 LSS**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | |
|---|---|
| State the term remaining | **Expires 7/7/2018** |
| List the contract number of any government contract | |

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Stock Option Agreement**

State the term remaining — **Expires 7/8/2018**

List the contract number of any government contract

**Andrius Pranskevicius**
**Mart Management LLC**
**2090 Palm Beach Lakes Boulevard**
**Suite 701**
**West Palm Beach, FL 33409**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Stock Option Agreement**

State the term remaining — **Expires 7/30/2018**

List the contract number of any government contract

**Andrius Pranskevicius**
**Mart Management LLC**
**2090 Palm Beach Lakes Boulevard**
**Suite 701**
**West Palm Beach, FL 33409**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Stock Option Agreement**

State the term remaining — **Expires 11/13/2018**

List the contract number of any government contract

**Andrius Pranskevicius**
**Mart Management LLC**
**2090 Palm Beach Lakes Boulevard**
**Suite 701**
**West Palm Beach, FL 33409**

---

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — **Stock Option Agreement**

State the term remaining — **Expires 12/31/2018**

List the contract number of any government contract

**Andrius Pranskevicius**
**Mart Management LLC**
**2090 Palm Beach Lakes Boulevard**
**Suite 701**
**West Palm Beach, FL 33409**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest — **Stock Option Agreement**

State the term remaining — **Expires 6/25/2018**

List the contract number of any government contract

**Andy Triggs**
**2740 SW Martin Downs Boulevard**
**#165**
**Palm City, FL 34990**

---

Debtor 1  **ScripsAmerica, Inc.**                                    Case number (if known)  **16-11991 LSS**
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with
                                                        whom the debtor has an executory contract or unexpired
                                                        lease

| | | |
|---|---|---|
| **2.22.** | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** |
| | State the term remaining | **Expires 7/8/2018** |
| | List the contract number of any government contract | |

**Andy Triggs**
**2740 SW Martin Downs Boulevard**
**#165**
**Palm City, FL 34990**

| | | |
|---|---|---|
| **2.23.** | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** |
| | State the term remaining | **Expires 11/13/2018** |
| | List the contract number of any government contract | |

**Andy Triggs**
**2740 SW Martin Downs Boulevard**
**#165**
**Palm City, FL 34990**

| | | |
|---|---|---|
| **2.24.** | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** |
| | State the term remaining | **Expires 5/12/2018** |
| | List the contract number of any government contract | |

**Austin Lewis**
**5 Beverly Road**
**Madison, NJ 07940**

| | | |
|---|---|---|
| **2.25.** | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** |
| | State the term remaining | **Expires 6/25/2018** |
| | List the contract number of any government contract | |

**Austin Lewis**
**5 Beverly Road**
**Madison, NJ 07940**

| | | |
|---|---|---|
| **2.26.** | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** |
| | State the term remaining | **Expires 7/7/2018** |
| | List the contract number of any government contract | |

**Austin Lewis**
**5 Beverly Road**
**Madison, NJ 07940**

| | | |
|---|---|---|
| **2.27.** | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** |
| | State the term remaining | **Expires 7/8/2018** |
| | List the contract number of any | |

**Austin Lewis**
**5 Beverly Road**
**Madison, NJ 07940**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **ScripsAmerica, Inc.**                                    Case number (if known)    **16-11991 LSS**
　　　　　First Name　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                  State the name and mailing address for all other parties with
                                                                whom the debtor has an executory contract or unexpired
                                                                lease

　　　　　government contract

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/11/2018** | **Austin Lewis** |
| | List the contract number of any government contract | | **5 Beverly Road** **Madison, NJ 07940** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/29/2018** | **Austin Lewis** |
| | List the contract number of any government contract | | **5 Beverly Road** **Madison, NJ 07940** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/30/2018** | **Austin Lewis** |
| | List the contract number of any government contract | | **5 Beverly Road** **Madison, NJ 07940** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 11/13/2018** | **Austin Lewis** |
| | List the contract number of any government contract | | **5 Beverly Road** **Madison, NJ 07940** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Purchase Agreement by ScripsAmerica, Inc. (Seller) of DispenseDoc, Inc. (Company) Dated 02-22-16; Royalty due from Buyer** | |
|---|---|---|---|
| | State the term remaining | | **Bread and Circuses Media, Inc.** |
| | List the contract number of any government contract | | **1420 Locust Street** **Philadelphia, PA 19102-4223** |

