**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| | : |
| In re: | : Chapter 11 |
| | : |
| SCRIPSAMERICA, INC.,[1] | : Case No. 16-11991 (LSS) |
| | : |
| | : |
| Debtor. | : |
| | : |
| | : |
| | : |

**NOTES AND DISCLAIMERS REGARDING THE DEBTOR' S SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

The Debtor hereby submits its Schedules of Assets and Liabilities (the "Schedules") and

Statement of Financial Affairs (the "Statement") pursuant to section 521 of the Bankruptcy Code

and Rule 1007 Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules"). The following

notes regarding the Schedules and Statement are fully incorporated into and made part of the

Schedules and Statement and should be referred to in connection with any review of the

Schedules and Statement:

1.      Unless otherwise noted, the financial and other information contained in the

Schedules and Statement is derived from the Debtor in accordance with the Debtor's financial

reporting and accounting policies and procedures. The information provided for herein, except as

otherwise noted, represents the asset and liability data of the Debtor as of the Order for Relief

Date.

2.      Given the differences between the information to be submitted in the Schedules

and Statement and the financial information utilized under Generally Accepted Accounting

Principles, the aggregate asset values and claim amounts set forth in the Schedules and Statement

---

[1] The last four digits of the Debtor's federal tax identification number are 8594.  The location of the Debtor's corporate headquarters is 1094 Main Avenue, Suite A, Clifton, NJ  07011.

may not reflect the values and amounts that would be set forth in a balance sheet or other financial reports for the Debtor prepared in accordance with Generally Accepted Accounting Principles.

3.      The Schedules and Statement prepared by the Debtor's management and professionals are unaudited.  While the Debtor has tried to ensure that the Schedules and Statement are accurate and complete based upon information that was available at the time of the preparation, the subsequent receipt of information or an audit may result in material changes in financial data contained in the Schedules and Statement.

4.      While the Debtor has sought to file (a) complete and accurate Schedules and Statement, inadvertent errors and omissions may exist. The Debtor reserves all rights to amend the Schedules and Statement as may be necessary or appropriate -- including, but not limited to, amending the Schedules and Statement to:  (i) preserve the right to dispute a claim on any grounds, including amount, liability or classification; (ii) assert offsets or defenses to any claim reflected on the Schedules and Statement; or (iii) to subsequently designate any claim as "contingent," "unliquidated" or "disputed."  Furthermore, nothing contained in the Schedules and Statement shall constitute a waiver of rights by the Debtor involving any present or future causes of action, contested matters or other issues under the provisions of the Bankruptcy Code or other relevant non-bankruptcy laws.

5.      Any failure to designate a claim on the Schedules and Statement as "contingent," "unliquidated," or "disputed" does not constitute an admission that such claim is not "contingent," "unliquidated," or "disputed." The Debtor reserves the right to dispute, or to assert offsets or defenses to any claim reflected on its Schedules or Statement as to amount, liability, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated,"

or "disputed." Moreover, the Debtor reserves the right to amend its Schedules and Statement as necessary and appropriate.

6.      The Debtor has sought to allocate liabilities between the pre-petition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.

7.      Schedule "E" contains the Debtor's best estimate of all of the potential priority claims against the Debtor's estate (if any) held by governmental entities. The Debtor has not determined whether, and to what extent, any creditors identified on Schedule "E" in fact are entitled to priority under section 507 of the Bankruptcy Code. The Debtor reserves the right to assert that claims identified on Schedule "E" are not claims that are entitled to priority.

8.      While reasonable efforts have been made to ensure the accuracy of Schedule "G," the Debtor does not make (and specifically disclaims) any representation or warranty as to the validity or enforceability of any contracts, agreement, or documents listed thereon. The Debtor hereby reserves the right to dispute the validity, status, characterization, re-characterization (whether as a disguised financing or otherwise) or enforceability of any contracts, agreements or leases set forth on Schedule "G" and to amend or supplement Schedule "G."

