**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SCRIPSAMERICA, INC., | : Case No. 16-11991 (LSS) |
| | : |
| | : |
| Debtor. | : |
| | : **Re: Docket No(s).** __55__ |
| | : |
| | : |

## ORDER SCHEDULING OMNIBUS HEARING DATES

The United States Bankruptcy Court for the District of Delaware has scheduled the

following omnibus hearing dates in the above-captioned case:

December 6, 2016 at 11:30 a.m.

January 25, 2017 at 2:00 p.m.

**Dated: October 25th, 2016**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**