IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SCRIPSAMERICA, INC.,[1] | Case No. 16-11991 (LSS) |
| Debtor. | Re: Docket No(s). 40, 61 |

**ORDER PURSUANT TO 11 U.S.C. § 105 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2015.3 AND 9006 GRANTING EXTENSION OF TIME TO FILE INITIAL REPORT OF FINANCIAL INFORMATION ON ENTITIES IN WHICH THE ESTATE HOLDS A CONTROLLING OR SUBSTANTIAL INTEREST**

After considering the Debtor's motion for an extension of time to file its schedules of assets and liabilities, Statement of Financial Affairs and initial report on entities in which it holds a controlling or substantial interest (collectively, the "Schedules") pursuant to 11 U.S.C. § 105 and Federal Rules of Bankruptcy Procedure 2015.3 and 9006 (the "Motion")[2], and it appearing that the extension of time to file the Schedules would be in the best interests of the estate, that the Court has jurisdiction over this matter, and that due and proper notice of the Motion has been given; and after due deliberation, and sufficient cause appearing therefor; it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The time within which the Debtor must file the Report is hereby extended through and including November 10, 2016, without prejudice to the Debtor's right to seek further

---

[1] The last four digits of the Debtor's federal tax identification number are 8594. The location of the Debtor's corporate headquarters is 1094 Main Avenue, Suite A, Clifton, NJ 07011.

[2] Capitalized terms used herein but not defined shall have the meanings ascribed in the Motion.

extensions or other relief from this Court, or to seek a waiver of the requirement of filing parts of the Report.

   3.  The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: November 1, 2016
   Wilmington, Delaware

*[signature]*
The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge