UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| ScripsAmerica, Inc. | : | Case No. 16-11991 (LSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtor. | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Ironridge Global Partners, LLC,** Attn: John C. Kirkland, 5330 Yacht Haven Grande, Suite 206, PO Box 6278, St. Thomas, VI 00804; Phone: 340-693-6009; Fax: 340-693-6009.

2. **Robert Schneiderman,** 843 Persimmon Lane, Langhorne, PA 19047, Phone: 215-741-7006.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
REGION 3

*/s/ Richard L. Schepacarter for*
T. PATRICK TINKER
Assistant United States Trustee

DATED: November 3, 2016

Attorney assigned to this Case: Richard L. Schepacarter, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497.
Debtors' Counsel: Joseph J. McMahon, Jr., Esquire, Phone: (302) 658-1100; Fax (302) 658-1300.