B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
## District of Delaware

In re ScripsAmerica, Inc.,

Case No. 16-11991 (LSS)

Debtor

Chapter 11

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] <u>HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST</u>**

This is the report as of 11/9/2016 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of ScripsAmerica, Inc. holds a substantial or controlling interest in the following entities:

| **Name of Entity** | **Interest of the Estate** | **Tab #** |
|---|---|---|
| Main Avenue Pharmacy, Inc. | 100% | --- |
| Pharmacy Administration, Inc. | 100% | --- |
| P.I.M.D. International LLC | 90% | --- |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.                                                                                          2

Date: November 9, 2016

_____
Signature of Authorized Individual

Jeffrey Andrews
_____
Name of Authorized Individual

Chief Financial Officer
_____
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

_____
Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

B26 (Official Form 26) (12/08) – Cont. 3

**Exhibit A**
**Valuation Estimate for [Name of Entity]**

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

**Schedule B-1a (attached) provides a basis for calculating net book value (total assets minus total liabilities) as of June 30, 2016.**

Exhibit D-4
**Balance Sheets**
As of June 30, 2016
(Unaudited)

| | Main Ave Pharmacy Inc. | P.I.M.D International LLC | Pharmacy Administration, Inc. |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash | $ 17,333 | $ 11,977 | $ 12,439 |
| Accounts receivable trade, net of allowance | 67,110 | 75,571 | |
| Receivable from DispenseDoc | | | |
| Inventories | 275,246 | 961,536 | |
| Prepaid expenses and other current assets | 111,235 | | |
| **Total Current Assets** | 470,924 | 1,049,084 | 12,439 |
| **Property and Equipment, net** | 54,406 | 27,471 | - |
| **Other Assets** | | | |
| Investments in Subsidiaries | - | | 453,250 |
| Intercompany | 5,805,543 | | 286,750 |
| Other assets, net | 151,578 | 7,400 | |
| | 5,957,121 | 7,400 | 740,000 |
| **TOTAL ASSETS** | $ 6,482,451 | $ 1,083,955 | $ 752,439 |
| **LIABILITIES, CONVERTIBLE PREFERRED STOCK AND STOCKHOLDERS' DEFICIT** | | | |
| **Current Liabilities** | | | |
| Accounts receivable line of credit | $ 2,011,715 | $ - | $ - |
| Accounts payable and accrued expenses | 551,910 | 925,227 | |
| Royalty payable | 8,400 | - | - |
| Royalty payable - related party | 6,651 | - | - |
| Note payable, - Related party | - | - | - |
| Note payables | - | - | - |
| Stock to be issued | - | - | - |
| Accrued expense for Ironridge settlement | - | - | - |
| Notes Payable to Dev 72 for conversion of Preferred stock | - | - | - |
| Intercompany | - | 71,825 | 996,851 |
| Reserve for charge backs | 12,651,543 | - | - |
| **Total Current Liabilities** | 15,230,219 | 997,052 | 996,851 |
| **Non-Current Liabilities** | | | |
| **Total Non-Current Liabilities** | - | - | - |
| **Total Liabilities** | 15,230,219 | 997,052 | 996,851 |
| **Commitments and Contingencies** | | | |
| **Stockholders' Equity (Deficit)** | | | |
| Common stock - $0.001 par value; 250,000,000 shares authorized; 141,114,556 and 139,468,556 shares issued and outstanding as of June 30, 2016 and December 31, 2015, respectively | | - | - |
| Additional paid-in capital | | - | - |
| Equity prior owner | | 272,000 | - |
| Distributions | | 41,000 | - |
| | | (238,666) | |
| Accumulated deficit | (8,747,768) | 291,524 | (244,412) |
| **Stockholders' Equity (Deficit)** | (8,747,768) | 365,858 | (244,412) |
| Noncontrolling interest | - | (278,955) | - |
| **Total Stockholders' Equity (Deficit)** | (8,747,768) | 86,903 | (244,412) |
| **TOTAL LIABILITIES, CONVERTIBLE PREFERRED STOCK AND STOCKHOLDERS' DEFICIT** | $ 6,482,451 | $ 1,083,955 | $ 752,439 |

