# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>SCRIPSAMERICA, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 16-11991 (LSS)<br><br>Re: Docket No(s). 44, 73<br><br>Hearing Date: January 25, 2017 at 2:00 P.M. ET<br>Obj. Deadline: January 18, 2017 at 4:00 P.M. ET |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on October 14, 2016, ScripsAmerica, Inc., the above-captioned debtor and debtor in possession, filed its **Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Federal Rule of Civil Procedure 6004 (A) Authorizing Sale of Debtor's Assets Pursuant to Asset Purchase Agreement, Free and Clear of All Liens, Claims and Encumbrances and Other Interests and (B) Granting Related Relief** (the "Sale Motion") [Docket No. 44].

PLEASE TAKE FURTHER NOTICE that on November 3, 2016, this Court entered an order approving bid procedures in connection with the Sale Motion [order -- Docket No. 73].

PLEASE TAKE FURTHER NOTICE that any objections to the relief requested in the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by the undersigned, on or before **January 18, 2017 at 4:00 P.M. (Eastern Time).**

---

[1] The last four digits of the Debtor's federal tax identification number are 8594. The location of the Debtor's corporate headquarters is 1094 Main Avenue, Suite A, Clifton, NJ 07011.

PLEASE TAKE FURTHER NOTICE that if an objection is filed, a hearing on the Motion may be held before the Honorable Laurie Selber Silverstein in the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801, on **January 25, 2017 at 2:00 P.M. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that if no objection to the Motion is timely filed in accordance with the above procedures, the Bankruptcy Court may enter an Order granting the relief sought in the Motion without further notice or hearing.

Dated: November 11, 2016
Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
Joseph J. McMahon, Jr. (No. 4819)
1204 N. King Street
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302) 658-1300 facsimile
jmcmahon@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
Nicole M. Nigrelli, Esquire
One Commerce Square, Suite 3500
2005 Market Street
Philadelphia, PA 19103
(215) 557-3550 telephone
(215) 557-3551 facsimile
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com

*Attorneys for the Debtor and
  Debtor in Possession*