**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| SCRIPSAMERICA, INC.,[1] | : | Case No. 16-11991 (LSS) |
|  | : |  |
|  | : |  |
| Debtor. | : |  |
|  | : |  |
|  | : |  |
|  | : |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 6, 2016 AT 11:30 A.M. ET**

**CONTINUED MATTER:**

1.  Debtor's Motion for an Order Pursuant to 11 U.S.C. §§ 105(a) and 1102 Directing the Disbandment of the Official Committee of Unsecured Creditors or, Alternatively, the Removal of Ironridge Global Partners, LLC and Robert Schneiderman from the Committee; filed November 4, 2016 [Docket No. 75].

    Response Deadline:  November 21, 2016 at 4:00 P.M. ET

    Responses Received:

    A.    Objection/Reservation of Rights of the Acting United States Trustee; filed November 21, 2016 [Docket No. 93].

    B.    Objection of the Official Committee of Unsecured Creditors; filed November 21, 2016 [Docket No. 94].

    Related Documents:

    C.    Proposed Order

    Status:  This matter is continued to the hearing scheduled for January 25, 2017 at 2:00 P.M. ET.

---

[1] The last four digits of the Debtor's federal tax identification number are 8594.  The location of the Debtor's corporate headquarters is 1094 Main Avenue, Suite A, Clifton, NJ  07011.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:**

2.  Debtor's Application for Order Authorizing the Employment and Retention of Bederson LLP as Accountants for the Debtor and Debtor in Possession, *Nunc Pro Tunc* to October 13, 2016; filed October 24, 2016 [Docket No. 54].

    Response Deadline:  November 10, 2016 at 4:00 P.M. ET.

    Responses Received:  None.

    Related Documents:

    A.      Certificate of No Objection; filed December 2, 2016 [Docket No. 107].

    B.      Proposed Order.

    Status:  A certificate of no objection has been filed.  No hearing is necessary unless otherwise required by the Court.

3.  Debtor's Motion to Extend Time Period Within Which the Debtor May Assume or Reject Unexpired Lease of Nonresidential Real Property; filed November 15, 2016 [Docket No. 82].

    Response Deadline:  November 29, 2016 at 4:00 P.M. ET.

    Responses Received:  None.

    Related Documents:

    A.      Certificate of No Objection; filed December 2, 2016 [Docket No. 108].

    B.      Proposed Order.

    Status:  A certificate of no objection has been filed.  No hearing is necessary unless otherwise required by the Court.

Dated:  December 2, 2016                    CIARDI CIARDI & ASTIN
      Wilmington, Delaware


                                    */s/ Joseph J. McMahon, Jr.*
                                    Daniel K. Astin (No. 4068)
                                    John D. McLaughlin, Jr. (No. 4123)
                                    Joseph J. McMahon, Jr. (No. 4819)
1204 N. King Street
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302) 658-1300 facsimile
jmcmahon@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
Nicole M. Nigrelli, Esquire
One Commerce Square, Suite 3500
2005 Market Street
Philadelphia, PA 19103
(215) 557-3550 telephone
(215) 557-3551 facsimile
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com

*Attorneys for Debtor and
  Debtor in Possession*

## <u>CERTIFICATE OF SERVICE</u>

I, Joseph J. McMahon, Jr., hereby certify that, on December 2, 2016, I caused a copy of

the **Notice of Agenda of Matters Scheduled for Hearing on December 6, 2016 at 11:30 a.m.**

**ET** to be served upon the parties listed on the attached service list by first class United States mail

(postage prepaid).

*/s/ Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr. (No. 4819)

ScripsAmerica, Inc.
c/o Brian Ettinger
5120 Woodway Drive, Suite 5004
Houston, TX  77056

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281−1022

Securities Exchange Commission
100 F Street NE
Washington, DC  20549

Secretary of the Treasury
PO Box 7040
Dover, DE 19903

Delaware Division of Revenue
820 North French Street
Wilmington, DE 19801

Delaware Secretary of State
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd, Suite 100
Dover, DE 19904

New Jersey Department of Treasury
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245

New Jersey Bureau of Securities
Office of the New Jersey Attorney General
153 Halsey Street, 6th Floor
Newark, NJ  07102

United States Department of Justice
Office of the U.S. Trustee
Attn:  Richard L. Schepacarter, Trial Attorney
Suite 2207, Lockbox 35
844 N. King Street
Wilmington, DE  19801

Triumph Community
Bank d/bla Triumph
Healthcare Finance
10300 SW Greenburg Road I Suite 465
Portland. OR 97223

AcqulPharm, Inc.
c/o Richard C. Fox, President
President
561 NE Zebrina Senda
Jensen Beach, FL
34957

Glaser Weil
c/o Michael Cypers, Esquire
10250 Constellation Boulevard
19th Floor
Los Angeles, CA
90067

Sills Cummins & Gross, PC
c/o Jeff Greenbaum
One Riverfront Plaza
The Legal Center
Newark, NJ 07102-5400

Robert Schneiderman
843 Persimmon Lane
Langhorne, PA 19047

Coffey Burlington
2601 South Bayshore Dr.
Penthouse 1
Miami, FL 33133

Rosenthal Monhait & Goddess PA
919 Market St.
Suite 1401
PO Box 1070
Wilmington, DE 19899-1070

KMJ Corbin & Company
555 Anton Blvd
Suite 1000
Costa Mesa, CA 92626

Goldberg & Rimberg PLLC
Robert Rimberg, Esq.
Alex Markus, Esq.
115 Broadway Suite 302
New York, NY 10006

Nasdaq Corporate Solutions, LLC
c/o Dan Paulo Vizconde
805 King Farm Blvd.
Rockville, MD 20850

Rosenberg Rich Baker Berman & Comp
265 Davidson Ave.
Suite 210
Somerset, NJ 08873-4120

Needham Law Firm APC
c/o Carlos Needham, esq.
28494 Westinghouse Place
Suite 216
Valencia, CA 91355

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

COLE SCHOTZ P.C.
Michael D. Warner, Esquire
301 Commerce Street, Ste. 1700
Fort Worth, TX 76102

COLE SCHOTZ P.C.
Nicholas J. Brannick, Esquire
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Louis Jay Miller, Esquire
Apperson Crump PLC
6070 Poplar Avenue, Suite 600
Memphis, TN 38119-3901

Michael L. Elion, Esq.
President & General Counsel
Mart Management, LLC
2090 Palm Beach Lakes Blvd., STE 701
West Palm Beach, FL 33409

Neil R. Lapinski, Esq.
GORDON, FOURNARIS &
MAMARELLA, P.A.
1925 Lovering Avenue
Wilmington, DE  19806

John A. Lord, Esq.
SILVERS, LANGSAM & WEITZMAN, P.C.
1410 Two Penn Center
15th & J.F.K. Boulevard
Philadelphia, PA  19102

Ironridge Global Partners, LLC
Attn:  John C. Kirkland
5330 Yacht Haven Grande, Suite 206
P.O. Box 6278
St. Thomas, VI  00804

BAYARD, P.A.
Scott D. Cousins, Esquire
Justin R. Alberto, Esquire
Evan T. Miller, Esquire
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

JCJ Management Co., LLC
P.O. Box 726
Clifton, NJ  07015