UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

In Re: SCRIPSAMEICA INC.

Case No __16-11991 (LLS)__

Reporting Period : __September 8 to 30, 2016__

## MONTHLY OPERATING REPORT

File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| Required Documents | Form No | Documet Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | YES | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | YES | | |
| Schedule of Professional Fees Paid | MOR-1b | YES | | |
| Copies of bank statements | | YES | | |
| Cash disbursements journals | | YES | | |
| Statement of Operations | MOR-2 | YES | | |
| Balance Sheet | MOR-3 | YES | | |
| Status of Postpetition Taxes | MOR-4 | YES | | |
| Copies of IRS Form 6123 or payment receipt | | YES | | |
| Copies of tax returns filed during reporting period | | YES | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | YES | | |
| Listing of aged accounts payable | | YES | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | YES | | |
| Taxes Reconciliation and Aging | MOR-5 | YES | | |
| Payments to Insiders and Professional | MOR-6 | YES | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | YES | | |
| Debtor Questionnaire | MOR-7 | YES | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                                    Date

_____          _____
Signature of Joint Debtor                              Date

_____          _____
Signature of Authorized Individual*                    Date

JEFFREY J. ANDREWS                                CFO
_____          _____
Printed Name of Authorized Individual              Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor

In Re: **ScripsAmerica Inc.**
Debitor

Case No **16-11991 (LLS)**   MOR-1
Reporting Period : **September 8 to 30, 2016**

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | Bank Acct # | Wells Fargo xxx2337 | Wells Fargo xxx7581 | Wells Fargo xxx8287 | PNC BANK xxx5642 | Current Month | Cumulative |
|---|---|---|---|---|---|---|---|
| Cash beginning of month | | - | 9,962.11 | 284.00 | 536.81 | 10,782.92 | 10,782.92 |
| **Receipts** | | | | | | | |
| Cash receivable from WholesaleRx | | 6,000.00 | | | | 6,000.00 | 6,000.00 |
| From transfer into DAA | | 10,694.57 | | | | 10,694.57 | 10,694.57 |
| **Total Receipts** | | 16,694.57 | - | - | - | 27,477.49 | 27,477.49 |
| **Disbursements** | | | | | | | |
| Forest Financial - Insurance | | (8,615.94) | | | | (8,615.94) | (8,615.94) |
| Bank fees for checks & services | | (218.81) | (88.35) | - | - | (307.16) | (307.16) |
| Transfers | | | (9,873.76) | (284.00) | (536.81) | (10,694.57) | (10,694.57) |
| **Total Disbursements** | | (8,834.75) | (9,962.11) | (284.00) | (536.81) | (19,617.67) | (19,617.67) |
| **Cash end of Month - September 30, 2016** | | 7,859.82 | - | - | - | 7,859.82 | 7,859.82 |

### THE FOLLOWING SECTION MUST BE COMPLETED

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 19,618 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | (10,695) |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 52,294 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 61,217 |

In Re: _____**ScripsAmerica Inc.**_____ Case No  **16-11991 (LLS)**     MOR-1a

Reporting Period :  **September 8 to 30, 2016**

### Bank Reconciliations

| | Bank Acct # | Wells Fargo xxx2337 | Wells Fargo xxx7581 | Wells Fargo xxx8287 | PNC BANK xxx5642 |
|---|---|---|---|---|---|
| Balance per books | | 7,859.82 | - | - | - |
| Bank Balance | | 7,859.82 | - | - | - |
| Deposits in transits | | - | | | |
| Outstanding checks | | - | | | |
| Adjusted Bank Balance | | 7,859.82 | - | - | - |
| Difference | | (7,859.82) | - | - | - |

Deposits in transits

Checks Outstanding

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees |
|---|---|---|---|---|---|---|---|---|
| Ciardi, Ciardi and Austin | Sept 8 to Sept. 30 | | No payment in September | | | | | |
| Coffey, Burlington & Crocket | Sept 8 to Sept. 30 | | | | | | | |
| Feldman Firm PLLC | Sept 8 to Sept. 30 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | Total | $          - | | $          - |

# Analyzed Business Checking

Account number: ●●●●●●2337  ▪ September 15, 2016 - September 30, 2016  ▪ Page 1 of 2



SCRIPSAMERICA INC
DEBTOR IN POSSESSION
CH 11 CASE # 16-11991 (DE)
1094 MAIN AVE STE A
CLIFTON NJ 07011-2384

**Questions?**

Available by phone 24 hours a day, 7 days a week
**1-800-CALL-WELLS** (1-800-225-5935)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

---

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ●●●●●●2337 | $0.00 | $16,694.58 | -$8,834.75 | $7,859.83 |

### Credits

#### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/15 | 9,873.76 | Transfer From DDA # 002000019547581 |
| | 09/15 | 284.00 | Transfer From Sav # 002000055708287 |
| | 09/15 | 0.01 | Tele-Transfer Fr xxxxxxxxx8267 Reference #TF032W3W52 |
| | 09/27 | 6,000.00 | eDeposit IN Branch/Store 09/27/16 09:01:44 Am 1200 E Lancaster Ave Bryn Mawr PA |
| | 09/29 | 536.81 | eDeposit IN Branch/Store 09/29/16 03:42:47 PM 1200 E Lancaster Ave Bryn Mawr PA |
| | | $16,694.58 | Total electronic deposits/bank credits |
| | | $16,694.58 | Total credits |

### Debits

#### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/27 | 218.81 | Harland Clarke Check/Acc. 092616 00762187575462 Scripsamerica Inc |
| | | $218.81 | Total electronic debits/bank debits |

Account number: ●●●●●●2337   ■   September 15, 2016 - September 30, 2016   ■   Page 2 of 2



WELLS FARGO

Checks paid

| Number | Amount | Date | | |
|--------|--------|------|---|---|
| 1002 | 8,515.94 | 09/21 | | |
| | $8,515.94 | | Total checks paid | |
| | $8,834.75 | | Total debits | |

Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 09/15 | 10,157.77 | 09/27 | 7,323.02 | 09/29 | 7,859.83 |
| 09/21 | 1,541.83 | | | | |
| | Average daily ledger balance | $6,285.20 | | | |

