# UNITED STATES BANKRUPTCY COURT
# FOR DISTRICT OF DELAWARE

In Re: SCRIPSAMERICA INC.

Case No: 16-11991 (LLS)
Reporting Period: October 1 to 31, 2016

## MONTHLY OPERATING REPORT

File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| Required Documents | Form No | Documet Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | YES | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | YES | | |
| Schedule of Professional Fees Paid | MOR-1b | YES | | |
| Copies of bank statements | | YES | | |
| Cash disbursements journals | | YES | | |
| Statement of Operations | MOR-2 | YES | | |
| Balance Sheet | MOR-3 | YES | | |
| Status of Postpetition Taxes | MOR-4 | YES | | |
| Copies of IRS Form 6123 or payment receipt | | na | | |
| Copies of tax returns filed during reporting period | | na | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | YES | | |
| Listing of aged accounts payable | | YES | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | YES | | |
| Taxes Reconciliation and Aging | MOR-5 | YES | | |
| Payments to Insiders and Professional | MOR-6 | YES | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | YES | | |
| Debtor Questionnaire | MOR-7 | YES | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____ Signature of Debtor     Date _____

_____ Signature of Joint Debtor     Date _____

_____ Signature of Authorized Individual*     Date _____

JEFFREY J. ANDREWS     CFO
Printed Name of Authorized Individual     Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor

In Re: __ScripsAmerica Inc.__  
Debitor

Case No  **16-11991 (LLS)**   MOR-1  
Reporting Period :  **October 1 to 31, 2016**

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | Bank Acct # | Wells Fargo xxx2337 | Wells Fargo xxx7581 | Wells Fargo xxx8287 | PNC BANK xxx5642 | Current Month | Cumulative |
|---|---|---|---|---|---|---|---|
| Cash beginning of month | | 7,859.82 | - | - | - | - | 10,782.92 |
| **Receipts** | | | | | | | |
| Cash receivable from WholesaleRx | | 6,500.00 | | | | 6,500.00 | 12,500.00 |
| From transfer into DAA | | - | | | | - | 10,694.57 |
| Total Receipts | | 6,500.00 | - | - | - | 6,500.00 | 33,977.49 |
| **Disbursements** | | | | | | | |
| Forest Financial - Insurance | | (8,488.61) | | | | (8,488.61) | (17,104.55) |
| Bank fees for checks & services | | (99.30) | | | | (99.30) | (406.46) |
| Computer and Internet Maint. | | (5,000.00) | | | | (5,000.00) | (5,000.00) |
| US Trustee - Bankruptcy fee | | (325.00) | | | | (325.00) | (325.00) |
| Transfers | | | | | | | (10,694.57) |
| Total Disbursements | | (13,912.91) | - | - | - | (13,912.91) | (33,530.58) |
| Cash end of Month - September 30, 2016 | | 446.91 | - | - | - | (7,412.91) | 446.91 |

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 13,913 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | (325) |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 52,294 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 65,882 |

In Re: **ScripsAmerica Inc.**  Case No **16-11991 (LLS)**  MOR-1a
Reporting Period : **October 1 to 31, 2016**

## Bank Reconciliations

| Bank Acct # | Wells Fargo xxx2337 | Wells Fargo xxx7581 | Wells Fargo xxx8287 | PNC BANK xxx5642 |
|---|---|---|---|---|
| Balance per books | 446.91 | - | - | - |
| Bank Balance | 446.91 | - | - | - |
| Deposits in transits | - | | | |
| Outstanding checks | - | | | |
| Adjusted Bank Balance | - | - | - | - |
| Difference | - | - | - | - |

Deposits in transits

Checks Outstanding

In re ScripsAmerica, Inc.
Debtor

Case No: 16-11991

Reporting Period: ~~September 8 to S~~ October 1 to 31, 2016

MOR-1b

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees |
|---|---|---|---|---|---|---|---|---|
| Ciardi, Ciardi and Austin | Oct. 1 to Oct. 31 | | No payment approved or paid in October 2016 | | | | | |
| Cofffey, Burlington & Crocket | Oct. 1 to Oct. 31 | | | | | | | |
| Feldman Firm PLLC | Oct. 1 to Oct. 31 | | | | | | | |
| | | | | | Total | $ - | | $ - |