Debtor 1  **ScripsAmerica, Inc.**
    First Name    Middle Name    Last Name

Case number (*if known*)  **16-11991 LSS**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 10/15/2016** | **Brian Anderson** |
| | List the contract number of any government contract | | **42 Highland Avenue**<br>**Monmouth Beach, NJ 07750** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/18/2016** | **Brian Anderson** |
| | List the contract number of any government contract | | **42 Highland Avenue**<br>**Monmouth Beach, NJ 07750** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2016** | **Brian Anderson** |
| | List the contract number of any government contract | | **42 Highland Avenue**<br>**Monmouth Beach, NJ 07750** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/27/2017** | **Brian Anderson** |
| | List the contract number of any government contract | | **42 Highland Avenue**<br>**Monmouth Beach, NJ 07750** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 4/25/2017** | **Brian Anderson** |
| | List the contract number of any government contract | | **42 Highland Avenue**<br>**Monmouth Beach, NJ 07750** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/16/2017** | **Brian Anderson** |
| | List the contract number of any | | **42 Highland Avenue**<br>**Monmouth Beach, NJ 07750** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **ScripsAmerica, Inc.**
         First Name          Middle Name          Last Name

Case number (if known)  **16-11991 LSS**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | government contract | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 10/8/2017** | **Brian Anderson** |
| | List the contract number of any government contract | | **42 Highland Avenue** **Monmouth Beach, NJ 07750** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/3/2017** | **Brian Anderson** |
| | List the contract number of any government contract | | **42 Highland Avenue** **Monmouth Beach, NJ 07750** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2017** | **Brian Anderson** |
| | List the contract number of any government contract | | **42 Highland Avenue** **Monmouth Beach, NJ 07750** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 1/7/2018** | **Brian Anderson** |
| | List the contract number of any government contract | | **42 Highland Avenue** **Monmouth Beach, NJ 07750** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/26/2018** | **Brian Anderson** |
| | List the contract number of any government contract | | **42 Highland Avenue** **Monmouth Beach, NJ 07750** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | **Brian Ettinger** **5120 Woodway** **Suite 5004** **Houston, TX 77056** |
|---|---|---|---|

Debtor 1   **ScripsAmerica, Inc.**                                    Case number *(if known)*   **16-11991 LSS**
           First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                State the name and mailing address for all other parties with
                                                              whom the debtor has an executory contract or unexpired
                                                              lease

|  | State the term remaining | **Expires 10/15/2016** | |
|--|--|--|--|
|  | List the contract number of any government contract | | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|--|--|--|--|
|  | State the term remaining | **Expires 12/18/2016** | **Brian Ettinger** |
|  | List the contract number of any government contract | | **5120 Woodway** **Suite 5004** **Houston, TX 77056** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|--|--|--|--|
|  | State the term remaining | **Expires 12/31/2016** | **Brian Ettinger** |
|  | List the contract number of any government contract | | **5120 Woodway** **Suite 5004** **Houston, TX 77056** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|--|--|--|--|
|  | State the term remaining | **Expires 3/27/2017** | **Brian Ettinger** |
|  | List the contract number of any government contract | | **5120 Woodway** **Suite 5004** **Houston, TX 77056** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|--|--|--|--|
|  | State the term remaining | **Expires 4/25/2017** | **Brian Ettinger** |
|  | List the contract number of any government contract | | **5120 Woodway** **Suite 5004** **Houston, TX 77056** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|--|--|--|--|
|  | State the term remaining | **Expires 7/16/2017** | **Brian Ettinger** |
|  | List the contract number of any government contract | | **5120 Woodway** **Suite 5004** **Houston, TX 77056** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1    **ScripsAmerica, Inc.**                                        Case number *(if known)*    **16-11991 LSS**
　　　　　　First Name　　　Middle Name　　　　Last Name

**Additional Page if You Have More Contracts or Leases**

2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 10/8/2017** | **Brian Ettinger** |
| | List the contract number of any government contract | | **5120 Woodway Suite 5004 Houston, TX 77056** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/3/2017** | **Brian Ettinger** |
| | List the contract number of any government contract | | **5120 Woodway Suite 5004 Houston, TX 77056** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2017** | **Brian Ettinger** |
| | List the contract number of any government contract | | **5120 Woodway Suite 5004 Houston, TX 77056** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 1/7/2018** | **Brian Ettinger** |
| | List the contract number of any government contract | | **5120 Woodway Suite 5004 Houston, TX 77056** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/26/2018** | **Brian Ettinger** |
| | List the contract number of any government contract | | **5120 Woodway Suite 5004 Houston, TX 77056** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 5/12/2018** | **Brian Ettinger** |
| | List the contract number of any | | **5120 Woodway Suite 5004 Houston, TX 77056** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　Best Case Bankruptcy