9.      Certain of the contracts, agreements and leases listed on Schedule "G" may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed thereon.

**Fill in this information to identify the case:**

Debtor name    **ScripsAmerica, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **16-11991 LSS**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

### 1. Gross revenue from business

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br><br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>      **money from**<br>■ Other   **subsidiary** | **$76,810.00** |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | **1/4/16 to 5/20/16 Main Ave Pharmacy - Funds received for payment of payroll, insurance expenses, legal fees and other general expenses** | **$1,310,961.57** |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | **1/13/16 to 8/29/16 PIMD International - Funds received for payment of payroll, insurance expenses, legal fees and other general expenses** | **$354,155.48** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **ScripsAmerica, Inc.**                                    Case number *(if known)*  **16-11991 LSS**

|  | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  **1/01/2016** to **Filing Date** | **4/21/16 to 8/12/16 Pharmacy Administration, Inc. - Funds received for payment of payroll, insurance expenses, legal fees and other general expenses** | **$187,835.00** |
| From the beginning of the fiscal year to filing date:<br>From  **1/01/2016** to **Filing Date** | **1/14/16 to 8/25/16 Wholesale Rx - Funds received for outstanding receivable that was previously written off** | **$48,000.00** |
| From the beginning of the fiscal year to filing date:<br>From  **1/01/2016** to **Filing Date** | **2/29/16 DispenseDoc, Inc. - Funds received for the sales of DispenseDoc in February 2016** | **$26,520.00** |
| From the beginning of the fiscal year to filing date:<br>From  **1/01/2016** to **Filing Date** | **2/22/16 DispenseDoc, Inc. - Commission fees earned paid to ScripsAmerica** | **$2,000.00** |
| From the beginning of the fiscal year to filing date:<br>From  **1/01/2016** to **Filing Date** | **5/11/16 Troy Pharmacy - Funds for receivable deemed uncollectible** | **$1,500.00** |
| For prior year:<br>From  **1/01/2015** to **12/31/2015** | **1/2/15 to 12/30/15 Main Avenue Pharmacy - Funds received for payment of payroll, insurance expenses, legal fees and other general expenses** | **$1,953,013.33** |
| For prior year:<br>From  **1/01/2015** to **12/31/2015** | **1/2/15 to 12/30/15 PIMD International - Funds received for payment of payroll, insurance expenses, legal fees and other general expenses** | **$356,867.47** |
| For prior year:<br>From  **1/01/2015** to **12/31/2015** | **4/28/15 to 11/25/15 Troy Pharmacy - Commission earned for management services** | **$153,843.49** |
| For prior year:<br>From  **1/01/2015** to **12/31/2015** | **12/11/15 Wholesale Rx - Funds received for outstanding receivable that was previously written off** | **$6,000.00** |

| Debtor | **ScripsAmerica, Inc.** | | Case number *(if known)* **16-11991 LSS** |
|---|---|---|---|

| | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|---|
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | | **10/6/15 DispenseDoc, Inc. -**<br>**Commission fees earned**<br>**paid to ScripsAmerica** | **$2,000.00** |

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **M&T Insurance/ Forest Financial** | 7/6/16,<br>7/21/16,<br>8/1/16 and<br>9/6/16 | $39,586.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Director and Officer**<br>**insurance payments** |
| 3.2. | **Glaser Weil Fink & Howard** | 6/16/16 and<br>7/13/16 | $60,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **Ciardi Ciardi & Astin**<br>**1204 North King Street**<br>**Wilmington, DE 19801** | | $175,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | **Gills Cunning & Game** | 6/16/2016 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

---

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| **Insider's name and address**<br>**Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
|---|---|---|---|