**Balance Sheets**
As of December 31, 2015
(Unaudited)

| | Main Ave Pharmacy Inc. | P.I.M.D International LLC | Pharmacy Administration, Inc. |
|---|---:|---:|---:|
| **ASSETS** | | | |
| *Current Assets* | | | |
| Cash | $ 1,687,040 | $ 18,488 | $ 225 |
| Accounts receivable trade, net of allowance | 5,136,995 | 109,276 | |
| Inventories | 405,483 | 395,148 | |
| Prepaid expenses and other current assets | 30,908 | | |
| **Total Current Assets** | 7,260,426 | 522,912 | 225 |
| *Property and Equipment, net* | 71,836 | 16,210 | - |
| *Other Assets* | | | |
| Investments in Subsidiaries | - | | - |
| Intercompany | 2,984,449 | 224,800 | - |
| Other assets, net | 202,760 | - | |
| | 3,187,209 | 224,800 | - |
| **TOTAL ASSETS** | $ 10,519,471 | $ 763,922 | $ 225 |
| **LIABILITIES, CONVERTIBLE PREFERRED STOCK AND STOCKHOLDERS' DEFICIT** | | | |
| *Current Liabilities* | | | |
| Accounts receivable line of credit | $ 2,770,175 | $ - | $ - |
| Accounts payable and accrued expenses | 2,452,168 | 767,232 | |
| Royalty payable | 8,400 | | |
| Royalty payable - related party | 6,651 | | |
| Note payable - Related party | 100,000 | | |
| Note payable,- Related party | | | |
| Note payables | | | |
| Stock to be issued | | | |
| **Total Current Liabilities** | 5,337,394 | 767,232 | - |
| *Non-Current Liabilities* | | | |
| Preferred stock dividends payable | | | |
| Accrued expense for Ironridge settlement | | | |
| Intercompany | | | 250 |
| Reserve for charge backs | 10,369,578 | | |
| **Total Non-Current Liabilities** | 10,369,578 | - | 250 |
| **Total Liabilities** | 15,706,972 | 767,232 | 250 |
| *Commitments and Contingencies* | | | |
| Series A convertible preferred stock - $0.001 par value; 10,000,000 shares authorized, 2,990,252 shares issued and outstanding (aggregate liquidation preference of $1,335,040 at December 31, 2015) | | | |
| *Stockholders' Deficit* | | | |
| Common stock - $0.001 par value; 250,000,000 shares authorized; 139,468,556 and 136,937,253 shares issued and outstanding as of December 31, 2015 and 2014, respectively | - | - | - |
| Additional paid-in capital | - | 272,000 | - |
| Equity prior owner | - | 41,000 | - |
| Distributions | - | (236,396) | - |
| Accumulated deficit | (5,187,501) | 182,089 | (25) |
| **Stockholders' Deficit** | (5,187,501) | 258,693 | (25) |
| Noncontrolling interest | - | (262,003) | - |
| **Total Stockholders' Deficit** | (5,187,501) | (3,310) | (25) |
| **TOTAL LIABILITIES, CONVERTIBLE PREFERRED STOCK AND STOCKHOLDERS' DEFICIT** | $ 10,519,471 | $ 763,922 | $ 225 |

Exhibit B-2a
Statements of Income (loss)
For the six months ended June 30, 2016
(Unaudited)

| | Main Ave Pharmacy Inc. | P.I.M.D International LLC | Pharmacy Administration, Inc. |
|---|---|---|---|
| **Net revenues** | | | |
| Product revenues, net | $ 8,289,707 | $ 2,375,185 | $ - |
| Commission / Services fees | | | - |
| **Total net revenues** | 8,289,707 | 2,375,185 | - |
| **Cost of goods sold** | | | |
| Product | 2,553,041 | 2,050,811 | - |
| Royalty expense | 47,200 | | - |
| | 2,600,241 | 2,050,811 | - |
| **Gross profit - product** | 5,689,466 | 324,374 | - |
| **Selling** | 8,198,288 | 289,064 | - |
| General and administrative expenses | 850,429 | 203,883 | 244,387 |
| **Total operating expenses** | 9,048,717 | 492,947 | 244,387 |
| **Income (loss) from operations** | (3,359,251) | (168,573) | (244,387) |
| **Other income (expenses), net** | | | |
| Interest expense | (93,018) | (947) | - |
| Financing costs | (107,998) | - | - |
| Sales of investments | | | |
| | (201,016) | (947) | - |
| **Income (loss) before provision for income taxes** | (3,560,267) | (169,520) | (244,387) |
| **Provision for income taxes** | - | - | - |
| **Net Income (loss)** | (3,560,267) | (169,520) | (244,387) |
| Net income (loss) attributable to noncontrolling interest | - | (16,952) | - |
| Net income (loss) attributable to ScripsAmerica, Inc. | (3,560,267) | (152,568) | (244,387) |
| Preferred stock dividend | - | - | - |
| Net loss attributable to common stockholders | $ (3,560,267) | $ (152,568) | $ (244,387) |