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC

# Business Cash Manager

Account number: 2000019587581 ▪ September 1, 2016 - September 30, 2016 ▪ Page 1 of 2



SCRIPSAMERICA INC
DBA TROY HILL PHARMACY
DBA TROY PHARMACY
1094 MAIN AVE STE A
CLIFTON NJ 07011-2384

**Questions?**

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

Online:  wellsfargo.com

Write:  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### Business Cash Manager

| Account number | Beginning balance | Total credits | Total debits | Closing balance |
|---|---|---|---|---|
| 2000019587581 | $6,298.84 | $159,875.94 | -$166,174.78 | $0.00 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/02 | 150,000.00 | Online Transfer From Pharmacy Administratic Ref #lbekdwbqdv Business Checking Legal |
| | 09/06 | 8,615.94 | Online Transfer From P.I.M.D. International Ref #lben9Yvl2D Business Checking D and O |
| | 09/06 | 1,260.00 | Online Transfer From P.I.M.D. International Ref #lbe8Pnw9Ly Business Checking Corp Delaware Tax |
| | | $159,875.94 | Total electronic deposits/bank credits |
| | | $159,875.94 | Total credits |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/02 | 100,000.00 | WT Fed#03868 Wilmington Savings /Ftr/Bnf=Ciardi Ciardi & Astin Srf# IN16090205580090 Trn#160902037460 Rfb# 000001027 |
| | 09/02 | 50,000.00 | WT Fed#03869 Wilmington Savings /Ftr/Bnf=Ciardi Ciardi & Astin Srf# IN16090205564421 Trn#160902037461 Rfb# 000001026 |
| | 09/06 | 1,260.00 | DE Div of Corp 3027393077 090616 Scripsamerica, Inc. |
| | 09/12 | 88.35 | Client Analysis Srvc Chrg 160909 Svc Chge 0816 002000019547581 |
| | 09/15 | 0.00 | Outstanding Items Close, Non-Int W/O Fee |
| 09/15 | 09/16 | 9,873.76 | Transfer to DDA # 000006968562337 |
| | | $161,222.11 | Total electronic debits/bank debits |

Account number:  XXXXXXX7581  ▪  September 1, 2016 - September 30, 2016  ▪  Page 2 of 2



**Checks paid**

| Number | Amount | Date | Number | Amount | Date |
|--------|--------|------|--------|--------|------|
| 2752 | 2,237.67 | 09/01 | 2753 | 2,715.00 | 09/02 |
| | $4,952.67 | | Total checks paid | | |
| | $166,174.78 | | Total debits | | |

**Daily ledger balance summary**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08/31 | 6,298.84 | 09/06 | 9,962.11 | 09/15 | 9,873.76 |
| 09/01 | 4,061.17 | 09/12 | 9,873.76 | 09/16 | 0.00 |
| 09/02 | 1,346.17 | | | | |
| | Average daily ledger balance | $3,294.65 | | | |

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR, 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Business Market Rate Account

Account number: 2000055708287 ■ September 1, 2016 - September 30, 2016 ■ Page 1 of 3



SCRIPSAMERICA INC
1094 MAIN AVE STE A
CLIFTON NJ 07011-2384

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (367)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

Get a clear look at the business financing process to decide if and when business credit is right for you. Visit wellsfargoworks.com/credit to find out more.

Credit decisions subject to credit qualification.

## Activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $284.00 |
| Deposits/Credits | 0.01 |
| Withdrawals/Debits | - 284.01 |
| **Closing balance on 9/16** | **$0.00** |
| Average ledger balance this period | $353.39 |

Account number  2000055708287

**SCRIPSAMERICA INC**

*South Carolina account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  053207766

For Wire Transfers use
Routing Number (RTN):  121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $284.00 |
| Annual percentage yield earned | 0.09% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.20 |

# Business Checking Plus

⊞ For 24-hour account information, sign on to
pnc.com/mybusiness/

Business Checking Plus Account number: 84-0154-5642 - continued

**For the period 09/01/2016 to 09/30/2016**

SCRIPSAMERICA INC DBA
Primary account number: 84-0154-5642
Page 2 of 3

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 571.81 | 0.00 | 571.81 | 0.00 |
| | | Average ledger balance | Average collected balance |
| | | 501.02 | 501.02 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| | | |
| Total | 0 | 0.00 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Service Charges and Fees | 1 | 35.00 |
| Other Deductions | 2 | 536.81 |
| Total | 3 | 571.81 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 09/01 | 536.81 | 09/29 | 0.00 | 09/30 | 0.00 |

# Activity Detail

## Checks and Other Deductions

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/01 | 35.00 | Service Charge Period Ending 08/31/2016 | |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/29 | 536.81 | Withdrawal | 051551068 |
| 09/30 | 0.00 | Closing Transaction | PG12809 |

### ScripsAmerica, Inc
### Cash disbursement Journal
As of September 30, 2016

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| **1031 * Wells Fargo DDA** | | | | | | | | 0.00 |
| Transfer | 09/15/2016 | | | Funds Transfer | 1060 * Wells Fargo MM 8287 | 284.00 | | 284.00 |
| Transfer | 09/16/2016 | | | Funds Transfer | 1030 * Wells Fargo OP  7581 | 9,873.76 | | 10,157.76 |
| Check | 09/21/2016 | 1002 | Forest Financial | | 6850 * Insurance Exp - D&O | | 8,615.94 | 1,541.82 |
| Deposit | 09/21/2016 | | | Deposit | 1100 * Accts Recievable-trade | 6,000.00 | | 7,541.82 |
| Deposit | 09/26/2016 | | | Deposit | 6550 · Misc Expense | 536.81 | | 8,078.63 |
| Check | 09/27/2016 | wt | Wells Fargo Payroll Fee | | 6550 * Office expenses other | | 218.81 | 7,859.82 |
| Total 1031 * Wells Fargo DDA | | | | | | 16,694.57 | 8,834.75 | 7,859.82 |
| | | | | | TOTAL | 16,694.57 | 8,834.75 | 7,859.82 |