# Analyzed Business Checking

Account number: 6968562337 ■ October 1, 2016 - October 31, 2016 ■ Page 1 of 2


WELLS FARGO

SCRIPSAMERICA INC
DEBTOR IN POSSESSION
CH 11 CASE # 16-11991 (DE)
1094 MAIN AVE STE A
CLIFTON NJ 07011-2384

**Questions?**

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 6968562337 | $7,859.83 | $23,500.00 | -$30,912.91 | $446.92 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/06 | (A) 2,000.00 | Online Transfer From P.I.M.D. International Business Checking xxxxxx0610 Ref #Ibecm5Lwlg on 10/06/16 |
| | 10/26 | (A) 15,000.00 | Online Transfer From P.I.M.D. International Business Checking xxxxxx0610 Ref #Ibegjdpvbd on 10/26/16 |
| | 10/28 | 6,500.00 | Online Transfer From P.I.M.D. International Business Checking xxxxxx0610 Ref #Ibe5T8Vkl5 on 10/28/16 |
| | | $23,500.00 | Total electronic deposits/bank credits |
| | | $23,500.00 | Total credits |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/06 | (A) 2,000.00 | Online Transfer to Yorkshire Pharmacy Inc Ref #Ib032Xq3C8 Business Checking Correct Misposting |
| | 10/11 | 64.30 | Client Analysis Srvc Chrg 161007 Svc Chge 0916 000006968562337 |
| | 10/26 | (A) 15,000.00 | Online Transfer to Yorkshire Pharmacy Inc Business Checking xxxxxx6381 Ref #Ibexzn8Dpk on 10/26/16 |
| | 10/28 | 35.00 | Overdraft Fee for a Transaction Received on 10/27 $8,488.61 Check # 01009 |
| | | $17,099.30 | Total electronic debits/bank debits |

(A) Error in transfer Net eqpt is Zero

Case 16-11991-LSS    Doc 154    Filed 01/15/17    Page 6 of 17

Account number: 6968562337 ■ October 1, 2016 - October 31, 2016 ■ Page 2 of 2



### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1007 | 5,000.00 | 10/05 | 1008 | 325.00 | 10/24 | 1009 | 8,488.61 | 10/28 |

$13,813.61    Total checks paid

$30,912.91    Total debits

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/30 | 7,859.83 | 10/11 | 2,795.53 | 10/26 | 2,470.53 |
| 10/05 | 2,859.83 | 10/24 | 2,470.53 | 10/28 | 446.92 |
| 10/06 | 2,859.83 | | | | |

Average daily ledger balance    $2,842.62

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0000575
Sheet 00002 of 00002

## ScripsAmerica, Inc
## Cash disbursement Journal
October 1 to October 31, 2016

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **1031 * Wells Fargo DDA** | | | | | | | | 0.00 |
| Check | 10/03/2016 | 1007 | Bolder Design | | 2101 * Accounts Payable | | 5,000.00 | 5,000.00 |
| Check | 10/11/2016 | WT | Wells Fargo bank | | 6750 * Bank service fees | | 64.30 | 5,064.30 |
| Check | 10/19/2016 | 1008 | U.S. Trustee Payment | | 2101 * Accounts Payable | | 325.00 | 5,389.30 |
| check | 10/21/2016 | 1009 | Forest Financial | | 6850 * Insusrance | | 8,488.61 | 13,877.91 |
| Deposit | 10/28/2016 | WT | Wells Fargo bank | | 6750 * Bank service fees | | 35.00 | 13,912.91 |
| | | | | | | | | 13,912.91 |
| Total 1031 * Wells Fargo DDA | | | | | | 0.00 | 13,912.91 | 13,912.91 |
| | | | | | TOTAL | 0.00 | 13,912.91 | 13,912.91 |