Debtor 1  **ScripsAmerica, Inc.**
　　　　　First Name　　　　Middle Name　　　　　Last Name

Case number (if known)  **16-11991 LSS**

 **Additional Page if You Have More Contracts or Leases**

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

|  | government contract |  |  |
|--|--|--|--|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** |  |
|--|--|--|--|
|  | State the term remaining | **Expires 6/25/2018** | **Brian Ettinger** |
|  | List the contract number of any government contract |  | **5120 Woodway** **Suite 5004** **Houston, TX 77056** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** |  |
|--|--|--|--|
|  | State the term remaining | **Expires 7/8/2018** | **Brian Ettinger** |
|  | List the contract number of any government contract |  | **5120 Woodway** **Suite 5004** **Houston, TX 77056** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** |  |
|--|--|--|--|
|  | State the term remaining | **Expires 7/30/2018** | **Brian Ettinger** |
|  | List the contract number of any government contract |  | **5120 Woodway** **Suite 5004** **Houston, TX 77056** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** |  |
|--|--|--|--|
|  | State the term remaining | **Expires 11/13/2018** | **Brian Ettinger** |
|  | List the contract number of any government contract |  | **5120 Woodway** **Suite 5004** **Houston, TX 77056** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** |  |
|--|--|--|--|
|  | State the term remaining | **Expires 12/31/2018** | **Brian Ettinger** |
|  | List the contract number of any government contract |  | **5120 Woodway** **Suite 5004** **Houston, TX 77056** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | **Chad Beene** **740 North 23rd Street** **Philadelphia, PA 19130** |
|--|--|--|--|

Debtor 1   **ScripsAmerica, Inc.**                                    Case number (*if known*)   **16-11991 LSS**
　　　　　First Name　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                State the name and mailing address for all other parties with
                                                              whom the debtor has an executory contract or unexpired
                                                              lease

|  | State the term remaining | **Expires 8/27/2020** |
|---|---|---|
|  | List the contract number of any government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Plan and Agreement of Recapitalization with ScripsAmerica dated 02-22-16** | |
|---|---|---|---|
|  | State the term remaining | | **Development 72, LLC** |
|  | List the contract number of any government contract | | **2090 Palm Beach Lakes Boulevard** **Concourse Towers II, Suite 701** **West Palm Beach, FL 33409** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | office space | |
|---|---|---|---|
|  | State the term remaining | 38 months | **JCJ Management Co., LLC** |
|  | List the contract number of any government contract | | **PO Box 726** **Clifton, NJ 07015** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
|  | State the term remaining | **Expires 4/25/2017** | **Jeffrey Andrews** |
|  | List the contract number of any government contract | | **8 Cushman Road** **Rosemont, PA 19010** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
|  | State the term remaining | **Expires 10/8/2017** | **Jeffrey Andrews** |
|  | List the contract number of any government contract | | **8 Cushman Road** **Rosemont, PA 19010** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
|  | State the term remaining | **Expires 12/3/2017** | **Jeffrey Andrews** |
|  | List the contract number of any government contract | | **8 Cushman Road** **Rosemont, PA 19010** |

Debtor 1  **ScripsAmerica, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)  **16-11991 LSS**

 **Additional Page if You Have More Contracts or Leases**

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | Stock Option Agreement | |
|---|---|---|---|
| | State the term remaining | Expires 12/31/2017 | **Jeffrey Andrews** |
| | List the contract number of any government contract | | **8 Cushman Road** **Rosemont, PA 19010** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | Stock Option Agreement | |
|---|---|---|---|
| | State the term remaining | Expires 1/7/2018 | **Jeffrey Andrews** |
| | List the contract number of any government contract | | **8 Cushman Road** **Rosemont, PA 19010** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | Stock Option Agreement | |
|---|---|---|---|
| | State the term remaining | Expires 3/26/2018 | **Jeffrey Andrews** |
| | List the contract number of any government contract | | **8 Cushman Road** **Rosemont, PA 19010** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | Stock Option Agreement | |
|---|---|---|---|
| | State the term remaining | Expires 6/25/2018 | **Jeffrey Andrews** |
| | List the contract number of any government contract | | **8 Cushman Road** **Rosemont, PA 19010** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | Stock Option Agreement | |
|---|---|---|---|
| | State the term remaining | Expires 11/13/2018 | **Jeffrey Andrews** |
| | List the contract number of any government contract | | **8 Cushman Road** **Rosemont, PA 19010** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | Stock Option Agreement | |
|---|---|---|---|
| | State the term remaining | Expires 12/31/2018 | **Jeffrey Andrews** |
| | List the contract number of any | | **8 Cushman Road** **Rosemont, PA 19010** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **ScripsAmerica, Inc.**                                    Case number *(if known)*   **16-11991 LSS**
          First Name      Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