Debtor    **ScripsAmerica, Inc.**                                    Case number *(if known)* **16-11991 LSS**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Andrea Schneidermann**<br>**843 Persimmon Lane**<br>**Langhorne, PA 19047**<br>**Wife of Former CEO** | **9/4/15 to**<br>**11/19/15** | **$23,484.46** | **Payment interest on note payable and principal amount on notes payable.** |
| 4.2. **Robert Schneidermann**<br>**RS & Associates**<br>**Former CEO** | **9/4/15 to**<br>**11/5/15** | **$10,202.45** | **Interest on notes payable, reimburse for credit card charges** |
| 4.3. **Adam Brosius**<br>**165 McKinley Place**<br>**Ridgewood, NJ 07450**<br>**Former President & Board of Director** | **9/23/15 to**<br>**7/20/16** | **$34,273.14** | **Board fees, car and phone allowance and T&E reimbursement** |
| 4.4. **Andrius Pranskevicius**<br>**2090 Palm Beach Lakes Boulevard**<br>**Concourse Towers II - Suite 701**<br>**West Palm Beach, FL 33409**<br>**Board of Director** | **11/5/15 to**<br>**7/14/16** | **$13,000.00** | **Board member fees** |
| 4.5. **Development 72, LLC**<br>**c/o Andrius Pranskevicius**<br>**2090 Palm Beach Lakes Boulevard**<br>**Concourse Towers II - Suite 701**<br>**West Palm Beach, FL 33409**<br>**Board of Director** | **9/21/15 to**<br>**4/5/16** | **$343,047.66** | **Payment interest on notes payable, payment of principal on note payable** |
| 4.6. **Austin Lewis**<br>**5 Beverly Road**<br>**Madison, NJ 07940**<br>**Board of Director** | **9/30/15 to**<br>**7/14/16** | **$42,250.00** | **Payment fees as consultant and fees as Board of Director** |
| 4.7. **Joe Camardo**<br>**The Brevoort**<br>**11 Fifth Avenue**<br>**New York, NY 10003**<br>**Board of Director** | **11/5/15 to**<br>**7/16/16** | **$12,000.00** | **Board member fees** |
| 4.8. **Brian Ettinger, Esquire**<br>**Law Office of Brian Ettinger**<br>**CEO and Chairman of Board of Directors** | **10/9/15 to**<br>**9/2/16** | **$114,960.23** | **Board fees, CEO salary, and reimbursement of T&E expenses** |
| 4.9. **Michael Imperiale**<br>**95 Legend Road**<br>**San Anselmo, CA 94960**<br>**Board of Director** | **11/5/15 to**<br>**7/14/16** | **$14,852.59** | **Board member fees and reimbursement of T&E expenses** |
| 4.10 **Powell Strategic Advisors**<br>· **c/o Jeff Andrews**<br>**8 Cushman Road**<br>**Rosemont, PA 19010**<br>**CFO** | **9/10/16 to**<br>**7/21/16** | **$183,050.68** | **Salary, car and phone allowance and Board of Director fees** |
| 4.11 **Triggs Global Management Company**<br>· **c/o Andy Triggs**<br>**2740 SW Martin Downs Boulevard, #165**<br>**Palm City, FL 34990**<br>**Former Board of Director** | **11/5/15 to**<br>**6/4/16** | **$10,000.00** | **Board member fees** |

**5. Repossessions, foreclosures, and returns**

Debtor    **ScripsAmerica, Inc.**                                                                 Case number *(if known)*  **16-11991 LSS**