Exhibit B-3
## Statements of Cash Flows
For the six months ended June 30, 2016
(Unaudited)

| | Main Ave Pharmacy Inc. | P.I.M.D International LLC | Pharmacy Administration, Inc. |
|---|---:|---:|---:|
| **Cash flows from operating activities** | | | |
| Net Income (loss) | $ (3,560,267) | $ (169,520) | $ (244,387) |
| Adjustments to reconcile net loss or income to net cash used in operating activities: | | | |
| Depreciation expense | 17,430 | 4,532 | |
| Amortization of financing fees | 51,182 | - | |
| Common stock issued for services | | | |
| Common stock issued for payment on Ironridge settlement | | | |
| Settlement with Ironridge | | | |
| Conversion of Preferred stock to a note payable | | | |
| Extinguishment in conversion of Preferred stock to a note payable | | | |
| Extinguishment of accrued Preferred dividends | | | |
| Allowance for chargebacks | 2,281,965 | | |
| Change in operating assets and liabilities | | | |
| Accounts receivable - trade | 5,069,885 | 33,705 | - |
| Accounts receivable - DispenseDoc | - | - | |
| Inter-Company receivable / payable | (2,821,094) | 630,628 | 996,601 |
| Prepaid expenses and other assets | (80,327) | (7,400) | |
| Inventories | 130,237 | (566,388) | |
| Accounts payable and other liabilities | (1,900,258) | 85,995 | |
| Cash used in operating activities | (811,247) | 11,552 | 752,214 |
| **Cash flows from investing activities** | | | |
| Acquisition of businesses - Lakeside | - | - | (453,250) |
| Notes receivable - Lakeside | - | - | (286,750) |
| Proceeds for Sale of DispenseDoc | - | - | - |
| Purchase of property and equipment | - | (15,793) | |
| Cash used in investing activities | - | (15,793) | (740,000) |
| **Cash flows from financing activities** | | | |
| Payments under bank line of credit, net | (758,460) | - | - |
| Payment Notes Payable - Dev. 72 - related party | - | - | - |
| Payments on Note payable for conversion of Preferred stock | - | - | - |
| Payments on note payable - related party | (100,000) | - | - |
| Payments to member of noncontrolling interest | - | (2,270) | - |
| Cash provided by financing activities | (858,460) | (2,270) | - |
| Net change in cash | (1,669,707) | (6,511) | 12,214 |
| Cash - Beginning of period | 1,687,040 | 18,488 | 225 |
| Cash - End of period | $ 17,333 | $ 11,977 | $ 12,439 |

Exhibit B-4b

# Main Ave Pharmacy

Statements of Changes in Stockholder's Deficit

(Unaudited)

|  | Common Stock Amount | Additional Paid-In Capital | Accumulated Deficit |
|---|---|---|---|
| **Balance - December 31, 2015** | $ - | $ - | $ (5,187,501) |
| Net loss income |  |  | (3,560,267) |
| **Balance - June 30, 2016** | $ - | $ - | $ (8,747,768) |

Exhibit B-4a
## P.I.M.D International LLC
Statements of Changes in Stockholder's Equity
(Unaudited)

| | Common Stock Amount | Additional Paid-In Capital | Distributions | Accumulated Deficit | Total Stockholder's Equity |
|---|---|---|---|---|---|
| Balance - December 31, 2015 | $ - | $ 313,000 | $ (236,396) | $ 182,089 | $ 258,693 |
| Distributions | | | (2,270) | | (2,270) |
| Conversion of Note Payable | | - | | | - |
| Net income | | | | (169,520) | (169,520) |
| Balance - June 30, 2016 | $ - | $ 313,000 | $ (238,666) | $ 12,569 | $ 86,903 |
| *Non controlling interest :* | | | | | |
| Balance - December 31, 2015 | | | | | (262,003) |
| Net income - 10% | | | | | (16,952) |
| Balance - June 30, 2016 | | | | | (278,955) |

Exhibit B-4c

## Pharmacy Administration Inc.
### Statements of Changes in Stockholder's Equity
(Unaudited)

| | Common Stock Amount | Additional Paid-In Capital | Accumulated Deficit | Total Stockholder's Equity |
|---|---|---|---|---|
| *Balance - December 31, 2015* | $ - | $ - | $ (25) | $ (25) |
| Net loss income | - | - | (244,387) | (244,387) |
| *Balance - June 30, 2016* | $ - | $ - | $ (244,412) | $ (244,412) |