### <u>Outside Sources Disbursement Journal</u>

*Reference to Bank Statements*

| Type | Date | Name | Memo | Debit | Credit | | Balance |
|------|------|------|------|-------|--------|--|---------|
| e-Check | 09/14/2016 | Pharmacy Administration Inc | Payroll expenses | | 28,847.51 | a | |
| e-Check | 09/14/2016 | Pharmacy Administration Inc | Payroll Taxes | | 5,550.00 | b | |
| JE | 09/14/2016 | Adjustment for non ScripsAmerica employees | | 8,250 | | a | 26,147.51 |
| e-Check | 09/29/2016 | Pharmacy Administration Inc | Payroll expenses | | 23,972.53 | c | |
| e-Check | 09/29/2016 | Pharmacy Administration Inc | Payroll Taxes | | 5,549.98 | d | |
| JE | 09/29/2016 | Adjustment for non ScripsAmerica employees | | 5,750 | | c | 23,772.51 |
| e-transfer | 09/08/2016 | Pharmacy Administration Inc | Advance Salary | | 500.00 | e | |
| e-transfer | 09/08/2016 | Pharmacy Administration Inc | Advance Salary | | 300.00 | f | |
| e-transfer | 09/12/2016 | Pharmacy Administration Inc | Advance Salary | | 500.00 | g | 1,300.00 |
| e-transfer | 09/12/2016 | P.I.M.D International LLC | Advance Salary | | 900.00 | h | |
| e-transfer | 09/06/2016 | | Advance Salary | | 175.00 | i | 1,075.00 |

Total funds used to pay payroll expense    52,295

**In Re:  ScripAmeica Inc.**

Case No:   **16 - 11991 (LSS)**    MOR-2
Reporting period    **September 8 to 30, 2016**

## STATEMENT OF OPERATIONS

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is

realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| Revenues | | Month | | Cummulative filing to date |
|---|---|---|---|---|
| Gross Revenues | $ | - | $ | - |
| Less:  Returns and Allowances | | | | |
| Net Revenue | $ | - | $ | - |
| **COST OF GOODS SOLD** | | | | |
| Beginning Inventory | | | | |
| Add: Purchases | | | | |
| Add: Cost of Labor | | | | |
| Add: Other Costs (attach schedule) | | | | |
| Less: Ending Inventory | | | | |
| Cost of Goods Sold | | | | |
| Gross Profit | $ | - | $ | - |
| **OPERATING EXPENSES** | | | | |
| Payroll | | 41,194 | | 41,194 |
| Payroll Taxes | | 11,100 | | 11,100 |
| Auto and Truck Expense | | | | - |
| Bad Debts | | | | - |
| Employee Benefits Programs | | | | - |
| Insider Compensation* | | | | - |
| Insurance | | 8,616 | | 8,616 |
| Management Fees/Bonuses | | | | - |
| Office Expense | | 307 | | 307 |
| Repairs and Maintenance | | | | - |
| Rent and Lease Expense | | | | - |
| Computer and IT Maintenance | | 5,000 | | 5,000 |
| Supplies | | | | - |
| Taxes - Real Estate | | | | - |
| Taxes - Other | | | | - |
| Travel and Entertainment | | | | - |
| Utilities | | | | - |
| Other (attach schedule) | | | | - |
| Total Operating Expenses Before Depreciation | $ | 66,217 | $ | 66,217 |
| Depreciation/Depletion/Amortization | | | $ | - |
| Net Profit (Loss) Before Other Income & Expenses | $ | (66,217) | $ | (66,217) |
| **OTHER INCOME AND EXPENSES** | | | | |
| Other Income (attach schedule) | | | | - |
| Interest Expense | | | | - |
| Other Expense (attach schedule) | | | $ | - |
| Net Profit (Loss) Before Reorganization Items | $ | (66,217) | $ | (66,217) |
| **REORGANIZATION ITEMS** | | | | |
| Professional Fees | | 123,656 | | 123,656 |
| U. S. Trustee Quarterly Fees | | 650 | | 650 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | | | - |
| Gain (Loss) from Sale of Equipment | | | | - |
| Other Reorganization Expenses (attach schedule) | | | | - |
| Total Reorganization Expenses | | | | - |
| Income Taxes | | | | - |
| Net Profit (Loss) | $ | (190,523) | $ | (190,523) |

In Re: ScripAmeica Inc.

Case No: **16 - 11991 (LSS)**   MOR-3
Reporting period **September 8 to 30, 2016**

Chapter 11

## BALANCE SHEET

| ASSETS<br>CURRENT ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Unrestricted Cash and Equivalents | 7,860 | 10,783 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | 86,720 | 92,720 |
| Notes Receivable | | |
| Inventories | - | - |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| TOTAL CURRENT ASSETS | 94,580 | $ 103,503 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| TOTAL PROPERTY & EQUIPMENT | - | $ - |
| **OTHER ASSETS** | | |
| Investments | 272,000 | 272,000 |
| Deposits | 160,520 | 160,520 |
| TOTAL OTHER ASSETS | 432,520 | $ 432,520 |
| **TOTAL ASSETS** | **$ 527,100** | **$ 536,023** |
| LIABILITIES AND OWNER EQUITY<br>LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
| Accounts Payable | 5,000 | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Ironridge Settlelment | | |
| Notes Payable | | |
| Stock to be issued | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | 124,306 | |
| Inter-Company | 4,374,165 | 4,321,871 |
| Other Postpetition Liabilities (attach schedule) | | |
| TOTAL POSTPETITION LIABILITIES | $ 4,503,471 | $ 4,321,871 |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | |
| Secured Debt | - | |
| Priority Debt | - | |
| Unsecured Debt | 4,495,864 | 4,495,864 |
| TOTAL PRE-PETITION LIABILITIES | 4,495,864 | $ 4,495,864 |
| **TOTAL LIABILITIES** | **$ 8,999,335** | **$ $ 8,817,735** |
| *OWNER EQUITY* | | |
| Capital Stock | 141,115 | 141,115 |
| Additional Paid-In Capital | 15,724,715 | 15,724,715 |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | (24,147,542) | (24,147,542) |
| Retained Earnings - Postpetition | (190,523) | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| NET OWNER EQUITY | $ (8,472,235) | $ $ (8,281,712) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **$ 527,100** | **$ 536,023** |