### Outside Sources Disbursement Journal

| Type | Date | Name | Memo | Debit | Credit | | Balance |
|---|---|---|---|---|---|---|---|
| e-Check | 10/14/2016 | Pharmacy Administration Inc | Payroll expenses | | 26,347.51 | a | |
| e-Check | 10/14/2016 | Pharmacy Administration Inc | Payroll Taxes | | 5,550.00 | b | |
| JE | 10/14/2016 | Adjustment for non ScripsAmerica employees | | 5,750 | | a | 26,147.51 |
| e-Check | 10/31/2016 | Pharmacy Administration Inc | Payroll expenses | | 14,310.00 | c | |
| e-Check | 10/31/2016 | Pharmacy Administration Inc | Payroll Taxes | | 2,418.13 | d | |
| | | | | | | c | 16,728.13 |
| e-transfer | 10/07/2017 | P.I.M.D International LLC | Advance Salary | | 2,640.00 | e | 2,640.00 |

Total funds used to pay payroll expense    45,516

Payroll Accrual    6,778

52,294

In Re: ScripAmeica Inc.

Case No: 16 - 11991 (LSS)   MOR-2
Reporting period: September 8 to 30, 2016

## STATEMENT OF OPERATIONS

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| Revenues | Month | Cummulative filing to date |
|---|---:|---:|
| Gross Revenues | $ - | $ - |
| Less: Returns and Allowances | | |
| Net Revenue | $ - | $ - |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | $ - | $ - |
| **OPERATING EXPENSES** | | |
| Payroll | 41,194 | 82,388 |
| Payroll Taxes | 11,100 | 22,200 |
| Auto and Truck Expense | | - |
| Bad Debts | | - |
| Employee Benefits Programs | | - |
| Insider Compensation* | | - |
| Insurance | 8,489 | 17,105 |
| Management Fees/Bonuses | | - |
| Office Expense | 99 | 406 |
| Repairs and Maintenance | | - |
| Rent and Lease Expense | | - |
| Computer and IT Maintenance | 1,898 | 6,898 |
| Supplies | | - |
| Taxes - Real Estate | | - |
| Taxes - Other | | - |
| Travel and Entertainment | | - |
| Utilities | | - |
| Other (attach schedule) | | - |
| Total Operating Expenses Before Depreciation | $ 62,780 | $ 128,997 |
| Depreciation/Depletion/Amortization | $ | - |
| Net Profit (Loss) Before Other Income & Expenses | $ (62,780) | $ (128,997) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | - |
| Interest Expense | | - |
| Other Expense (attach schedule) | $ | - |
| Net Profit (Loss) Before Reorganization Items | $ (62,780) | $ (128,997) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 118,493 | 242,149 |
| U. S. Trustee Quarterly Fees | - | 650 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | - |
| Gain (Loss) from Sale of Equipment | | - |
| Other Reorganization Expenses (attach schedule) | | - |
| Total Reorganization Expenses | | - |
| Income Taxes | | - |
| **Net Profit (Loss)** | $ (181,273) | $ (371,796) |

In Re: ScripAmeica Inc.

Chapter 11

Case No: 16 - 11991 (LSS)    MOR-3
Reporting period  September 8 to October 31, 2016

## BALANCE SHEET

| ASSETS<br>CURRENT ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Unrestricted Cash and Equivalents | 447 | 10,783 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | 80,220 | 92,720 |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | - | - |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| TOTAL CURRENT ASSETS | 80,667 | $ 103,503 |
| PROPERTY AND EQUIPMENT | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| TOTAL PROPERTY & EQUIPMENT | - | $ - |
| OTHER ASSETS | | |
| Investments | 272,000 | 272,000 |
| Deposits | 160,520 | 160,520 |
| TOTAL OTHER ASSETS | 432,520 | $ 432,520 |
| TOTAL ASSETS | $ 513,187 | $ 536,023 |