2. List all contracts and unexpired leases                    State the name and mailing address for all other parties with
                                                              whom the debtor has an executory contract or unexpired
                                                              lease

        government contract

| | | |
|---|---|---|
| **2.73.** | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** |
| | State the term remaining | **Expires 10/15/2016** |
| | List the contract number of any government contract | |

**Joseph Camardo**
**701 South Bowman Avenue**
**Merion Station, PA 19066**

| | | |
|---|---|---|
| **2.74.** | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** |
| | State the term remaining | **Expires 12/18/2016** |
| | List the contract number of any government contract | |

**Joseph Camardo**
**701 South Bowman Avenue**
**Merion Station, PA 19066**

| | | |
|---|---|---|
| **2.75.** | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** |
| | State the term remaining | **Expires 12/31/2016** |
| | List the contract number of any government contract | |

**Joseph Camardo**
**701 South Bowman Avenue**
**Merion Station, PA 19066**

| | | |
|---|---|---|
| **2.76.** | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** |
| | State the term remaining | **Expires 3/27/2017** |
| | List the contract number of any government contract | |

**Joseph Camardo**
**701 South Bowman Avenue**
**Merion Station, PA 19066**

| | | |
|---|---|---|
| **2.77.** | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** |
| | State the term remaining | **Expires 4/25/2017** |
| | List the contract number of any government contract | |

**Joseph Camardo**
**701 South Bowman Avenue**
**Merion Station, PA 19066**

| | | |
|---|---|---|
| **2.78.** | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** |

**Joseph Camardo**
**701 South Bowman Avenue**
**Merion Station, PA 19066**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **ScripsAmerica, Inc.**
    First Name       Middle Name       Last Name

Case number (*if known*)   **16-11991 LSS**

 **Additional Page if You Have More Contracts or Leases**

| | |
|---|---|
| **2. List all contracts and unexpired leases** | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

|  | State the term remaining | **Expires 7/16/2017** | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

---

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
|  | State the term remaining | **Expires 10/8/2017** | **Joseph Camardo** |
|  | List the contract number of any government contract | | **701 South Bowman Avenue** **Merion Station, PA 19066** |

---

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
|  | State the term remaining | **Expires 12/3/2017** | **Joseph Camardo** |
|  | List the contract number of any government contract | | **701 South Bowman Avenue** **Merion Station, PA 19066** |

---

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
|  | State the term remaining | **Expires 12/31/2017** | **Joseph Camardo** |
|  | List the contract number of any government contract | | **701 South Bowman Avenue** **Merion Station, PA 19066** |

---

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
|  | State the term remaining | **Expires 1/7/2018** | **Joseph Camardo** |
|  | List the contract number of any government contract | | **701 South Bowman Avenue** **Merion Station, PA 19066** |

---

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
|  | State the term remaining | **Expires 3/26/2018** | **Joseph Camardo** |
|  | List the contract number of any government contract | | **701 South Bowman Avenue** **Merion Station, PA 19066** |

---

Debtor 1  **ScripsAmerica, Inc.**
     First Name     Middle Name     Last Name

Case number (*if known*)  **16-11991 LSS**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 5/12/2018** | **Joseph Camardo** |
| | List the contract number of any government contract | | **701 South Bowman Avenue**<br>**Merion Station, PA 19066** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/25/2018** | **Joseph Camardo** |
| | List the contract number of any government contract | | **701 South Bowman Avenue**<br>**Merion Station, PA 19066** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/7/2018** | **Joseph Camardo** |
| | List the contract number of any government contract | | **701 South Bowman Avenue**<br>**Merion Station, PA 19066** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/8/2018** | **Joseph Camardo** |
| | List the contract number of any government contract | | **701 South Bowman Avenue**<br>**Merion Station, PA 19066** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/11/2018** | **Joseph Camardo** |
| | List the contract number of any government contract | | **701 South Bowman Avenue**<br>**Merion Station, PA 19066** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/29/2018** | **Joseph Camardo** |
| | List the contract number of any | | **701 South Bowman Avenue**<br>**Merion Station, PA 19066** |