---

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

---

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Ironridge Global IV, LTD v. Scripsamerica, Inc.<br>B269075 | | court of Appeals<br>Central Civil Appeals Unit<br>Stanley Mosk Courthouse<br>111 N. Hill Street, Rm 111-A<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Ironridge Global IV, LTD v. Scripsamerica, Inc.<br>BC524230 | | Superior Court of CA, Los Angeles<br>Los Angeles, CA 90012 | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.3. | Ironridge Global IV, LTD v. Scripsamerica, Inc.<br>B267626 | | Court of Appeals<br>Central Civil Appeals Unit<br>Stanley Mosk Courthouse<br>111 N. Hill Street, room 111-A<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Ironridge Global IV, LTD, et al v. Scripsamerica, Inc., et al<br>Appeal No B271700 | | Court of AppealSecond Appellate District<br>Los Angeles, CA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Ironridge Global Partners, LLC v Scripsamerica, Inc, et al<br>2:16-CV-05335 | | District Ct Central Dist of California | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Certa v. Scripsamerica, Inc.<br>CA12315 | | Court of Chancery State of Delaware | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | Schneiderman v. Scripsamerica, Inc.<br>16C-02-130 PRW | | Superior Court of Delaware | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **ScripsAmerica, Inc.** | | Case number *(if known)* | **16-11991 LSS** |
|---|---|---|---|---|

| | **Case title**<br>**Case number** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.8. | **Ironridge Global IV, LTD v. LNK International, Inc. and Scripsamerica, Inc.**<br>**0612769/ 2015** | | **Supreme Court State NY, Suffolk County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Ironridge Global IV, Ltd. v. Olde Monmouth Stock Transfer Co., et al. (filed 3/6/2015)**<br>**No. L00077215** | **Civil Action** | **NJ Superior - Monmouth** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|

**Part 5:**   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss**<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | **Dates of loss** | **Value of property lost** |
|---|---|---|---|

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **ScripsAmerica, Inc.**                                   Case number *(if known)* **16-11991 LSS**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Ciardi Ciardi & Astin**<br>**1204 North King Street**<br>**Wilmington, DE 19801** | | **8/29/16 and<br>9/2/16** | **$175,000.00** |
| Email or website address<br>**dastin@ciardilaw.com** | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 **Ironridge Global IV, Ltd.**<br>**c/o John C. Kirkland, Esquire**<br>**P.O. Box 6467**<br>**St Thomas, VI 00804** | **Stock** | **11/18/13 –<br>8,690,000** | **$766,238.00** |
| **Relationship to debtor** | | | |
| 13.2 **Ironridge Global IV, Ltd.**<br>**c/o John C. Kirkland, Esquire**<br>**P.O. Box 6467**<br>**St Thomas, VI 00804** | **Stock** | **2/26/14 –<br>1,1615,550** | **$210,022.00** |
| **Relationship to debtor** | | | |
| 13.3 **Ironridge Global IV, Ltd.**<br>**c/o John C. Kirkland, Esquire**<br>**P.O. Box 6467**<br>**St Thomas, VI 00804** | **Stock** | **10/13/15 –<br>1,164,550** | **$164,665.00** |
| **Relationship to debtor** | | | |

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | **ScripsAmerica, Inc.** | | Case number *(if known)* **16-11991 LSS** |
|---|---|---|---|

☐ Does not apply

**Address**                                                   **Dates of occupancy**
                                                             **From-To**

14.1. **Corporate Office Center Tysons II**                  **June 1, 2013 to April 30, 2015**
      **1650 Tysons Boulevard**
      **Suite 1580**
      **Mc Lean, VA 22102**

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If  debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■  No.
☐  Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| **Depository institution name and address** | **Names of anyone with access to it Address** | **Description of the contents** | **Do you still have it?** |
|---|---|---|---|

Debtor    **ScripsAmerica, Inc.**                                        Case number *(if known)*  **16-11991 LSS**

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Official Form 207                    Statement of Financial Affairs for Non-individuals Filing for Bankruptcy                    page 9