Re:  ScripsAmerica, Inc.                                                  Case No. _____16-11991_____
_____Debtor                                          Reporting Period: ____September 8 to 30, 2016____

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding  (1) | - | 5,290 | 5,290 | 9/14  &  9/29 | EFT to ADP | - |
| FICA-Employee  (1) | - | 2,296 | 2,296 | 9/14  &  9/29 | EFT to ADP | - |
| FICA-Employer  (1) | - | 2,294 | 2,294 | 9/14  &  9/29 | EFT to ADP | - |
| Unemployment | | | | | | - |
| Income | - | | | | | - |
| Other: Penalties & Interest | - | | | | | - |
| Total Federal Taxes | - | 9,880 | 9,880 | - | - | - |
| **State and Local** | | | | | | |
| Withholding - NJ   (1) | - | 682 | 682 | 9/14  &  9/29  (1) | EFT to ADP | - |
| Withholding - PA   (1) | - | 538 | 538 | 9/14  &  9/29  (1) | EFT to ADP | - |
| Local | | | | | | - |
| Sales | | | | | | - |
| Excise | | | | | | - |
| Unemployment | | | | | | - |
| Real Property | | | | | | - |
| Personal Property | - | | | | | - |
| Other: Penalties | - | | | | | - |
| Total State and Local | - | 1,220 | 1,220 | | | - |
| **Total Taxes** | - | 11,100 | 11,100 | - | - | - |

(1)  The Debtors' payroll taxes are remitted pursuant to an agreement with ADP, a payroll service provider.  Each pay period, the Debtors remit the
required amount of payroll taxes to ADP, which files the appropriate federal, state and local payrol tax returns.  See attached bankstatements provide
within this report for proof of payment

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 5,000 | | | | | 5,000 |
| Wages Payable Accrual | | | | | | - |
| Taxes Payable | | | | | | - |
| Taxes Penalties & Interes Accrual | | | | | | - |
| Rent/Leases-Building | | | | | | - |
| Rent/Leases-Equipment | | | | | | - |
| Secured Debt/Adequate Protection Payments | | | | | | - |
| Professional Fees | 123,656 | | | | | 123,656 |
| Amounts Due to Insiders* | | | | | | - |
| Other:     US Trustee fee | 650 | | | | | 650 |
| Other: | | | | | | - |
| **Total Postpetition Debts** | 129,306 | - | - | - | - | 129,306 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).



**WELLS FARGO**

### Electronic deposits/bank credits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/29 | 9,000.00 | Online Transfer From P.I.M.D. International Business Checking xxxxxx0610 Ref #Iber78Tqdg on 09/29/16 |
| | 09/30 | 250.00 | Online Transfer From P.I.M.D. International Business Checking xxxxxx0610 Ref #Ibekf6Dm2B on 09/30/16 |
| | | **$323,342.13** | **Total electronic deposits/bank credits** |
| | | **$323,342.13** | **Total credits** |

## Debits
### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/02 | 150,000.00 | Online Transfer to Scripsamerica Inc Ref #Ibekdwbqdv Business Checking Legal |
| | 09/02 | 27,675.00 | Online Transfer to P.I.M.D. International, Ref #Ibeghtsm6M Business Checking CC Pymnt |
| | 09/02 | 135.40 | ADP Payroll Fees ADP - Fees 160902 2Rvb5 3576578 Pharmacy Administratio |
| | 09/06 | 6,300.00 | Online Transfer to Main Avenue Pharmacy Inc Ref #Ibexz5Fp8M Business Checking Transfer |
| 09/08 | *E* | 500.00 | Online Transfer to Powell Strategic Advisor Ref #Ibexz5Xsqn Business Checking Psa Exp Reim |
| 09/08 | *F* | 300.00 | Online Transfer to Powell Strategic Advisor Business Checking xxxxxxxxxx8546 Ref #Ibekdy2M6F on 09/08/16 |
| | 09/09 | 35.75 | Purchase authorized on 09/08 USPS 3316800233310 Clifton NJ S386252506586519 Card 1895 |
| | 09/09 | 137.95 | ADP Payroll Fees ADP - Fees 160909 2Rvb5 4486382 Pharmacy Administratio |
| | 09/12 | 28.11 | Client Analysis Srvc Chrg 160909 Svc Chge 0816 000006968310943 |
| 09/12 | *G* 500.00 | | Online Transfer to Powell Strategic Advisor Ref #Ibe2Wqljy6 Business Checking Transfwr |
| | 09/12 | 1,000.00 | Online Transfer to Main Avenue Pharmacy Inc Ref #Ibev45L84N Business Checking Transfer |
| | 09/13 | 5,455.92 | ADP Tax/401K Tax/401K 160913 R7Vb5 091410A01 Pharmacy Administratio |
| | 09/13 | 10,551.85 | ADP Eepay/Garnwc Eepay/Garn 160913 758039732185Vb5 Pharmacy Administratio |
| 09/14 | *B* 5,550.00 *D* | | ADP Tax/401K Tax/401K 160914 R7Vb5 091507A01 Pharmacy Administratio |
| 09/14 | *A* 28,847.51 *A* | | ADP Eepay/Garnwc Eepay/Garn 160914 702044594604Vb5 Pharmacy Administratio |
| | 09/15 | 400.00 | Online Transfer to Pharmacy Administration, Business Checking xxxxxx0539 Ref #Ibeclx7H2W on 09/15/16 |
| | 09/19 | 1,860.47 | Online Transfer to Main Avenue Pharmacy Inc Ref #Ibenb4Psfl Business Checking CC Pymnt |
| | 09/23 | 531.38 | Online Transfer to Powell Strategic Advisor Ref #Ibe5Swf8Zb Business Checking Phones Jeff |
| | 09/23 | 169.15 | ADP Payroll Fees ADP - Fees 160923 2Rvb5 5965702 Pharmacy Administratio |
| | 09/27 | 5,232.90 | ADP Tax/401K Tax/401K 160927 R7Vb5 092811A01 Pharmacy Administratio |