| LIABILITIES AND OWNER EQUITY<br>LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Accounts Payable | 5,871 | |
| Taxes Payable (refer to FORM MOR-4) | 3,131 | |
| Ironridge Settlelment | | |
| Notes Payable | | |
| Stock to be issued | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | 242,149 | |
| Inter-Company | 4,419,680 | 4,321,871 |
| Other Postpetition Liabilities (attach schedule) | | |
| TOTAL POSTPETITION LIABILITIES | $ 4,670,831 | $ 4,321,871 |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | |
| Secured Debt | - | |
| Priority Debt | - | |
| Unsecured Debt | 4,495,864 | 4,495,864 |
| TOTAL PRE-PETITION LIABILITIES | 4,495,864 | $ 4,495,864 |
| TOTAL LIABILITIES | $ 9,166,695 | $ 8,817,735 |
| OWNER EQUITY | | |
| Capital Stock | 141,115 | 141,115 |
| Additional Paid-In Capital | 15,724,715 | 15,724,715 |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | (24,147,542) | (24,147,542) |
| Retained Earnings - Postpetition | (371,796) | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| NET OWNER EQUITY | $ (8,653,508) | $ (8,281,712) |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 513,187 | $ 536,023 |

Re: ScripsAmerica, Inc.
　　　　Debtor

Case No.: 16-11991
Reporting Period: October 1 to 31, 2016

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Withholding (1) | - | 5,290 | 3,766 | 10/14 & 10/31 | EFT to ADP and Paych | 1,524 |
| FICA-Employee (1) | - | 2,296 | 1,627 | 10/14 & 10/31 | EFT to ADP and Paych | 669 |
| FICA-Employer (1) | - | 2,294 | 1,626 | 10/14 & 10/31 | EFT to ADP and Paych | 668 |
| Unemployment | | | | | | - |
| Income | - | | | | | - |
| Other: Penalties & Interest | - | | | | | - |
| Total Federal Taxes | - | 9,880 | 7,019 | - | - | 2,861 |
| **State and Local** | | | | | | |
| Withholding - NJ (1) | - | 682 | 682 | 10/14 & 10/31 | EFT to ADP and Paych | - |
| Withholding - PA (1) | - | 538 | 268 | 10/14 & 10/31 | EFT to ADP and Paych | 270 |
| Local | | | | | | - |
| Sales | | | | | | - |
| Excise | | | | | | - |
| Unemployment | | | | | | - |
| Real Property | | | | | | - |
| Personal Property | - | | | | | - |
| Other: Penalties | - | | | | | - |
| Total State and Local | - | 1,220 | 950 | | | 270 |
| **Total Taxes** | - | 11,100 | 7,969 | - | - | 3,131 |

(1) The Debtors' payroll taxes are remitted pursuant to an agreement with ADP, a payroll service provider. Each pay period, the Debtors remit the required amount of payroll taxes to ADP and switched to Paychex, which files the appropriate federal, state and local payrol tax returns. See attached bankstatements provide within this report for proof of payment

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 1,898 | | | | | 1,898 |
| Wages Payable Accrual | 3,648 | | | | | 3,648 |
| Taxes Payable | 3,131 | | | | | 3,131 |
| Taxes Penalties & Interes Accrual | | | | | | - |
| Rent/Leases-Building | | | | | | - |
| Rent/Leases-Equipment | | | | | | - |
| Secured Debt/Adequate Protection Payments | | | | | | - |
| Professional Fees | 118,493 | 123,656 | | | | 242,149 |
| Amounts Due to Insiders* | | | | | | - |
| Other: US Trustee fee | - | 325 | | | | 325 |
| Other: | | | | | | - |
| **Total Postpetition Debts** | 127,170 | 123,981 | - | - | - | 251,151 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

Account number: **6968310943** ■ October 1, 2016 - October 31, 2016 ■ Page 2 of 3