Debtor 1    **ScripsAmerica, Inc.**
      First Name      Middle Name      Last Name

Case number (if known)    **16-11991 LSS**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

government contract

---

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/30/2018** | **Joseph Camardo**<br>**701 South Bowman Avenue**<br>**Merion Station, PA 19066** |
| | List the contract number of any government contract | | |

---

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 11/13/2018** | **Joseph Camardo**<br>**701 South Bowman Avenue**<br>**Merion Station, PA 19066** |
| | List the contract number of any government contract | | |

---

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2015** | **Joseph Camardo**<br>**701 South Bowman Avenue**<br>**Merion Station, PA 19066** |
| | List the contract number of any government contract | | |

---

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 10/15/2016** | **Michael Imperiale**<br>**94 Legend Road**<br>**San Anselmo, CA 94960** |
| | List the contract number of any government contract | | |

---

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/18/2016** | **Michael Imperiale**<br>**94 Legend Road**<br>**San Anselmo, CA 94960** |
| | List the contract number of any government contract | | |

---

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | **Michael Imperiale**<br>**94 Legend Road**<br>**San Anselmo, CA 94960** |
|---|---|---|---|

---

Debtor 1   **ScripsAmerica, Inc.**
     First Name      Middle Name      Last Name
     Case number *(if known)*   **16-11991 LSS**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Expires 12/31/2016** | |
| List the contract number of any government contract | | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/27/2017** | **Michael Imperiale** |
| | List the contract number of any government contract | | **94 Legend Road**<br>**San Anselmo, CA 94960** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 4/25/2017** | **Michael Imperiale** |
| | List the contract number of any government contract | | **94 Legend Road**<br>**San Anselmo, CA 94960** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/16/2017** | **Michael Imperiale** |
| | List the contract number of any government contract | | **94 Legend Road**<br>**San Anselmo, CA 94960** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 10/8/2017** | **Michael Imperiale** |
| | List the contract number of any government contract | | **94 Legend Road**<br>**San Anselmo, CA 94960** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/3/2017** | **Michael Imperiale** |
| | List the contract number of any government contract | | **94 Legend Road**<br>**San Anselmo, CA 94960** |

Debtor 1   **ScripsAmerica, Inc.**

First Name ___ Middle Name ___ Last Name ___

Case number *(if known)*   **16-11991 LSS**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
| | State the term remaining | **Expires 12/31/2017** | **Michael Imperiale** 94 Legend Road San Anselmo, CA 94960 |
| | List the contract number of any government contract | | |
| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
| | State the term remaining | **Expires 1/7/2018** | **Michael Imperiale** 94 Legend Road San Anselmo, CA 94960 |
| | List the contract number of any government contract | | |
| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
| | State the term remaining | **Expires 3/26/2018** | **Michael Imperiale** 94 Legend Road San Anselmo, CA 94960 |
| | List the contract number of any government contract | | |
| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
| | State the term remaining | **Expires 5/12/2018** | **Michael Imperiale** 94 Legend Road San Anselmo, CA 94960 |
| | List the contract number of any government contract | | |
| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
| | State the term remaining | **Expires 6/25/2018** | **Michael Imperiale** 94 Legend Road San Anselmo, CA 94960 |
| | List the contract number of any government contract | | |
| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
| | State the term remaining | **Expires 7/8/2018** | **Michael Imperiale** 94 Legend Road San Anselmo, CA 94960 |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **ScripsAmerica, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)  **16-11991 LSS**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

government contract

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/11/2018** | **Michael Imperiale** |
| | List the contract number of any government contract | | **94 Legend Road** **San Anselmo, CA 94960** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/29/2018** | **Michael Imperiale** |
| | List the contract number of any government contract | | **94 Legend Road** **San Anselmo, CA 94960** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/30/2018** | **Michael Imperiale** |
| | List the contract number of any government contract | | **94 Legend Road** **San Anselmo, CA 94960** |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 11/13/2018** | **Michael Imperiale** |
| | List the contract number of any government contract | | **94 Legend Road** **San Anselmo, CA 94960** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2018** | **Michael Imperiale** |
| | List the contract number of any government contract | | **94 Legend Road** **San Anselmo, CA 94960** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | **Nanci Lieneck** **12-60 12th Street** **Fair Lawn, NJ 07410** |
|---|---|---|---|