Debtor   __ScripsAmerica, Inc._____   Case number (if known) _16-11991 LSS_____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

| 25.1. | P.I.M.D. International, LLC<br>1018 US Highway 80W<br>Suite 603<br>Pooler, GA 31322 | 90% Ownership,<br>Distributor/Wholesaler of<br>Pharmaceutical products.<br>Distributed to pharmacies. | **Dates business existed**<br>EIN:   26-4838966<br><br>From-To   November 2014 - Present |
|---|---|---|---|
| 25.2. | Main Avenue Pharmacy, Inc.<br>1094 Main Avenue<br>Suite A<br>Clifton, NJ 07011 | 100% Ownership; closed 8/31/2016<br>General Pharmacy activity but<br>mainly compound pharmacy<br>products.<br>Closed due to lost insurance<br>contracts. | EIN:   27-4436335<br><br>From-To   March 2015 to August 30, 2016 |
| 25.3. | Lakeside Pharmacy, LLC<br>10005 AL Highway 9N<br>Cedar Bluff, AL 35958 | 49% Ownership with 80%<br>controlling interest by Pharmacy<br>Administrations.<br>Mail order pharmacy business. | EIN:   80-0809422<br><br>From-To   Purchase interest April 2016 to<br>present |
| 25.4. | Pharmacy Administration,<br>Inc.<br>1094 Main Avenue<br>Clifton, NJ 07011 | 100% Ownership; A service<br>company providing billing and<br>management service to Scrips<br>American subsidiaries | EIN:   47-5368966<br><br>From-To   Created July 21, 2015 to Present |
| 25.5. | DispenseDoc, Inc.<br>2805 S. Front Street<br>#200<br>Philadelphia, PA 19148 | 100% Ownership - Sold 2/26/2016<br>Service provider to doctor's<br>offices to dispense prescription<br>drugs | EIN:   38-3969544<br><br>From-To   Created April 10, 2015 and sold<br>company 2/26/2016 |
| 25.6. | Wholesale Rx<br>7740A Trinity Road<br>Suite 113<br>Cordova, TN 38018 | 14% Ownership with option to<br>purchase more.<br>Distributor/Wholesaler of<br>pharaceutical products. | EIN:<br><br>From-To   Entered into agreement November<br>2013, terminated November 2015 |
| 25.7. | Troy Pharmacy, Inc.<br>1612 Lowrie Street<br>Pittsburgh, PA 15212 | Verbal management agreement to<br>run the pharmacy, provide<br>financing and provide<br>management services with<br>possible option to purchase.<br>Terminated relationship due to<br>false claims by owners. | EIN:<br><br>From-To   April 2015 to August 30, 2015 |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
      ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | Jeffrey Andrews<br>8 Cushman Road<br>Bryn Mawr, PA 19010 | January 2011 to<br>Present |
| 26a.2. | Peter Megill<br>37 Horsehoe Drive<br>Hillsborough, NJ 08844 | 6/25/2014 to Present |
| 26a.3. | Nazlije Hoda<br>33 Tommy Terrace<br>Wayne, NJ 07470 | April 2015 to<br>Present |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor    **ScripsAmerica, Inc.**                                                    Case number (if known)  **16-11991 LSS**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **KMJ Corbin & Company**<br>**555 Anton Boulevard**<br>**Suite 1000**<br>**Costa Mesa, CA 92626** | **7/30/2015 to Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. | **Freidman LLP**<br>**100 Eagle Rock Avenue**<br>**East Hanover, NJ 07936** | **6/7/2012 to 7/30/2015** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Corporate Headquarters**<br>**1094 Main Avenue**<br>**Suite A**<br>**Clifton, NJ 07011** | **Accounting records** |
| 26c.2. | **Federal Bureau of Investigation** | **original documents were taken by the FBI and the Office of the Attorney General as part of a search and seizure in June 2016** |
| 26c.3. | **Office of Jeffrey Andrews**<br>**8 Cushman Avenue**<br>**Rosemont, PA 19010** | |
| 26c.4. | **Office of Pete Megill**<br>**37 Horseshoe Drive**<br>**Hillsborough, NJ 08844** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| 26d.1. | **Triumph Healthcare Finance**<br>**10300 SW Greenburg Road**<br>**Suite 465**<br>**Portland, OR 97223** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   **ScripsAmerica, Inc.**                                        Case number *(if known)* **16-11991 LSS**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brian Ettinger, Chairman** | **Law Office of Brian Ettinger** **5120 Woodway, Suite 5004** **Houston, TX 77056** | **CEO & Member of Board of Directors** | **<1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joseph Camardo, M.D.** | **The Brevoot** **11 Fifth Avenue** **New York, NY 10003** | **Member of Board of Directors** | **<1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Imperiale, M.D.** | **94 Legend Road** **San Anselmo, CA 94960** | **Member of Board of Directors** | **<1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Andrius Pranskevicius** | **Mart Management, LLC** **2090 Palm Beach Lakes Boulevard** **Suite 701** **West Palm Beach, FL 33409** | **Member of Board of Directors** | **<1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William Austin Lewis** | **Lewis Asset Management** **1450 Broadway** **26th Floor** **New York, NY 10018** | **Member of Board of Directors** | **<1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Pellegrino Certa** | **320 Dayton Avenue** **Suite 108** **Edmonds, WA 98020** | **Member of Board of Directors** | **2.5%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeffrey Andrews** | **8 Cushman Road** **Bryn Mawr, PA 19010** | **CFO** | **2.78% of Stock** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐  No