*handwritten: Scripsamerica payroll*

*handwritten: Ione Ryan*



## Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/27 | 10,058.77 | ADP Eepay/Garnwc Eepay/Garn 160927 390062712511Vb5 Pharmacy Administratio |
| | 09/27 | 19,222.22 | Bcbs Primary Prem Pmt xxxxx3428 Pharmacy Administratio |
| | 09/29 | 5,549.98 | ADP Tax/401K Tax/401K 160929 R7Vb5 093008A01 Pharmacy Administratio |
| | 09/29 | 23,972.53 | ADP Eepay/Garnwc Eepay/Garn 160929 648062070758Vb5 Pharmacy Administratio |
| | | **$304,014.89** | **Total electronic debits/bank debits** |

## Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1031 | 487.50 | 09/06 | 1037 * | 84.16 | 09/06 | 1040 | 192.60 | 09/12 |
| 1032 | 9,598.61 | 09/23 | 1038 | 482.56 | 09/12 | 1041 | 2,338.59 | 09/20 |
| 1033 | 5,828.44 | 09/23 | 1039 | 489.28 | 09/12 | | | |
| | **$19,501.74** | | **Total checks paid** | | | | | |

*\* Gap in check sequence.*

| | | |
|---|---|---|
| | **$323,516.63** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/31 | 501.52 | 09/13 | 35,145.44 | 09/23 | 10,821.75 |
| 09/02 | 691.12 | 09/14 | 747.93 | 09/26 | 26,113.42 |
| 09/06 | 2,819.46 | 09/15 | 347.93 | 09/27 | 599.53 |
| 09/08 | 2,019.46 | 09/16 | 1,287.92 | 09/29 | 77.02 |
| 09/09 | 1,845.76 | 09/19 | 13,287.92 | 09/30 | 327.02 |
| 09/12 | 51,153.21 | 09/20 | 10,949.33 | | |
| **Average daily ledger balance** | | **$7,134.58** | | | |

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: **5715640610** ▪ September 1, 2016 - September 30, 2016 ▪ Page 3 of 4



*P.I.M.D   INTERNATIONAL   LLC*

---

**Electronic debits/bank debits** *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/09 | 10,000.00 | Online Transfer Ref #Ibe8Pst43T to Wells Fargo Business Signature Card Pymnt |
| | 09/09 | 7,200.00 | WT Fed#04633 Jpmorgan Chase Ban /Ftr/Bnf=Solubiomix LLC Srf# IN16090907023968 Trn#160909046618 Rfb# 000001030 |
| | 09/09 | 52.42 | ADP Payroll Fees ADP - Fees 160909 2Rgmc 4123709 Pimd International LLC |
| | 09/12 | 977.99 | Client Analysis Srvc Chrg 160909 Svc Chge 0816 000005715640610 |
| | 09/12 | 1,207.82 | Uline Supplies 160909 9985066 Pimd International LLC |
| | 09/14 | 1,700.85 | ADP Tax/401K Tax/401K 160914 R6Gmc 091517A01 Pimd International LLC |
| | 09/14 | 4,526.65 | ADP Eepay/Garnwc Eepay/Garn 160914 642039003850Gmc Pimd International LLC |
| | 09/15 | 2,000.00 | Online Transfer Ref #Ibe8Pvllk6 to Wells Fargo Business Signature Card Pymnt Ccc |
| | 09/15 | 400.00 | Online Transfer to Main Avenue Pharmacy Inc Business Checking xxxxxx5098 Ref #Ibekf26G38 on 09/15/16 |
| | 09/15 | 12,750.43 | WT Fed#06423 Cit Bank NA /Ftr/Bnf=Dsquared Pharmaceuticals Inc Srf# IN16091507102818 Trn#160915146397 Rfb# 000001031 |
| | 09/15 | 7,500.00 | Bscs Technology Cash C&D Ttrxerp Pimd - Erp |
| | 09/19 | 8,640.00 | WT Fed#03555 Jpmorgan Chase Ban /Ftr/Bnf=Pharmaco Technology LLC Srf# IN16091908433525 Trn#160919128980 Rfb# 000001032 |
| | 09/20 | 17,280.00 | WT Fed#05465 Citizens Bank, NAT /Ftr/Bnf=Global Pharm Wholesale Srf# IN16092008040569 Trn#160920062811 Rfb# 000001034 |
| | 09/21 | 8,640.00 | WT Fed#02204 Jpmorgan Chase Ban /Ftr/Bnf=Pharmaco Technology LLC Srf# IN16092111574169 Trn#160921125484 Rfb# 000001036 |
| | 09/22 | 17,280.00 | WT Fed#02843 Jpmorgan Chase Ban /Ftr/Bnf=Pharmaco Technology LLC Srf# IN16092211195337 Trn#160922107076 Rfb# 000001037 |
| | 09/22 | 410.26 | Sav Gpc EFT 2817525047Sav Pimd International |
| | 09/22 | 571.87 | Sav Gpc EFT 1305375045Sav Pimd International |
| | 09/23 | 7,500.00 | Online Transfer Ref #Ibe2WV2T5F to Wells Fargo Business Signature Card Pymnt |
| | 09/23 | 48.12 | ADP Payroll Fees ADP - Fees 160923 2Rgmc 5235992 Pimd International LLC |
| | 09/26 | *H* 900.00 | Online Transfer to Powell Strategic Advisor Ref #Iber78539M Business Checking Life Insurance |
| | 09/26 | 13,990.00 | WT Fed#09157 Jpmorgan Chase Ban /Ftr/Bnf=Pharmaco Technology LLC Srf# IN16092609570259 Trn#160926092420 Rfb# 000001039 |
| | 09/26 | 0.55 | Opt 2 Web Inc Verify 015Zrgcmjqi5M80 Derek Harris |
| | 09/26 | 37.44 | Univest Capital ACH Xfer 092316 12963 P.I.M.D. International |
| | 09/26 | 529.00 | Opt 2 Web Inc Bill.Com 015Oceopbti5Miu Opt 2 Web Inc - Inv #103 |
| | 09/27 | 65.00 | Terminix Checks 160926 1609260000001 10514454/0000083/2023 |
| | 09/27 | 170.78 | City of Pooler Utility DD 160927 02-02260-01 Pimd International LLC |
| | 09/27 | 2,500.00 | Bscs Technology Cash C&D Ttrx Pimd International |
| | 09/29 | 9,000.00 | Online Transfer to Pharmacy Administration, Business Checking xxxxxx0943 Ref #Iber78Tqdg on 09/29/16 |
| | 09/29 | 2,000.00 | Online Transfer Ref #Ibe5Sxzcgt to Wells Fargo Business Signature Card Xxxxxxxxxxxx4419 on 09/29/16 |
| | 09/29 | 2,612.45 | ADP Tax/401K Tax/401K 160929 R6Gmc 093018A01 Pimd International LLC |
| | 09/29 | 6,929.07 | ADP Eepay/Garnwc Eepay/Garn 160929 797062326534Gmc Pimd International LLC |