**WELLS FARGO**

### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/24 | 418.70 | Deposit Made In A Branch/Store |
| | 10/25 | 19,000.00 | Online Transfer From Lake Side Pharmacy, Ll Ref #Ibev4Lch6T Business Checking Transfer |
| | 10/28 | 4,000.00 | Online Transfer From Lake Side Pharmacy, Ll Business Checking xxxxxx8761 Ref #Iber7Kvd6Y on 10/28/16 |
| | 10/28 | 18,500.00 | Online Transfer From P.I.M.D. International Business Checking xxxxxx0610 Ref #Ibegjfcrgh on 10/28/16 |
| | 10/28 | 600.00 | Online Transfer From Lake Side Pharmacy, Ll Business Checking xxxxxx8761 Ref #Ibenbjcwph on 10/28/16 |
| | | **$120,498.70** | **Total electronic deposits/bank credits** |
| | | **$120,498.70** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/03 | 375.00 | WT Fed#09388 PNC Bank, National /Ftr/Bnf=Fox Law Office, P.A. Srf# IN16100307411508 Trn#161003084809 Rfb# 000001041 |
| | 10/04 | 4,500.00 | Online Transfer to P.I.M.D. International, Business Checking xxxxxx0610 Ref #Ibev4Db7T8 on 10/04/16 |
| | 10/04 | 14.26 | Federal Express Debit 161003 MMA21818926 Main Ave Pharmacy |
| | 10/05 | 24.12 | Federal Express Debit 161004 MMA21837165 Main Ave Pharmacy |
| | 10/06 | 206.45 | Federal Express Debit 161005 MMA21851274 Main Ave Pharmacy |
| | 10/07 | 263.15 | ADP Payroll Fees ADP - Fees 161007 2Rvb5 9110385 Pharmacy Administratio |
| | 10/11 | 37.71 | Federal Express Debit 161007 MMA21879418 Main Ave Pharmacy |
| | 10/11 | 59.27 | Federal Express Debit 161010 MMA21894340 Main Ave Pharmacy |
| | 10/12 | 200.00 | Online Transfer to Pharmacy Administration, Business Checking xxxxxx0539 Ref #Ibe2x2Jpls on 10/12/16 |
| | 10/12 | 5,400.00 | Online Transfer to P.I.M.D. International, Ref #Ibev4Gmb73 Business Checking Transfer |
| | 10/12 | 11,000.00 | Online Transfer to Yorkshire Pharmacy Inc Business Checking xxxxxx6381 Ref #Ibegj8Nbkx on 10/12/16 |
| | 10/12 | 7.23 | Federal Express Debit 161011 MMA21911717 Main Ave Pharmacy |
| | 10/12 | 5,275.59 | ADP Tax/401K Tax/401K 161012 R7Vb5 101212A01 Pharmacy Administratio |
| | 10/12 | 9,871.64 | ADP Eepay/Garnwc Eepay/Garn 161012 751027997254Vb5 Pharmacy Administratio |
| | 10/13 | 23.48 | Federal Express Debit 161012 MMA21925145 Main Ave Pharmacy |
| | 10/14 | 5,550.00 | **B** ADP Tax/401K Tax/401K 161014 R7Vb5 101409A01 Pharmacy Administratio |
| | 10/14 | 26,347.51 | **A** ADP Eepay/Garnwc Eepay/Garn 161014 377541763153Vb5 Pharmacy Administratio |
| | 10/17 | 35.00 | NSF Return Item Fee for a Transaction Received on 10/14 $4,200.00 Check # 01035 |
| | 10/17 | 7.22 | Federal Express Debit 161014 MMA21953098 Main Ave Pharmacy |
| | 10/18 | 4,275.00 | WT Fed#03717 IBM Southeast Empl /Ftr/Bnf=Denise Schumann Srf# IN16101811292234 Trn#161018144741 Rfb# 000001044 |

Account number: 6968310943  ■  October 1, 2016 - October 31, 2016  ■  Page 3 of 3