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 20 of 27

Debtor 1    **ScripsAmerica, Inc.**                                    Case number *(if known)*    **16-11991 LSS**
　　　　　First Name　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | State the term remaining | **Expires 8/27/2020** | |
| | List the contract number of any government contract | | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Unwritten transfer agent agreement since 2011** | |
|---|---|---|---|
| | State the term remaining | | **Olde Monmouth Stock Transfer Co., Inc.** |
| | List the contract number of any government contract | | **200 Memorial Highway**<br>**Atlantic Highlands, NJ 07716** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Indemnification Agreement with ScripsAmerica, Inc., dated 03-03-15 re: Ironridge litigation.** | |
|---|---|---|---|
| | State the term remaining | | **Olde Monmouth Stock Transfer Co., Inc.** |
| | List the contract number of any government contract | | **200 Memorial Highway**<br>**Atlantic Highlands, NJ 07716** |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/23/2017** | **Peter Megill** |
| | List the contract number of any government contract | | **37 Horsehoe Drive**<br>**Hillsborough, NJ 08844** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 8/27/2020** | **Peter Megill** |
| | List the contract number of any government contract | | **37 Horsehoe Drive**<br>**Hillsborough, NJ 08844** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 9/11/2016** | **Richard Fox** |
| | List the contract number of any government contract | | **200 Memorial Parkway**<br>**Atlantic Highlands, NJ 07716** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **ScripsAmerica, Inc.**
      First Name     Middle Name     Last Name

Case number *(if known)* **16-11991 LSS**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 10/8/2017** | **Richard Fox**<br>**200 Memorial Parkway**<br>**Atlantic Highlands, NJ 07716** |
| | List the contract number of any government contract | | |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/3/2017** | **Richard Fox**<br>**200 Memorial Parkway**<br>**Atlantic Highlands, NJ 07716** |
| | List the contract number of any government contract | | |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2017** | **Richard Fox**<br>**200 Memorial Parkway**<br>**Atlantic Highlands, NJ 07716** |
| | List the contract number of any government contract | | |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 1/7/2018** | **Richard Fox**<br>**200 Memorial Parkway**<br>**Atlantic Highlands, NJ 07716** |
| | List the contract number of any government contract | | |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/26/2018** | **Richard Fox**<br>**200 Memorial Parkway**<br>**Atlantic Highlands, NJ 07716** |
| | List the contract number of any government contract | | |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 5/12/2018** | **Richard Fox**<br>**200 Memorial Parkway**<br>**Atlantic Highlands, NJ 07716** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **ScripsAmerica, Inc.**
　　　　　First Name　　　　Middle Name　　　　　Last Name

Case number (if known)   **16-11991 LSS**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | government contract | | |
|---|---|---|---|

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/25/2018** | **Richard Fox** |
| | List the contract number of any government contract | | **200 Memorial Parkway** **Atlantic Highlands, NJ 07716** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/8/2018** | **Richard Fox** |
| | List the contract number of any government contract | | **200 Memorial Parkway** **Atlantic Highlands, NJ 07716** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/30/2018** | **Richard Fox** |
| | List the contract number of any government contract | | **200 Memorial Parkway** **Atlantic Highlands, NJ 07716** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 11/13/2018** | **Richard Fox** |
| | List the contract number of any government contract | | **200 Memorial Parkway** **Atlantic Highlands, NJ 07716** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2015** | **Richard Fox** |
| | List the contract number of any government contract | | **200 Memorial Parkway** **Atlantic Highlands, NJ 07716** |

Debtor 1    **ScripsAmerica, Inc.**
      First Name     Middle Name     Last Name

Case number *(if known)*   **16-11991 LSS**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.129.** State what the contract or lease is for and the nature of the debtor's interest
**Management Reorganization Agreement by ScripsAmerica dated 06-29-15**