■  Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Robert Schneiderman** | **843 Persimmon Lane** **Langhorne, PA 19047** | **CEO, President and Secretary - Resigned** | **5/12/08 - 6/30/15** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Adam Brosius** | **165 McKinley Place** **Ridgewood, NJ 07450** | **President & Board of Director - Resigned** | **11/13/15 - 9/1/16** |

Debtor   **ScripsAmerica, Inc.**                    Case number *(if known)*  **16-11991 LSS**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Anderson Triggs** | **2740 SW Martin Downs Boulevard #165 Palm City, FL 34990** | **Resigned** | **5/12/15 - 6/14/16** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Brian Anderson** | **42 Highland Avenue Monmouth Beach, NJ 07750** | **Deceased** | **5/24/11 - 4/23/15** |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐   No

☑   Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Andrea Schneiderman 843 Persimmon Lane Langhorne, PA 19047** | **23,484.46** | **9/4/15 to 11/19/15** | **Payment interest on note payable and principal payment on notes payable** |
| | Relationship to debtor **Wife of Former CEO** | | | |
| 30.2. | **Robert Schneiderman RS Associates 843 Persimmon Lane Langhorne, PA 19047** | **10,202.45** | **9/4/15 to 11/5/15** | **Interest on notes payable, reimburse for credit card charges** |
| | Relationship to debtor **Former CEO, President and Board of Director** | | | |
| 30.3. | **Adam Brosius 165 Mckinley Place Ridgewood, NJ 07450** | **34,273.14** | **09/23/15 to 7/20/16** | **Board fees, car and phone allowance and T&E reimbursement.** |
| | Relationship to debtor **Former President and Board of Director** | | | |
| 30.4. | **Adam Brosius 165 Mckinley Place Ridgewood, NJ 07450** | **3,522.00** | **9/7/15 to 9/7/16** | **Common stock to be issued in future.** |
| | Relationship to debtor **Former President and Board of Director** | | | |