Pimd

*Electronic deposits/bank credits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/19 | 22,101.91 | Frontstream Pymt Proc 160918 84870015410481 Pimd International |
| | 09/20 | 2,053.00 | Deposit Made In A Branch/Store |
| | 09/20 | 17,280.00 | Online Transfer From Lake Side Pharmacy, Ll Ref #Ibe5Svms6N Business Checking Innventory Purchase for Ls By Pimd |
| | 09/21 | 521.80 | Frontstream Pymt Proc 160920 84870015410481 Pimd International |
| | 09/21 | 321.79 | Deposit Made In A Branch/Store |
| | 09/22 | 10,514.72 | Frontstream Pymt Proc 160921 84870015410481 Pimd International |
| | 09/22 | 4,000.00 | Online Transfer From Lake Side Pharmacy, Ll Business Checking xxxxxx8761 Ref #Ibekf46MG7 on 09/22/16 |
| | 09/23 | 154.14 | Frontstream Pymt Proc 160922 84870015410481 Pimd International |
| | 09/23 | 12,725.47 | American Express Settlement 160923 1091069856 Pimd Interna1091069856 |
| | 09/23 | 26,400.00 | WT Fed#07790 Bank of America, N /Org=Awc Specialty Rx Consulting LLC Srf# 2016092300251687 Trn#160923078288 Rfb# 169Nb19103L21712 |
| | 09/23 | 3,615.00 | WT Fed#00684 Signature Bank /Org=Whiteville Community Pharmacy, Srf# 83562021 Trn#160923091621 Rfb# |
| | 09/26 | 0.55 | Opt 2 Web Inc Verify 015Zrgcmjqi5M80 Derek Harris |
| | 09/26 | 6,098.80 | American Express Settlement 160926 1091069856 Pimd Interna1091069856 |
| | 09/29 | 4,065.92 | American Express Settlement 160929 1091069856 Pimd Interna1091069856 |
| | 09/29 | 12,355.00 | WT Fed#00932 Signature Bank /Org=Keystone Choice Pharmacy LLC Srf# 3458048094 Trn#160929099458 Rfb# |
| | 09/29 | 2,000.00 | Online Transfer From Lake Side Pharmacy, Ll Business Checking xxxxxx8761 Ref #Iber78Vy3S on 09/29/16 |
| | 09/30 | 8,880.78 | American Express Settlement 160930 1091069856 Pimd Interna1091069856 |
| | | **$300,397.56** | **Total electronic deposits/bank credits** |
| | | **$300,397.56** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/01 | 20,000.00 | Online Transfer Ref #Iben9Xbxrh to Wells Fargo Business Signature Card Ccc Pymnt |
| | 09/01 | 21,600.00 | WT Fed#01049 Jpmorgan Chase Ban /Ftr/Bnf=Pharmaco Technology LLC Srf# IN16090108355600 Trn#160901101506 Rfb# 000001025 |
| | 09/02 | 1,710.16 | Frontstream Fees SEP 160901 84870015410481 Pimd International |
| | 09/06 | 500.00 | Online Transfer to Powell Strategic Advisor Business Checking xxxxxxxxx8546 Ref #Iben9Y5Q27 on 09/03/16 |
| | 09/06 | 2,000.00 | Online Transfer to Pharmacy Administration, Ref #Ibecltfskh Business Checking Transfer |
| | 09/06 | 8,615.94 | Online Transfer to Scripsamerica Inc Ref #Iben9Yvl2D Business Checking D and O |
| | 09/06 | 1,260.00 | Online Transfer to Scripsamerica Inc Ref #Ibe8Prw9Ly Business Checking Corp Delaware Tax |
| | 09/09 | 1,000.00 | Online Transfer Ref #Ibe5Sr9Jv4 to Wells Fargo Business Signature Card Xxxxxxxxxxxx4419 on 09/09/16 |

Form **941 for 2016:** Employer's QUARTERLY Federal Tax Return
(Rev. January 2016)       Department of the Treasury — Internal Revenue Service

950114

OMB No. 1545-0029

Employer identification number (EIN)  4 7 – 5 3 6 8 9 6 6

Name *(not your trade name)* PHARMACY ADMINISTRATION INC

Trade name *(if any)* PHARMACY ADMINISTRATION INC

Address  1094 MAIN AVE
Number          Street                                      Suite or room number

CLIFTON                                NJ      07011
City                                      State      ZIP code

Foreign country name       Foreign province/county       Foreign postal code

**Report for this Quarter of 2016**
(Check one.)

☐ 1: January, February, March

☐ 2: April, May, June

☒ 3: July, August, September

☐ 4: October, November, December

Instructions and prior year forms are available at *www.irs.gov/form941.*

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1:**  Answer these questions for this quarter.

| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: *Mar. 12* (Quarter 1), *June 12* (Quarter 2), *Sept. 12* (Quarter 3), or *Dec. 12* (Quarter 4) | 1 | 9 |
|---|---|---|---|
| 2 | Wages, tips, and other compensation | 2 | 286,961.63 |
| 3 | Federal income tax withheld from wages, tips, and other compensation | 3 | 47,194.08 |
| 4 | If no wages, tips, and other compensation are subject to social security or Medicare tax | | ☐ Check and go to line 6. |

| | | Column 1 | | Column 2 | |
|---|---|---|---|---|---|
| 5a | Taxable social security wages | 286,961.63 | × .124 = | 35,583.24 | |
| 5b | Taxable social security tips | 0.00 | × .124 = | 0.00 | |
| 5c | Taxable Medicare wages & tips | 286,961.63 | × .029 = | 8,321.89 | |
| 5d | Taxable wages & tips subject to Additional Medicare Tax withholding | 0.00 | × .009 = | 0.00 | |

| 5e | Add Column 2 from lines 5a, 5b, 5c, and 5d | 5e | 43,905.13 |
|---|---|---|---|
| 5f | Section 3121(q) Notice and Demand—Tax due on unreported tips (see instructions) | 5f | |
| 6 | Total taxes before adjustments. Add lines 3, 5e, and 5f | 6 | 91,099.21 |
| 7 | Current quarter's adjustment for fractions of cents | 7 | 0.04 |
| 8 | Current quarter's adjustment for sick pay | 8 | 0.00 |
| 9 | Current quarter's adjustments for tips and group-term life insurance | 9 | 0.00 |
| 10 | Total taxes after adjustments. Combine lines 6 through 9 | 10 | 91,099.25 |
| 11 | Total deposits for this quarter, including overpayment applied from a prior quarter and overpayments applied from Form 941-X, 941-X (PR), 944-X, or 944-X (SP) filed in the current quarter | 11 | 72,318.05 |
| 12 | Balance due. If line 10 is more than line 11, enter the difference and see instructions | 12 | 18,781.20 |
| 13 | Overpayment. If line 11 is more than line 10, enter the difference | 0.00 Check one: ☐ Apply to next return. ☐ Send a refund. | |

▶ **You MUST complete both pages of Form 941 and SIGN it.**

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.       BIA

Next ▶

Form **941** (Rev. 1-2016)

950214

**Name** *(not your trade name)*
PHARMACY ADMINISTRATION INC

**Employer identification number (EIN)**
47-5368966

---

**Part 2:**    Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see section 11 of Pub. 15.

14   **Check one:** ☐   **Line 10 on this return is less than $2,500 or line 10 on the return for the prior quarter was less than $2,500, and you did not incur a $100,000 next-day deposit obligation during the current quarter.** If line 10 for the prior quarter was less than $2,500 but line 10 on this return is $100,000 or more, you must provide a record of your federal tax liability. If you are a monthly schedule depositor, complete the deposit schedule below; if you are a semiweekly schedule depositor, attach Schedule B (Form 941). Go to Part 3.

☐   **You were a monthly schedule depositor for the entire quarter.** Enter your tax liability for each month and total liability for the quarter, then go to Part 3.

     **Tax liability:**   **Month 1**   [                    ]

                  **Month 2**   [                    ]

                  **Month 3**   [                    ]

     **Total liability for quarter**   [                    ]   **Total must equal line 10.**

☒   **You were a semiweekly schedule depositor for any part of this quarter.** Complete Schedule B (Form 941), Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

---

**Part 3:**    Tell us about your business. If a question does NOT apply to your business, leave it blank.

15   If your business has closed or you stopped paying wages . . . . . . . . . . . . . . ☐ Check here, and

    enter the final date you paid wages   [                    ] .

16   If you are a seasonal employer and you do not have to file a return for every quarter of the year . . ☐ Check here.

---

**Part 4:**    May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ **Yes.** Designee's name and phone number   [                              ]   [                    ]

     Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS.   [   ] [   ] [   ] [   ] [   ]

☐ **No.**

---

**Part 5:**    Sign here. You MUST complete both pages of Form 941 and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**✗**   **Sign your name here**   [                              ]

Print your name here   [                              ]

Print your title here   [                              ]

     Date   [                    ]      Best daytime phone   [                              ]

**Paid Preparer Use Only**      Check if you are self-employed . . . ☐

Preparer's name   [                              ]   PTIN   [                    ]

Preparer's signature   [                              ]   Date   [                    ]

Firm's name (or yours if self-employed)   [                              ]   EIN   [                    ]

Address   [                              ]   Phone   [                    ]

City   [                    ]   State   [      ]   ZIP code   [                    ]

---

     BIA      Form **941** (Rev. 1-2016)

# Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors

**Calendar Year** _____
Department of the Treasury -- Internal Revenue Service

OMB No. 1545-0029       970311

**Employer identification number** 47-5368966

**Report for this Quarter**

**Name** (not your trade name)   PHARMACY ADMINISTRATION INC

| | Report for this Quarter |
|---|---|
| | **1:** January, February, March |
| | **2:** April, May, June |
| X | **3:** July, August, September |
| | **4:** October, November, December |

Use this schedule to show your TAX LIABILITY for the quarter; DO NOT use it to show your deposits. When you file this form with Form 941 or Form 941-SS, DO NOT change your tax liability by adjustments reported on any Forms 941-X or 944-X. You must fill out this form and attach it to Form 941 or Form 941-SS if you are a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Enter your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in Pub. 15 (Circular E), Employer's Tax Guide, for details.

## Month 1

| # | | # | | # | | # | |
|---|---|---|---|---|---|---|---|
| 1 | 0.00 | 9 | 0.00 | 17 | 0.00 | 25 | 0.00 |
| 2 | 0.00 | 10 | 0.00 | 18 | 0.00 | 26 | 0.00 |
| 3 | 0.00 | 11 | 0.00 | 19 | 0.00 | 27 | 0.00 |
| 4 | 0.00 | 12 | 0.00 | 20 | 6,880.12 | 28 | 0.00 |
| 5 | 0.00 | 13 | 0.00 | 21 | 0.00 | 29 | 9,637.05 |
| 6 | 9,388.72 | 14 | 0.00 | 22 | 0.00 | 30 | 0.00 |
| 7 | 0.00 | 15 | 9,637.07 | 23 | 0.00 | 31 | 0.00 |
| 8 | 0.00 | 16 | 0.00 | 24 | 0.00 | | |

**Tax liability for Month 1**      35,542.96

## Month 2

| # | | # | | # | | # | |
|---|---|---|---|---|---|---|---|
| 1 | 0.00 | 9 | 0.00 | 17 | 5,651.38 | 25 | 0.00 |
| 2 | 0.00 | 10 | 0.00 | 18 | 0.00 | 26 | 0.00 |
| 3 | 7,073.08 | 11 | 0.00 | 19 | 0.00 | 27 | 0.00 |
| 4 | 0.00 | 12 | 0.00 | 20 | 0.00 | 28 | 0.00 |
| 5 | 0.00 | 13 | 0.00 | 21 | 0.00 | 29 | 0.00 |
| 6 | 0.00 | 14 | 0.00 | 22 | 0.00 | 30 | 0.00 |
| 7 | 0.00 | 15 | 9,637.07 | 23 | 0.00 | 31 | 14,413.56 |
| 8 | 0.00 | 16 | 0.00 | 24 | 0.00 | | |

**Tax liability for Month 2**      36,775.09

## Month 3

| # | | # | | # | | # | |
|---|---|---|---|---|---|---|---|
| 1 | 0.00 | 9 | 0.00 | 17 | 0.00 | 25 | 0.00 |
| 2 | 0.00 | 10 | 0.00 | 18 | 0.00 | 26 | 0.00 |
| 3 | 0.00 | 11 | 0.00 | 19 | 0.00 | 27 | 0.00 |
| 4 | 0.00 | 12 | 0.00 | 20 | 0.00 | 28 | 4,370.00 |
| 5 | 0.00 | 13 | 0.00 | 21 | 0.00 | 29 | 0.00 |
| 6 | 0.00 | 14 | 4,530.14 | 22 | 0.00 | 30 | 4,940.52 |
| 7 | 0.00 | 15 | 4,940.54 | 23 | 0.00 | 31 | 0.00 |
| 8 | 0.00 | 16 | 0.00 | 24 | 0.00 | | |

**Tax liability for Month 3**      18,781.20

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3) ▶
Total must equal line 10 on Form 941 or Form 941-SS.

**Total liability for the quarter**      91,099.25

**For Paperwork Reduction Act Notice, see separate instructions.**      IRS.gov/form941    BIA    **Schedule B (Form 941)** (Rev. 1-2014)

**ScripsAmerica  -  Postpetition  Debts =  Accounts Payable**

|      | Professional Fees:           | Inv # | Date Inv  | Amount | Explanation of services | Accts payable | | | |
| ---- | ---------------------------- | ----- | --------- | ------ | ----------------------- | ------------- | --- | --- | --- |
|      |                              |       |           |        | IT - setup backs to ensure no lost data or need |  | | | |
| Sept | Bolder Design                |       | 9/15/2016 | 5,000.00 | for case | 5,000.00 | 5,000.00 | 10/3/2016 | - |
| Sept | Coffey, Burlington & Crocket | 1     | 9/30/2016 | 2,950.00 | Fees for September | 2,950.00 | | | |
| Sept | Ciardi, Ciardi and Astin     |       | 9/30/2016 | 108,565.24 | Bankrupcy layers fees for month of Sept + expenses | 108,565.24 | | | |
| Sept | Andrew Feldman               | 75    | 9/30/2016 | 7,297.50 | Support work on Federal case | | | | |
| Sept | Andrew Feldman               | 76    | 9/30/2016 | 998.75 | Support work on Federal case - expenses | 12,141.24 | | | |
| Sept | Andrew Feldman               | 77    | 9/30/2016 | 2,765.00 | Fees for September | | | | |
| Sept | Andrew Feldman               | 78    | 9/30/2016 | 1,079.99 | Expenses for September | | | | |
| Sept | U.S. Trustee Payment         |       | 9/30/2016 | 650.00 | Q3 fees | 650.00 | 325 | 10/19/2016 | 325.00 |
|      |                              |       | Total Sept. | 129,306.48 | Total for month of Sept | 129,306.48 | = 9/30/16 | | |

In re   ScripsAmerica, Inc
    Debtor

Case No.  16-11991
Reporting Period:  September 8 to 30, 2016

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 92,720 |
| Plus: Amounts billed during the period | |
| Less: Amounts collected during the period | |
| Less: Bad Debt | 6,000 |
| Plus (Less): Change in Reserves | |
| Total Accounts Receivable at the end of the reporting period | 86,720 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | - |
| 31 - 60 days old | | | | | - |
| 61 - 90 days old | | | | | - |
| 91+ days old | | | | 86,720 | 86,720 |
| Total Accounts Receivable | - | - | - | 86,720 | 86,720 |
| | | | | | |
| Less: Bad Debts (Amount considered uncollectible) | | | | | - |
| | | | | | |
| Net Accounts Receivable | - | - | - | 86,720 | 86,720 |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | - | 0 | | | - |
| 31 - 60 days old | 0 | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | - | | | | - |
| Total Accounts Payable | | | | | |

| In re | ScripsAmerica, Inc | | Case No. | 16-11991 |
|---|---|---|---|---|
| | Debtor | | Reporting Period: | September 8 to 30, 2016 |

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Brian Ettinger  -  CEO | Salary | 17,500 | 17,500 |
| Jeffrey Andrews - CFO | Salary | 20,000 | 20,000 |
| | | | - |
| | | | - |
| | | | |
| *These payements made by outside Sources (Pharmacy Administration Inc.)* | | | |
| | | | |
| | TOTAL PAYMENTS TO INSIDERS | 37,500 | 37,500 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | - | - | |
| None Approved | | | - | - | |
| | | | - | - | |
| | | | - | - | |
| | | | - | - | |
| | | | | | |
| | | | | | |
| | | | | | |
| | TOTAL PAYMENTS TO PROFESSIONALS | | - | - | - |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED  MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| None made | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | - | |

In re  **ScripsAmerica, Inc**                         Case No.          16-11991
**Debtor**                         Reporting Period: September 8 to 30, 2016

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | X | |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition payroll taxes past due? | | X |
| 9 | Are any post petition State or Federal income taxes past due? | | X |
| 10 | Are any post petition real estate taxes past due? | | X |
| 11 | Are any other post petition taxes past due? | | X |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 | Are any amounts owed to post petition creditors delinquent? | | X (a) |
| 14 | Are any wage payments past due? | | X |
| 15 | Have any post petition loans been received by the Debtor from any party? | | X |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

(a)  No post post petition professional fees have been approved as of filing