WELLS FARGO

### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/18 | 17.45 | Federal Express Debit 161017 MMA21967814 Main Ave Pharmacy |
| | 10/19 | 35.00 | NSF Return Item Fee for a Transaction Received on 10/18 $4,200.00 Check # 01035 |
| | 10/19 | 35.00 | Overdraft Fee for a Transaction Posted on 10/18 $606.00 Check # 01049 |
| | 10/19 | 11.13 | Federal Express Debit 161018 MMA21984484 Main Ave Pharmacy |
| | 10/20 | 35.98 | Federal Express Debit 161019 MMA21997162 Main Ave Pharmacy |
| | 10/21 | 260.60 | ADP Payroll Fees ADP - Fees 161021 2Rvb5 3007512 Pharmacy Administratio |
| | 10/25 | 53.56 | Federal Express Debit 161024 MMA22037693 Main Ave Pharmacy |
| | 10/26 | 82.87 | Paychex Eib Invoice 161026 x68545000014295 Pharmacy Administratio |
| | 10/26 | 209.83 | Federal Express Debit 161025 MMA22055541 Main Ave Pharmacy |
| | 10/26 | 6,180.57 | Paychex Tps Taxes 102516 68551500002237x Pharmacy Administratio |
| | 10/26 | 12,210.24 | Paychex Inc. Payroll 68546500025992x Pharmacy Administratio |
| | 10/27 | 23.46 | Federal Express Debit 161026 MMA22067089 Main Ave Pharmacy |
| | 10/28 | 46.00 | ADP Payroll Fees ADP - Fees 161028 2Rvb5 3876959 Pharmacy Administratio |
| | 10/31 | 39.90 | Federal Express Debit 161028 MMA22096664 Main Ave Pharmacy |
| | 10/31 | D  2,418.13 | Paychex Tps Taxes 102816 68621600006228x Pharmacy Administratio |
| | 10/31 | C  14,310.00 | Paychex Inc. Payroll 68616700002463x Pharmacy Administratio |
| | | $109,442.35 | Total electronic debits/bank debits |

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1043 | 1,271.02 | 10/12 | 1049* | 606.00 | 10/18 | 1050 | 1,979.16 | 10/21 |
| 1045* | 455.52 | 10/28 | | | | | | |
| | $4,311.70 | | Total checks paid | | | | | |

* Gap in check sequence.

$113,754.05  Total debits

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/30 | 327.02 | 10/12 | 621.58 | 10/21 | 583.05 |
| 10/03 | 452.02 | 10/13 | 598.10 | 10/24 | 1,001.75 |
| 10/04 | 937.76 | 10/14 | 700.59 | 10/25 | 19,948.19 |
| 10/05 | 913.64 | 10/17 | 4,858.37 | 10/26 | 1,264.68 |
| 10/06 | 707.19 | 10/18 | -40.08 | 10/27 | 1,241.22 |
| 10/07 | 444.04 | 10/19 | 878.79 | 10/28 | 23,839.70 |
| 10/11 | 16,747.06 | 10/20 | 842.81 | 10/31 | 7,071.67 |

Average daily ledger balance    $4,382.09

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0001646
Sheet 00003 of 00003