State the term remaining

List the contract number of any government contract

Robert Schneiderman
843 Persimmon Lane
Langhorne, PA 19047

---

**2.130.** State what the contract or lease is for and the nature of the debtor's interest
**Stock Option Agreement**

State the term remaining   **Expires 10/15/2016**

List the contract number of any government contract

Robert Schneiderman
843 Persimmon Lane
Langhorne, PA 19047

---

**2.131.** State what the contract or lease is for and the nature of the debtor's interest
**Stock Option Agreement**

State the term remaining   **Expires 12/18/2016**

List the contract number of any government contract

Robert Schneiderman
843 Persimmon Lane
Langhorne, PA 19047

---

**2.132.** State what the contract or lease is for and the nature of the debtor's interest
**Stock Option Agreement**

State the term remaining   **Expires 12/31/2018**

List the contract number of any government contract

Robert Schneiderman
843 Persimmon Lane
Langhorne, PA 19047

---

**2.133.** State what the contract or lease is for and the nature of the debtor's interest
**Stock Option Agreement**

State the term remaining   **Expires 4/25/2017**

List the contract number of any government contract

Robert Schneiderman
843 Persimmon Lane
Langhorne, PA 19047

---

**2.134.** State what the contract or lease is for and the nature of the debtor's interest
**Stock Option Agreement**

Robert Schneiderman
843 Persimmon Lane
Langhorne, PA 19047

State the term remaining   **Expires 10/8/2017**

Debtor 1    **ScripsAmerica, Inc.**                                    Case number (if known)    **16-11991 LSS**
   First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

|  | List the contract number of any government contract | |
|---|---|---|

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/3/2017** | **Robert Schneiderman** |
| | List the contract number of any government contract | | **843 Persimmon Lane** **Langhorne, PA 19047** |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2017** | **Robert Schneiderman** |
| | List the contract number of any government contract | | **843 Persimmon Lane** **Langhorne, PA 19047** |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 1/7/2018** | **Robert Schneiderman** |
| | List the contract number of any government contract | | **843 Persimmon Lane** **Langhorne, PA 19047** |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/26/2018** | **Robert Schneiderman** |
| | List the contract number of any government contract | | **843 Persimmon Lane** **Langhorne, PA 19047** |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 5/12/2018** | **Robert Schneiderman** |
| | List the contract number of any government contract | | **843 Persimmon Lane** **Langhorne, PA 19047** |

Debtor 1    **ScripsAmerica, Inc.**                                      Case number (*if known*)   **16-11991 LSS**
      First Name      Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.140.** State what the contract or lease is for and the nature of the debtor's interest — **Stock Option Agreement**

State the term remaining — **Expires 6/25/2018**

List the contract number of any government contract

**Robert Schneiderman**
**843 Persimmon Lane**
**Langhorne, PA 19047**

---

**2.141.** State what the contract or lease is for and the nature of the debtor's interest — **Stock Option Agreement**

State the term remaining — **8/27/2020**

List the contract number of any government contract

**Shefail B. Shah**
**5 Cider Mill Court**
**New City, NY 10956**

---

**2.142.** State what the contract or lease is for and the nature of the debtor's interest — **Payment and Performance Guaranty by ScripsAmerica, Inc. in favor of Triumph Healthcare Finance dated 12-08-14 for Loan and Security Agreement between Triumph and ScripsAmerica's subsidiary, Main Avenue Pharmacy, Inc.**

State the term remaining

List the contract number of any government contract

**Triumph Community Bank**
**c/o Triumph Healthcare Finance**
**10300 SW Greenburg Road**
**Suite 465**
**Portland, OR 97223**

---

**2.143.** State what the contract or lease is for and the nature of the debtor's interest — **Master Agreement dated November 7, 2013 - equity interest of Scrips in Wholesale Rx**

State the term remaining

List the contract number of any government contract

**Wholesale Rx**
**7740-A Trinity Road**
**Suite 113**
**Cordova, TN 38018**

---

**2.144.** State what the contract or lease is for and the nature of the debtor's interest — **Stock Option Agreement**

State the term remaining — **Expires 11/6/2016**

List the contract number of any government contract

**William Dauber**
**3 Connel Drive**
**Langhorne, PA 19047**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **ScripsAmerica, Inc.**
          First Name          Middle Name          Last Name

Case number *(if known)*   **16-11991 LSS**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

Fill in this information to identify the case:

Debtor name     **ScripsAmerica, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)    **16-11991 LSS**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor                                    Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Main Avenue Pharmacy, Inc. | 1094 Main Avenue Suite A Clifton, NJ 07011 | Triumph Community Bank | ☐ D _____ ■ E/F  **3.20** ☐ G _____ |