Debtor   **ScripsAmerica, Inc.**                                              Case number *(if known)*  **16-11991 LSS**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **Adam Brosius**<br>**165 Mckinley Place**<br>**Ridgewood, NJ 07450** | 200.00 | 11/13/15 | **Common Stock Options granted 2015 recorded value.** |
| | **Relationship to debtor**<br>**Former President and Board of Director** | | | |
| 30.6. | **Andrius Pranskevicius**<br>**2090 Palm Beach Lakes**<br>**Boulevard Concourse**<br>**Towers II - Suite 701**<br>**West Palm Beach, FL 33409** | 13,000.00 | 11/5/15 to 7/14/16 | **Board Member fees** |
| | **Relationship to debtor**<br>**Board of Director** | | | |
| 30.7. | **Andrius Pranskevicius**<br>**2090 Palm Beach Lakes**<br>**Boulevard Concourse**<br>**Towers II - Suite 701**<br>**West Palm Beach, FL 33409** | 792.00 | 9/7/15 to 9/7/16 | **Common stock to be issued in future.** |
| | **Relationship to debtor**<br>**Board of Director** | | | |
| 30.8. | **Andrius Pranskevicius**<br>**2090 Palm Beach Lakes**<br>**Boulevard Concourse**<br>**Towers II - Suite 701**<br>**West Palm Beach, FL 33409** | 2,400.00 | 11/13/15 & 12/31/15 | **Common Stock Options granted in 2015 recorded value.** |
| | **Relationship to debtor**<br>**Board of Director** | | | |
| 30.9. | **Development 72, LLC**<br>**2090 Palm Beach Lakes**<br>**Boulevard Concourse**<br>**Towers II - Suite 701**<br>**West Palm Beach, FL 33409** | 343,047.66 | 9/21/15 to 4/5/16 | **Payment interest on notes payable, payment of principal on note payable.** |
| | **Relationship to debtor**<br>**Owned by Board of Director** | | | |
| 30.10. | **Austin Lewis**<br>**5 Beverly Road**<br>**Madison, NJ 07940** | 42,250.00 | 09/30/15 to 7/14/16 | **Payment of fees as consultant and fees as Board of Director.** |
| | **Relationship to debtor**<br>**Board of Director** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

| Debtor | ScripsAmerica, Inc. | | Case number *(if known)* 16-11991 LSS | |
|---|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 1. | **Austin Lewis** **5 Beverly Road** **Madison, NJ 07940** | 792.00 | 9/7/15 to 9/7/16 | **Common Stock to be issued in future.** |
| | **Relationship to debtor** **Board of Director** | | | |
| 30.1 2. | **Austin Lewis** **5 Beverly Road** **Madison, NJ 07940** | 400.00 | 11/13/15 | **Common Stock Options granted in 2015 recorded value.** |
| | **Relationship to debtor** **Board of Director** | | | |
| 30.1 3. | **Brian Ettinger** **Law Office of Brian Ettinger** **5120 Woodway** **Suite 5004** **Houston, TX 77056** | 114,960.23 | 10/9/15 to 9/2/16 | **Board fees, CEO salary, and reimburse of T&E expenses.** |
| | **Relationship to debtor** **Officer and Board of Director** | | | |
| 30.1 4. | **Brian Ettinger** **Law Office of Brian Ettinger** **5120 Woodway** **Suite 5004** **Houston, TX 77056** | 552.00 | 9/7/15 to 9/7/16 | **Common Stock to be issued in future.** |
| | **Relationship to debtor** **Officer and Board of Director** | | | |
| 30.1 5. | **Joe Camardo** **The Brevoort** **11 Fifth Avenue** **New York, NY 10003** | 12,000.0 | 11/5/15 to 7/16/16 | **Board Member fees** |
| | **Relationship to debtor** **Board of Director** | | | |
| 30.1 6. | **Joe Camardo** **The Brevoort** **11 Fifth Avenue** **New York, NY 10003** | 912.00 | 9/7/15 to 9/7/16 | **Common Stock to be issued in future** |
| | **Relationship to debtor** **Board of Director** | | | |
| 30.1 7. | **Joe Camardo** **The Brevoort** **11 Fifth Avenue** **New York, NY 10003** | 2,500.00 | 11/13/15 & 12/31/15 | **Common Stock Options granted in 2015 recorded value.** |
| | **Relationship to debtor** **Board of Director** | | | |