Account number: 5715640610 ■ October 1, 2016 - October 31, 2016 ■ Page 2 of 4



PIMD INTERNATIONAL LLC

## Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/20 | 4,232.99 | Frontstream Pymt Proc 161019 84870015410481 Pimd International |
| | 10/20 | 17,972.49 | American Express Settlement 161020 1091069856 Pimd Interna1091069856 |
| | 10/21 | 5,051.97 | Deposit Made In A Branch/Store |
| | 10/24 | 101.35 | Frontstream Pymt Proc 161023 84870015410481 Pimd International |
| | 10/25 | 172.41 | Deposit Made In A Branch/Store |
| | 10/25 | 35,616.00 | WT Fed#09716 Bank of America, N /Org=Awc Specialty Rx Consulting LLC Srf# 2016102500323094 Trn#161025133472 Rfb# 16Ape1350Rbd1G78 |
| | 10/26 | 10,636.20 | Frontstream Pymt Proc 161025 84870015410481 Pimd International |
| | 10/26 | 30,000.00 | WT Fed#02529 Compass Bank Wtd /Org=Kodiak Ventures LLC Srf# 161026145547Hb00 Trn#161026143742 Rfb# |
| | 10/28 | 1,505.97 | Frontstream Pymt Proc 161027 84870015410481 Pimd International |
| | 10/31 | 1,684.39 | American Express Settlement 161029 1091069856 Pimd Interna1091069856 |
| | 10/31 | 4,330.00 | WT Seq204152 Q-Pharma Inc /Org= Srf# 0067544305728124 Trn#161031204152 Rfb# |
| | | **$214,910.27** | **Total electronic deposits/bank credits** |
| | | **$214,910.27** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/03 | 1,751.22 | Frontstream Fees SEP 161002 84870015410481 Pimd International |
| | 10/03 | 500.00 | Online Transfer to Pharmacy Administration, Business Checking xxxxxx0943 Ref #Ibe2WY46RV on 10/03/16 |
| | 10/03 | 500.00 | Online Transfer to Lake Side Pharmacy, LLC Business Checking xxxxxx8753 Ref #Iber7Bn6Qg on 10/03/16 |
| | 10/03 | 2,000.00 | Online Transfer to Yorkshire Pharmacy Inc Business Checking xxxxxx6381 Ref #Ibev4D6997 on 10/03/16 |
| | 10/03 | 111.00 | Aidarex Pharmace Order 1735 Oct 03 103699 Pimd Intl, LLC |
| | 10/04 | 13,400.00 | WT Fed#04226 Jpmorgan Chase Ban /Ftr/Bnf=Pharmaco Technology LLC Srf# IN16100311052987 Trn#161004009352 Rfb# 000001042 |
| | 10/06 | 2,000.00 | Online Transfer Ref #Ibev4Dxyw2 to Wells Fargo Business Signature Card Xxxxxxxxxxxx4419 on 10/06/16 |
| | 10/06 | 2,000.00 | Online Transfer to Scripsamerica Inc Business Checking xxxxxx2337 Ref #Ibecm5Lwlg on 10/06/16 |
| | 10/07 | 2,640.00 | Online Transfer to Powell Strategic Advisor Ref #Ibegj7Jh5T Business Checking Insurance Phone Dues Travel |
| | 10/07 | 52.42 | ADP Payroll Fees ADP - Fees 161007 2Rgmc 8774765 Pimd International LLC |
| | 10/11 | 329.35 | Client Analysis Srvc Chrg 161007 Svc Chge 0916 000005715640610 |
| | 10/11 | 8,000.00 | Online Transfer to Pharmacy Administration, Business Checking xxxxxx0943 Ref #Ibegj85N7P on 10/10/16 |
| | 10/11 | 1,200.00 | Online Transfer to Main Avenue Pharmacy Inc Business Checking xxxxxx5098 Ref #Ibecm6Xlvj on 10/11/16 |
| | 10/13 | 2,579.91 | ADP Tax/401K Tax/401K 161013 R6Gmc 101419A02 Pimd International LLC |

## ScripsAmerica - Postpetition Debts = Accounts Payable

| | Professional Fees: | Inv # | Date Inv | Amount | Explanation of services |
|---|---|---|---|---|---|
| Sept | Coffey, Burlington & Crocket | 1 | 9/30/2016 | 2,950.00 | Fees for September |
| Sept | Ciardi, Ciardi and Astin | | 9/30/2016 | 108,565.24 | Bankrupcy layers fees for month of Sept + expense |
| Sept | Andrew Feldman | 75 | 9/30/2016 | 7,297.50 | Support work on Federal case |
| Sept | Andrew Feldman | 76 | 9/30/2016 | 998.75 | Support work on Federal case - expenses |
| Sept | Andrew Feldman | 77 | 9/30/2016 | 2,765.00 | Fees for September |
| Sept | Andrew Feldman | 78 | 9/30/2016 | 1,079.99 | Expenses for September |
| Sept | U.S. Trustee Payment | | 9/30/2016 | 325.00 | Q3 fees |
| October | Coffey, Burlington & Crocket | 2 | 10/31/2016 | 16,222.75 | Fees & expenses for October |
| October | Ciardi, Ciardi and Astin | | 10/31/2016 | 90,749.55 | Bankrupcy layers fees for month of Sept |
| October | Andrew Feldman | 84 | 10/30/2016 | 2,520.00 | Support work on Federal case |
| October | BolderDesigns | 28487 | 10/12/2016 | 399.34 | expense IT consultant |
| October | BolderDesigns | 28499 | 10/24/2016 | 1,499.20 | monthly fee backup storage community |
| October | Bederson LLP | | 10/30/2016 | 9,000.00 | 2015 Fed Taxes & review forms |
| October | Jeff Andrews - Salary | | 10/30/2026 | 3,648.00 | |
| October | Jeff Andrews - Payroll taxes | | 10/30/2026 | 3,131.00 | |
| | | | Total Sept. | 251,151.32 | Total for month of Sept |

| | 10/31/16 balance |
|---|---|
| Coffey, Burlington & Crocket | 19,172.75 |
| Ciardi, Ciardi and Astin | 199,314.79 |
| Andrew Feldman | 14,661.24 |
| Bederson LLP | 9,000.00 |
| BolderDesigns | 1,898.54 |
| US Trustee | 325.00 |
| Jeff Andrews - Salary | 3,648.00 |
| Jeff Andrews - Payroll taxes | 3,131.00 |
| | 251,151.32 |

In re __ScripsAmerica, Inc__  
Debtor

Case No. __16-11991__  
Reporting Period: __October 1 to 31, 2016__

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 86,720 |
| Plus: Amounts billed during the period | |
| Less: Amounts collected during the period | |
| Less: Bad Debt | 6,500 |
| Plus (Less): Change in Reserves | |
| Total Accounts Receivable at the end of the reporting period | 80,220 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | - |
| 61 - 90 days old | | | | | - |
| 91+ days old | | | | 80,220 | 80,220 |
| Total Accounts Receivable | - | - | - | 80,220 | 80,220 |
| Less: Bad Debts (Amount considered uncollectible) | | | | | - |
| Net Accounts Receivable | - | - | - | 80,220 | 80,220 |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 3,131 | 0 | | | 3,131 |
| 31 - 60 days old | 0 | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | 3,131 | | | | 3,131 |
| Total Accounts Payable | | | | | |

In re __ScripsAmerica, Inc__   Case No. __16-11991__
Debtor   Reporting Period: __October 1 to 31, 2016__

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Brian Ettinger - CEO | Salary | 11,390 | 28,890 |
| Jeffrey Andrews - CFO | Salary | 20,000 | 40,000 |
| | | | - |
| | | | - |
| | | | |
| These payements made by outside Sourcess (Pharmacy Administration Inc.) | | | |
| TOTAL PAYMENTS TO INSIDERS | | 31,390 | 68,890 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | - | - | |
| None Approved | | | - | - | |
| | | | - | - | |
| | | | - | - | |
| | | | - | - | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | - | - | - |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| None made | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | - | |

FORM MOR-6
2/2008

In re  ScripsAmerica, Inc  
     Debtor

Case No. 16-11991  
Reporting Period: October 1 to 31, 2016

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | X | |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition payroll taxes past due? | | X |
| 9 | Are any post petition State or Federal income taxes past due? | | X |
| 10 | Are any post petition real estate taxes past due? | | X |
| 11 | Are any other post petition taxes past due? | | X |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 | Are any amounts owed to post petition creditors delinquent? | | X (a) |
| 14 | Are any wage payments past due? | | X |
| 15 | Have any post petition loans been received by the Debtor from any party? | | X |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

(a) No post post petition professional fees have been approved as of filing

FORM MOR-7  
2/2008