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **ScripsAmerica, Inc.** | | Case number *(if known)* **16-11991 LSS** | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.18. **Brian Ettinger**<br>**Law Office of Brian Ettinger**<br>**5120 Woodway**<br>**Suite 5004**<br>**Houston, TX 77056** | **2,900.00** | **11/13/15 & 12/31/15** | **Common Stock Options granted in 2015 recorded value.** |
| **Relationship to debtor**<br>**Officer and Board of Director** | | | |
| 30.19. **Michael Imperiale**<br>**94 Legend Road**<br>**San Anselmo, CA 94960** | **14,852.59** | **11/5/15 to 7/14/16** | **Board Member fees and reimbursement of T&E expenses** |
| **Relationship to debtor**<br>**Board of Director** | | | |
| 30.20. **Michael Imperiale**<br>**94 Legend Road**<br>**San Anselmo, CA 94960** | **672.00** | **9/7/15 to 9/7/16** | **Common Stock to be issued in future** |
| **Relationship to debtor**<br>**Board of Director** | | | |
| 30.21. **Michael Imperiale**<br>**94 Legend Road**<br>**San Anselmo, CA 94960** | **2,500.00** | **11/13/15 & 12/31/15** | **Common Stock Options granted in 2015 recorded value.** |
| **Relationship to debtor**<br>**Board of Director** | | | |
| 30.22. **Powell Strategic Advisors**<br>**8 Cushman Road**<br>**Rosemont, PA 19010** | **183,050.68** | **9/10/16 to 7/21/16** | **Salary, car, and phone allowance and Board of Director fees** |
| **Relationship to debtor**<br>**Owned by the Company CFO** | | | |
| 30.23. **Powell Strategic Advisors**<br>**8 Cushman Road**<br>**Rosemont, PA 19010** | **552.00** | **9/7/15 to 9/7/16** | **Common Stock to be issued in future.** |
| **Relationship to debtor**<br>**Owned by the Company CFO** | | | |
| 30.24. **Powell Strategic Advisors**<br>**8 Cushman Road**<br>**Rosemont, PA 19010** | **2,200.00** | **11/13/15 & 12/31/15** | **Common Stock Options granted in 2015 recorded value.** |
| **Relationship to debtor**<br>**Owned by the Company CFO** | | | |

Debtor   **ScripsAmerica, Inc.**                                    Case number *(if known)*  **16-11991 LSS**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2 5. **Triggs Global Management Company** **2740 SW Martin Downs Boulevard** **#165** **Palm City, FL 34990** | **10,000.00** | **11/5/15 to 6/4/16** | **Board Member fees** |
| **Relationship to debtor** **Owned by Board of Director** | | | |
| 30.2 6. **Triggs Global Management Company** **2740 SW Martin Downs Boulevard** **#165** **Palm City, FL 34990** | **420.00** | **9/7/15 to 9/7/16** | **Common Stock to be issued in future.** |
| **Relationship to debtor** **Owned by Board of Director** | | | |
| 30.2 7. **Triggs Global Management Company** **2740 SW Martin Downs Boulevard** **#165** **Palm City, FL 34990** | **300.00** | **11/13/15** | **Common Stock Options granted in 2015 recorded value** |
| **Relationship to debtor** **Owned by Board of Director** | | | |
| 30.2 8. **Pellegrino Certa** **320 Dayton Avenue** **Suite 108** **Edmonds, WA 98020** | | | **Payment interest on note payable and principal payment on noted payable.** |
| **Relationship to debtor** **Board of Director** | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑   No
☐   Yes. Identify below.

**Name of the parent corporation**                          **Employer Identification number of the parent corporation**

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑   No
☐   Yes. Identify below.

**Name of the parent corporation**                          **Employer Identification number of the parent corporation**

Debtor   **ScripsAmerica, Inc.**

Case number *(if known)*  **16-11991 LSS**

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10 / 7 / 2016

Signature of individual signing on behalf of the debtor

**Jeffrey J. Andrews**
Printed name

Position or relationship to debtor   **Chief Financial Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes