### UNITED STATES BANKRUPTCY COURT
### FOR DISTRICT OF DELAWARE

In Re: SCRIPSAMEICA INC.

Case No    __16-11991 (LLS)__

Reporting Period : __November 1 to 30,  2016__

### MONTHLY OPERATING REPORT

**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| Required Documents | Form No | Documet Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | YES | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | YES | | |
| Schedule of Professional Fees Paid | MOR-1b | YES | | |
| Copies of bank statements | | YES | | |
| Cash disbursements journals | | YES | | |
| Statement of Operations | MOR-2 | YES | | |
| Balance Sheet | MOR-3 | YES | | |
| Status of Postpetition Taxes | MOR-4 | YES | | |
| Copies of IRS Form 6123 or payment receipt | | na | | |
| Copies of tax returns filed during reporting period | | na | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | YES | | |
| Listing of aged accounts payable | | YES | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | YES | | |
| Taxes Reconciliation and Aging | MOR-5 | YES | | |
| Payments to Insiders and Professional | MOR-6 | YES | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | YES | | |
| Debtor Questionnaire | MOR-7 | YES | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

| | |
|---|---|
| _____ | _____ |
| Signature of Debtor | Date |
| | |
| _____ | _____ |
| Signature of Joint Debtor | Date |
| | |
| _____ | _____ |
| Signature of Authorized Individual* | Date |
| JEFFREY S. ANDRUS | CFO |
| Printed Name of Authorized Individual | Title of Authorized Individual |

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor

In Re:  **ScripsAmerica Inc.**

Debitor

Case No **16-11991 (LLS)**   MOR-1

Reporting Period : **November 1 to 30, 2016**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | Bank Acct # | Wells Fargo xxx2337 | Wells Fargo xxx7581 | Wells Fargo xxx8287 | PNC BANK xxx5642 | Current Month | Cumulative |
|---|---|---|---|---|---|---|---|
| Cash beginning of month | | 446.91 | - | - | - | - | 10,782.92 |
| **Receipts** | | | | | | | |
| Cash receivable from WholesaleRx | | 11,965.00 | | | | 11,965.00 | 24,465.00 |
| From transfer into DAA | | - | | | | - | 10,694.57 |
| From transfer from Lakeside | | 17,000.00 | | | | 17,000.00 | 17,000.00 |
| Total Receipts | | 28,965.00 | - | - | - | 28,965.00 | 62,942.49 |
| **Disbursements** | | | | | | | |
| Forest Financial - Insurance | | (8,488.61) | | | | (8,488.61) | (25,593.16) |
| Bank fees for checks & services | | (136.98) | | | | (136.98) | (543.44) |
| Computer and Internet Maint. | | (3,397.74) | | | | (3,397.74) | (8,397.74) |
| Equity Partners HG | | (17,000.00) | | | | (17,000.00) | (17,000.00) |
| US Trustee - Bankruptcy fee | | | | | | - | (325.00) |
| Transfers | | | | | | | (10,694.57) |
| Total Disbursements | | (29,023.33) | - | - | - | (29,023.33) | (62,553.91) |
| Cash end of Month - September 30, 2016 | | 388.58 | - | - | - | (58.33) | 388.58 |

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | 29,023 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | - |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 52,294 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 81,317 |

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees |
|---|---|---|---|---|---|---|---|---|
| Ciardi, Ciardi and Austin | Nov. 1 to Nov. 30 | | No payment approved or paid in November 2016 | | | | | |
| Cofffey, Burlington & Crocket | Nov. 1 to Nov. 30 | | | | | | | |
| Feldman Firm PLLC | Nov. 1 to Nov. 30 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | Total | $          - | $          - |

In Re: _____**ScripsAmerica Inc.**_____      Case No **16-11991 (LLS)**      MOR-1a

Reporting Period : **November 1 to 30, 2016**

### Bank Reconciliations

| | Bank Acct # | Wells Fargo xxx2337 | Wells Fargo xxx7581 | Wells Fargo xxx8287 | PNC BANK xxx5642 |
|---|---|---|---|---|---|
| Balance per books | | 388.58 | - | - | - |
| Bank Balance | | 388.58 | - | - | - |
| Deposits in transits | | - | | | |
| Outstanding checks | | - | | | |
| Adjusted Bank Balance | | - | - | - | - |
| Difference | | - | - | - | - |

Deposits in transits

    none

Checks Outstanding

    none

# Analyzed Business Checking

Account number: **6968562337** ■ November 1, 2016 - November 30, 2016 ■ Page 1 of 2



SCRIPSAMERICA INC
DEBTOR IN POSSESSION
CH 11 CASE # 16-11991 (DE)
1094 MAIN AVE STE A
CLIFTON NJ 07011-2384

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online: wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 6968562337 | $446.92 | $28,965.00 | -$29,023.33 | $388.59 |

## Credits

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/09 | 8,500.00 | Online Transfer From Lake Side Pharmacy, Ll Business Checking xxxxxx8761 Ref #Ibecmhlzjr on 11/09/16 |
| | 11/16 | 8,500.00 | Online Transfer From Lake Side Pharmacy, Ll Business Checking xxxxxx8761 Ref #Ibenbq5Wk2 on 11/16/16 |
| | 11/17 | 11,965.00 | Deposit Made In A Branch/Store |
| | | **$28,965.00** | **Total electronic deposits/bank credits** |
| | | **$28,965.00** | **Total credits** |

## Debits

**Electronic debits/bank debits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/04 | 108.08 | Client Analysis 1609 2000019547581 |
| | 11/09 | 8,500.00 | WT Seq#78895 Equity Partners Hg LLC /Bnf=Equity Partners Hg LLC Srf# 0068058314674394 Trn#161109078895 Rfb# |
| | 11/14 | 28.90 | Client Analysis Srvc Chrg 161110 Svc Chge 1016 000006968562337 |
| | 11/16 | 8,500.00 | WT Seq103362 Equity Partners Hg LLC /Bnf=Equity Partners Hg LLC Srf# IN16111606313063 Trn#161116103362 Rfb# 000001047 |
| | | **$17,136.98** | **Total electronic debits/bank debits** |

Account number:  **6968562337**  ■ November 1, 2016 - November 30, 2016  ■ Page 2 of 2



**Checks paid**

| Number | Amount | Date | Number | Amount | Date |
|--------|--------|------|--------|--------|------|
| 1010 | 3,397.74 | 11/22 | 1011 | 8,488.61 | 11/21 |
| | **$11,886.35** | | **Total checks paid** | | |
| | **$29,023.33** | | **Total debits** | | |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/31 | 446.92 | 11/14 | 309.94 | 11/21 | 3,786.33 |
| 11/04 | 338.84 | 11/16 | 309.94 | 11/22 | 388.59 |
| 11/09 | 338.84 | 11/17 | 12,274.94 | | |
| | **Average daily ledger balance** | | **$2,068.07** | | |

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

**ScripsAmerica, Inc**
**Cash disbursement Journal**
November 1 to November 30, 2016

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| 1031 * Wells FargoDDA | | | | | | | | 0.00 |
| Check | 11/9/2016 | WT | Equity Partners HG | | 6330 - Broker fees | | 8,500.00 | 8,500.00 |
| Check | 11/4/2016 | WT | Wells Fargo bank | | 6750 * Bank service fees | | 28.90 | 8,528.90 |
| Check | 11/6/2016 | WT | Wells Fargo bank | | 6750 * Bank service fees | | 108.08 | 8,636.98 |
| check | 11/8/2016 | 1010 | Bolder Design | | 2100 * Accrued payable | | 3,397.74 | 12,034.72 |
| Deposit | 11/8/2016 | 1011 | Forest Financial | | 6750 * Bank service fees | | 8,488.61 | 20,523.33 |
| | | | | | | | | 20,523.33 |
| Total 1031 * Wells Fargo DDA | | | | | | 0.00 | 20,523.33 | 20,523.33 |
| | | | | TOTAL | | 0.00 | 20,523.33 | 20,523.33 |

## Outside Sources Disbursement Journal

| Type | Date | Name | Split | Debit | Credit | | Balance |
|------|------|------|-------|-------|--------|--|---------|
| e-Check | 11/4/2016 | Pharmacy Administration Inc | Payroll expenses | | 10,597.52 | a | |
| e-Check | 11/5/2016 | Pharmacy Administration Inc | Payroll Taxes | | 5,549.99 | b | |
| e-Check | 11/4/2016 | Pharmacy Administration Inc | Payroll expenses | | 15,750.00 | e | |
| JE | 11/5/2016 | Adjustment for non ScripsAmerica employees | | 5,750 | | a | 26,147.51 |
| e-Check | 11/0/2016 | Pharmacy Administration Inc | Payroll expenses | | 4,310.01 | c | |
| e-Check | 11/0/2016 | Pharmacy Administration Inc | Payroll Taxes | | 2,418.12 | d | |
| | | note employee received funds on 11/30/16  bank did not record until 12/05/16 | | | | | 6,728.13 |
| e-transfer | 11/8/2016 | P.I.M.D International LLC | Advance Salary | | 900.00 | f | |
| | 11/1/2016 | P.I.M.D International LLC | Advance Salary | | 300.00 | g | |
| | 11/3/2016 | P.I.M.D International LLC | Advance Salary | | 900.00 | h | |
| | 11/5/2016 | P.I.M.D International LLC | Advance Salary | | 800.00 | i | 2,900.00 |
| | 11/8/2016 | LakeSide Pharmacy | Advance Salary | | 500.00 | j | |
| | 11/8/2016 | LakeSide Pharmacy | Advance Salary | | 500.00 | k | |
| | 11/0/2016 | LakeSide Pharmacy | Advance Salary | | 1,000.00 | l | 2,000.00 |
| | | | Total funds used to pay payroll expense | | | | 37,776 |
| | | Jeff Andrews | Payroll Accrual | | | | 1,388 |
| | | Jeff Andrews | Payroll Taxes | | | | 3,131 |
| | | Brian Ettinger | Pay | | | | 10,000 |
| | | | | | | | 14,519 |
| | | | | | | | 52,295 |

Note: "14,519" appears to the right of the Brian Ettinger "10,000" row in a separate column.

**In Re:  ScripAmeica Inc.**

Case No:  **16 - 11991 (LSS)**   MOR-2
Reporting period  **November 1 to 30, 2016**

## STATEMENT OF OPERATIONS

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is
realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| Revenues | | Month | | Cummulative filing to date |
|---|---|---|---|---|
| Gross Revenues | $ | - | $ | - |
| Less:  Returns and Allowances | | | | |
| Net Revenue | $ | - | $ | - |
| **COST OF GOODS SOLD** | | | | |
| Beginning Inventory | | | | |
| Add: Purchases | | | | |
| Add: Cost of Labor | | | | |
| Add: Other Costs (attach schedule) | | | | |
| Less: Ending Inventory | | | | |
| Cost of Goods Sold | | | | |
| Gross Profit | $ | - | $ | - |
| **OPERATING EXPENSES** | | | | |
| Payroll | | 41,194 | | 123,582 |
| Payroll Taxes | | 11,100 | | 33,300 |
| Auto and Truck Expense | | | | - |
| Bad Debts | | | | - |
| Employee Benefits Programs | | | | - |
| Insider Compensation* | | | | - |
| Insurance | | 8,489 | | 25,594 |
| Management Fees/Bonuses | | | | - |
| Office Expense | | 172 | | 578 |
| Repairs and Maintenance | | | | - |
| Rent and Lease Expense | | | | - |
| Computer and IT Maintenance | | 1,499 | | 8,397 |
| Supplies | | | | - |
| Broker fees  -  Equity Partners HG | | 17,000 | | 17,000 |
| Taxes - Other | | | | - |
| Travel and Entertainment | | | | - |
| Utilities | | | | - |
| Other (attach schedule) | | | | - |
| Total Operating Expenses Before Depreciation | $ | 79,454 | $ | 208,451 |
| Depreciation/Depletion/Amortization | | | $ | - |
| **Net Profit (Loss) Before Other Income & Expenses** | $ | (79,454) | $ | (208,451) |
| **OTHER INCOME AND EXPENSES** | | | | |
| Other Income (attach schedule) | | | | - |
| Interest Expense | | | | - |
| Other Expense (attach schedule) | | | $ | - |
| Net Profit (Loss) Before Reorganization Items | $ | (79,454) | $ | (208,451) |
| **REORGANIZATION ITEMS** | | | | |
| Professional Fees | | 100,585 | | 342,734 |
| U. S. Trustee Quarterly Fees | | - | | 650 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | | | - |
| Gain (Loss) from Sale of Equipment | | | | - |
| Other Reorganization Expenses (attach schedule) | | | | - |
| Total Reorganization Expenses | | | | - |
| Income Taxes | | | | - |
| **Net Profit (Loss)** | $ | (180,039) | $ | (551,835) |

In Re:  ScripAmeica Inc.

Case No:    **16 - 11991 (LSS)**    MOR-3
Reporting period    **September 8 to November 30, 2016**

Chapter 11

## BALANCE SHEET

| ASSETS<br>CURRENT ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Unrestricted Cash and Equivalents | 389 | | 10,783 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | | |
| Accounts Receivable (Net) | 68,220 | | 92,720 |
| Notes Receivable | | | |
| Inventories | - | | - |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets (attach schedule) | | | |
| TOTAL CURRENT ASSETS | 68,609 | $ | 103,503 |
| **PROPERTY AND EQUIPMENT** | | | |
| Real Property and Improvements | | | |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less Accumulated Depreciation | | | |
| TOTAL PROPERTY & EQUIPMENT | - | $ | - |
| **OTHER ASSETS** | | | |
| Investments | 272,000 | | 272,000 |
| Deposits | 160,520 | | 160,520 |
| TOTAL OTHER ASSETS | 432,520 | $ | 432,520 |
| **TOTAL ASSETS** | $    **501,129** | | $    **536,023** |
| LIABILITIES AND OWNER EQUITY<br>LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
| Accounts Payable | 15,360 | | |
| Taxes Payable (refer to FORM MOR-4) | 6,263 | | |
| Ironridge Settlement | | | |
| Notes Payable | | | |
| Stock to be issued | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | 342,734 | | |
| Inter-Company | 4,474,455 | | 4,321,871 |
| Other Postpetition Liabilities (attach schedule) | | | |
| TOTAL POSTPETITION LIABILITIES | $    4,838,812 | | $    4,321,871 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | - | | |
| Priority Debt | - | | |
| Unsecured Debt | 4,495,864 | | 4,495,864 |
| TOTAL PRE-PETITION LIABILITIES | 4,495,864 | $ | 4,495,864 |
| **TOTAL LIABILITIES** | $    9,334,676 | $ | $    8,817,735 |
| **OWNER EQUITY** | | | |
| Capital Stock | 141,115 | | 141,115 |
| Additional Paid-In Capital | 15,724,715 | | 15,724,715 |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | (24,147,542) | | (24,147,542) |
| Retained Earnings - Postpetition | (551,835) | | |
| Adjustments to Owner Equity (attach schedule) | | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | | |
| NET OWNER EQUITY | $    (8,833,547) | $ | $    (8,281,712) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $    **501,129** | | $    **536,023** |

Re: ScripsAmerica, Inc.  
      Debtor

Case No.     16-11991  
Reporting Period:   November 1 to 30, 2016

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.  
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.  
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding  (1) | 1,524 | 5,290 | 3,765 | 11/15  &  11/30 | EFT to Paychex | 3,049 |
| FICA-Employee  (1) | 669 | 2,296 | 1,626 | 11/15  &  11/30 | EFT to Paychex | 1,339 |
| FICA-Employer  (1) | 668 | 2,294 | 1,626 | 11/15  &  11/30 | EFT to Paychex | 1,336 |
| Unemployment | | | | | | - |
| Income | - | | | | | - |
| Other: Penalties & Interest | - | | | | | - |
|    Total Federal Taxes | **2,861** | **9,880** | **7,017** | - | - | **5,724** |
| **State and Local** | | | | | | |
| Withholding - NJ   (1) | - | 682 | 682 | 11/15  &  11/30 | EFT to Paychex | - |
| Withholding - PA   (1) | 270 | 538 | 269 | 11/15 | EFT to Paychex | 539 |
| Local | | | | | | - |
| Sales | | | | | | - |
| Excise | | | | | | - |
| Unemployment | | | | | | - |
| Real Property | | | | | | - |
| Personal Property | - | | | | | - |
| Other: Penalties | - | | | | | - |
|    Total State and Local | 270 | 1,220 | 951 | | | 539 |
| **Total Taxes** | **3,131** | **11,100** | **7,968** | - | - | **6,263** |

(1)  The Debtors' payroll taxes are remitted pursuant to an agreement with PayChex, a payroll service provider.  Each pay period, the Debtors remit the required amount of payroll taxes to Paychex, which files the appropriate federal, state and local payrol tax returns.  See attached bankstatements provide within this report for proof of payment

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | - | | | | | - |
| Wages Payable Accrual | 11,387 | 3,648 | | | | 15,035 |
| Taxes Payable | 3,132 | 3,131 | | | | 6,263 |
| Taxes Penalties & Interes Accrual | | | | | | - |
| Rent/Leases-Building | | | | | | - |
| Rent/Leases-Equipment | | | | | | - |
| Secured Debt/Adequate Protection Payments | | | | | | - |
| Professional Fees | 100,585 | 118,493 | 123,656 | | | 342,734 |
| Amounts Due to Insiders* | | | | | | - |
| Other:   US Trustee fee | - | - | 325 | | | 325 |
| Other: | | | | | | - |
| **Total Postpetition Debts** | **115,104** | **125,272** | **123,981** | - | - | **364,357** |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**          -

*"Insider" is defined in 11 U.S.C. Section 101(31).

**ScripsAmerica, Inc**

**Cash disbursement Journal**

November 1 to November 30, 2016

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| **1031 * Wells Fargo DDA** | | | | | | | | 0.00 |
| Check | 11/09/2016 | WT | Equity Partners HG | | 6330 - Broker fees | | 8,500.00 | 8,500.00 |
| Check | 11/14/2016 | WT | Wells Fargo bank | | 6750 * Bank service fees | | 28.90 | 8,528.90 |
| Check | 11/16/2016 | WT | Wells Fargo bank | | 6750 * Bank service fees | | 108.08 | 8,636.98 |
| check | 11/18/2016 | 1010 | Bolder Design | | 2100 * Accrued payable | | 3,397.74 | 12,034.72 |
| Deposit | 11/18/2016 | 1011 | Forest Financial | | 6750 * Bank service fees | | 8,488.61 | 20,523.33 |
| | | | | | | | | 20,523.33 |
| Total 1031 * Wells Fargo DDA | | | | | | 0.00 | 20,523.33 | 20,523.33 |
| | | | | | TOTAL | 0.00 | 20,523.33 | 20,523.33 |

## Outside Sources Disbursement Journal

| Type | Date | Name | Split | Debit | Credit | | Balance |
|------|------|------|-------|-------|--------|---|---------|
| e-Check | 11/14/2016 | Pharmacy Administration Inc | Payroll expenses | | 10,597.52 | a | |
| e-Check | 11/15/2016 | Pharmacy Administration Inc | Payroll Taxes | | 5,549.99 | b | |
| e-Check | 11/14/2016 | Pharmacy Administration Inc | Payroll expenses | | 15,750.00 | e | |
| JE | 11/15/2016 | Adjustment for non ScripsAmerica employees | | 5,750 | | a | 26,147.51 |
| e-Check | 11/30/2016 | Pharmacy Administration Inc | Payroll expenses | | 4,310.01 | c | |
| e-Check | 11/30/2016 | Pharmacy Administration Inc | Payroll Taxes | | 2,418.12 | d | |
| | | note employee received funds on 11/30/16  bank did not record until 12/05/16 | | | | | 6,728.13 |
| e-transfer | 11/08/2016 | P.I.M.D International LLC | Advance Salary | | 900.00 | f | |
| | 11/21/2016 | P.I.M.D International LLC | Advance Salary | | 300.00 | g | |
| | 11/23/2016 | P.I.M.D International LLC | Advance Salary | | 900.00 | h | |
| | 11/25/2016 | P.I.M.D International LLC | Advance Salary | | 800.00 | i | 2,900.00 |
| | 11/28/2016 | LakeSide Pharmacy | Advance Salary | | 500.00 | j | |
| | 11/28/2016 | LakeSide Pharmacy | Advance Salary | | 500.00 | k | |
| | 11/30/2016 | LakeSide Pharmacy | Advance Salary | | 1,000.00 | l | 2,000.00 |
| | | | Total funds used to pay payroll expense | | 37,776 | | |
| | | Jeff Andrews | Payroll Accrual | | 1,388 | | |
| | | Jeff Andrews | Payroll Taxes | | 3,131 | | |
| | | Brian Ettinger | Pay | | 10,000 | | 14,519 |
| | | | | | 52,295 | | |

Account number:  ~~9988~~10943  ▪  November 1, 2016 - November 30, 2016  ▪  Page 2 of 4



Pharmacy ADMINISTRATION INC

### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/18 | 2,000.00 | Online Transfer From Lake Side Pharmacy, LI Business Checking xxxxxx8761 Ref #Ibe8Qjsz7T on 11/18/16 |
| | 11/21 | 538.26 | Online Transfer From P.I.M.D. International Business Checking xxxxxx0610 Ref #Ibe5Thymhw on 11/20/16 |
| | 11/22 | 450.00 | ADP Payroll Fees ADP - Fees 161122 2Rvb5 6075494 Pharmacy Administratio |
| | 11/22 | 7,000.00 | Online Transfer From Lake Side Pharmacy, LLC Business Checking xxxxxx8761 Ref #Ib03346L4W on 11/22/16 |
| | 11/22 | 4,500.00 | Online Transfer From Lake Side Pharmacy, LI Business Checking xxxxxx8753 Ref #Ibe8Qksjq5 on 11/22/16 |
| | 11/23 | 300.00 | Online Transfer From P.I.M.D. International Business Checking xxxxxx0610 Ref #Ibe2Xh26Tm on 11/23/16 |
| | 11/23 | 300.00 | Online Transfer From Main Avenue Pharmacy I Business Checking xxxxxx7228 Ref #Ibev4W2Lzb on 11/23/16 |
| | 11/23 | 1,500.00 | Online Transfer From Lake Side Pharmacy, LI Business Checking xxxxxx8761 Ref #Ibekfqnh4S on 11/23/16 |
| | 11/23 | 500.00 | Online Transfer From Lake Side Pharmacy, LI Business Checking xxxxxx8779 Ref #Ibe5Tjp78M on 11/23/16 |
| | 11/23 | 750.00 | Online Transfer From Lake Side Pharmacy, LI Business Checking xxxxxx8753 Ref #Iber7Tmnnb on 11/23/16 |
| | 11/23 | 2,900.00 | Online Transfer From P.I.M.D. International Business Checking xxxxxx0610 Ref #Ibenbs3Mf2 on 11/23/16 |
| | 11/25 | 120.00 | Online Transfer From P.I.M.D. International Business Checking xxxxxx0610 Ref #Ibe8Qlh9Qb on 11/25/16 |
| | | **$94,140.39** | **Total electronic deposits/bank credits** |
| | | **$94,140.39** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/01 | 77.24 | Paychex Eib Invoice 161101 x68627200006555 Pharmacy Administratio |
| | 11/02 | 95.21 | Federal Express Debit 161101 MMA22130079 Main Ave Pharmacy |
| | 11/02  For 10/31 | 5,750.00 | Paychex Inc. Payroll 68662600020168x Pharmacy Administratio |
| | 11/03 | 250.00 | Online Transfer to Powell Strategic Advisor Ref #Ibekfjv8Zj Business Checking Atlanta Trip |
| | 11/03 | 23.46 | Federal Express Debit 161102 MMA22143471 Main Ave Pharmacy |
| | 11/03 | 71.99 | Paychex Eib Invoice 161103 x68673100008788 Pharmacy Administratio |
| | 11/08 | 12,055.92 | Paychex Inc. Payroll 68746100014484x Pharmacy Administratio |
| | 11/09 | 7.22 | Federal Express Debit 161108 MMA22203458 Main Ave Pharmacy |
| | 11/09 | 82.87 | Paychex Eib Invoice 161109 x68751100011049 Pharmacy Administratio |
| | 11/09 | 5,697.74 | Paychex Tps Taxes 110716 68749800003298x Pharmacy Administratio |
| | 11/10 | 12.50 | Federal Express Debit 161109 MMA22217671 Main Ave Pharmacy |
| | 11/14   | 10,597.52 | Paychex Inc. Payroll 68804700003091x Pharmacy Administratio |
| | 11/14 | 20.43 | Federal Express Debit 161111 MMA22246635 Main Ave Pharmacy |
| | 11/15 | 9.72 | Federal Express Debit 161114 MMA22262204 Main Ave Pharmacy |

Account number: ~~4986~~810943 ■ November 1, 2016 - November 30, 2016 ■ Page 3 of 4



 *Harmony ADMIN.*

### Electronic debits/bank debits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/15 | 77.24 | Paychex Eib Invoice 161115 x68822100000288 Pharmacy Administratio |
| | 11/15 *taxes* | 5,549.99 | Paychex Tps Taxes 111016 68813400013674x Pharmacy Administratio |
| 11/15 | 11/16 *fax + 3 att* | 15,750.00 | Paychex Inc. Payroll 68848800005167x Pharmacy Administratio |
| | 11/16 | 35.00 | Overdraft Fee for a Transaction Received on 11/15 $15,750.00 Paychex Inc. Payroll 688488000051 67x Pharmacy Administratio |
| | 11/16 | 71.99 | Paychex Eib Invoice 161116 x68854000013645 Pharmacy Administratio |
| | 11/18 | 2,000.00 | WT Seq#36116 Low Country Capital Str /Bnf=Low Country Capital Strategies Inc Srf# IN16111805321230 Trn#161118036116 Rfb# 000001048 |
| | 11/18 | 21.00 | ADP Payroll Fees ADP - Fees 161118 2Rvb5 5924820 Pharmacy Administratio |
| | 11/18 | 25.00 | Federal Express Debit 161116 MMA22292749 Main Ave Pharmacy |
| | 11/18 | 34.65 | Federal Express Debit 161117 MMA22306139 Main Ave Pharmacy |
| | 11/21 | 538.26 | Online Transfer to Powell Strategic Advisor Ref #Ibe2Xgg35Z Business Checking Jeffs Phone |
| | 11/22 | 12,268.28 | Paychex Inc. Payroll 68945600009782x Pharmacy Administratio |
| | 11/23 | 73.47 | Federal Express Debit 161122 MMA22351816 Main Ave Pharmacy |
| | 11/23 | 82.87 | Paychex Eib Invoice 161123 x68955600015296 Pharmacy Administratio |
| | 11/23 | 5,776.40 | Paychex Tps Taxes 112116 68947600019626x Pharmacy Administratio |
| | 11/25 | 35.96 | Federal Express Debit 161123 MMA22365658 Main Ave Pharmacy |
| | 11/25 | 195.50 | ADP Payroll Fees ADP - Fees 161125 2Rvb5 6600134 Pharmacy Administratio |
| | | **$77,287.43** | **Total electronic debits/bank debits** |

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1036 | 1,983.15 | 11/04 | 1047 | 11,000.00 | 11/15 | 1052 | 7,500.00 | 11/02 |
| 1046 * | 447.68 | 11/18 | 1051 * | 365.10 | 11/22 | 1053 | 2,613.43 | 11/15 |
| | **$23,909.36** | | **Total checks paid** | | | | | |

\* Gap in check sequence.

| | $101,196.79 | **Total debits** |
|---|---|---|

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/31 | 7,071.67 | 11/09 | 226.87 | 11/18 | 492.85 |
| 11/01 | 13,744.43 | 11/10 | 214.37 | 11/21 | 492.85 |
| 11/02 | 399.22 | 11/14 | 515.12 | 11/22 | -190.53 |
| 11/03 | 2,303.77 | 11/15 | 9,878.17 | 11/23 | 126.73 |
| 11/04 | 320.62 | 11/16 | 1,021.18 | 11/25 | 15.27 |
| 11/08 | 6,014.70 | | | | |
| | **Average daily ledger balance** | | **$788.01** | | |

Account number: ~~8886310943~~   ■   December 1, 2016 - December 31, 2016   ■   Page 2 of 3



*Pharm ADMIN*

### Electronic deposits/bank credits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/30 | 2,000.00 | Online Transfer From P.I.M.D. International, LLC Business Checking xxxxxx0610 Ref #Ib033Ynws3 on 12/30/16 |
| | 12/30 | 3,000.00 | Online Transfer From Lake Side Pharmacy, LLC Business Checking xxxxxx8761 Ref #Ib033Yq5Mv on 12/30/16 |
| | | **$101,397.45** | **Total electronic deposits/bank credits** |
| | | **$101,397.45** | **Total credits** |

### Debits
#### Electronic debits/bank debits

*Payroll Recurred by Employee on 11/30*
*Retry by Paychex*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/01 | 35.00 | NSF Return Item Fee for a Transaction Received on 11/30 $2,418.12 Paychex Tps Taxes 112916 690534000069 45x Pharmacy Administratio |
| | 12/01 | 35.00 | NSF Return Item Fee for a Transaction Received on 11/30 $4,310.01 Paychex Inc. Payroll 690533000121 48x Pharmacy Administratio |
| | 12/01 | 41.91 | Federal Express Debit 161130 MMA22437176 Main Ave Pharmacy |
| | 12/01 | 77.24 | Paychex Eib Invoice 161201 x69060800010941 Pharmacy Administratio |
| | 12/02 | 122.25 | ADP Payroll Fees ADP - Fees 161202 2Rvb5 6991976 Pharmacy Administratio |
| | 12/05 | 61.53 | Federal Express Debit 161202 MMA22467165 Main Ave Pharmacy |
| | 12/05 | 2,418.12 | Paychex Tps Retry Pymt 120216 69105700003585x Pharmacy Administratio |
| | 12/05 | 4,310.01 | Paychex Inc. Retry Pymt 69104500012995x Pharmacy Administratio *Received 11/30* |
| | 12/05 | 16,037.51 | Paychex Inc. Payroll 69106600013904x Pharmacy Administratio |
| | 12/06 | 275.24 | Paychex Eib Invoice 161206 x69115800002008 Pharmacy Administratio |
| | 12/06 | 3,131.87 | Paychex Tps Taxes 120216 69110100005950x Pharmacy Administratio |
| | 12/06 | 11,063.91 | Paychex Inc. Payroll 69122200025975x Pharmacy Administratio |
| | 12/07 | 500.00 | Online Transfer to Powell Strategic Advisor Business Checking xxxxxxxxx8546 Ref #Ibev4Zfyth on 12/07/16 |
| | 12/07 | 23.36 | Federal Express Debit 161206 MMA22501087 Main Ave Pharmacy |
| | 12/07 | 82.87 | Paychex Eib Invoice 161207 x69135700009738 Pharmacy Administratio |
| | 12/07 | 5,494.79 | Paychex Tps Taxes 120516 69123900009924x Pharmacy Administratio |
| | 12/08 | 23.48 | Federal Express Debit 161207 MMA22515711 Main Ave Pharmacy |
| | 12/09 | 35.00 | Overdraft Fee for a Transaction Posted on 12/08 $491.25 Check # 01055 |
| | 12/12 | 200.00 | Online Transfer to P.I.M.D. International, Business Checking xxxxxx0610 Ref #Ibe5Tp54Lv on 12/12/16 |
| | 12/12 | 10.05 | Federal Express Debit 161209 MMA22546033 Main Ave Pharmacy |
| | 12/14 | 26,347.52 | Paychex Inc. Payroll 69235100005405x Pharmacy Administratio |
| | 12/15 | 76.98 | Federal Express Debit 161214 MMA22580412 Main Ave Pharmacy |
| | 12/15 | 77.24 | Paychex Eib Invoice 161215 x69253400030116 Pharmacy Administratio |
| | 12/15 | 5,549.99 | Paychex Tps Taxes 121316 69237900015965x Pharmacy Administratio |
| | 12/19 | 435.96 | Online Transfer to Powell Strategic Advisor Ref #Ibe5Tqt3M4 Business Checking Telephone |
| | 12/19 | 500.00 | Online Transfer to Powell Strategic Advisors Inc Business Checking xxxxxxxxx8546 Ref #Ib033R28Xn on 12/18/16 |
| | 12/20 | 9,242.38 | Paychex Inc. Payroll 69314700025558x Pharmacy Administratio |
| | 12/21 | 8.35 | Federal Express Debit 161220 MMA22641765 Main Ave Pharmacy |



*PIMD    INTERNATIONAL   LLC*

## Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/29 | 10,620.00 | WT Fed#01229 Signature Bank /Org=One Source Pharmacy and Medica Srf# 2579658258 Trn#161129157442 Rfb# |
| | 11/30 | 317.00 | Overdraft Xfer From Credit Card OR Line |
| | | **$53,512.75** | **Total electronic deposits/bank credits** |
| | | **$53,512.75** | **Total credits** |

# Debits

## Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/01 | 3,750.00 | Online Transfer to Pharmacy Administration, Ref #Ibe2x8P6Rw Business Checking Transfer |
| | 11/01 | 1,500.00 | Bscs Technology Cash C&D Ttrx Pimd International |
| | 11/02 | 1,008.49 | Frontstream Fees SEP 161101 84870015410481 Pimd International |
| | 11/03 | 1,500.00 | Online Transfer to Yorkshire Pharmacy Inc Business Checking xxxxxx6381 Ref #Ibe2x9Hdg6 on 11/03/16 |
| | 11/08 | F  900.00 | Online Transfer to Powell Strategic Advisor Ref #Ibenbmq4Wk Business Checking Life Insurance |
| | 11/08 | 10,000.00 | Online Transfer to Yorkshire Pharmacy Inc Business Checking xxxxxx6381 Ref #Ibe5Tdcspn on 11/08/16 |
| | 11/14 | 199.53 | Client Analysis Srvc Chrg 161110 Svc Chge 1016 000005715640610 |
| | 11/14 | 500.00 | Online Transfer to Pharmacy Administration, Business Checking xxxxxx0943 Ref #Ibexztc45J on 11/11/16 |
| | 11/14 | 6,923.11 | Paychex Inc. Payroll 68806600018511x Pimd International LLC |
| | 11/15 | 77.24 | Paychex Eib Invoice 161115 x68822100010899 Pimd International LLC |
| | 11/15 | 2,450.17 | Paychex Tps Taxes 111016 68813400013681x Pimd International LLC |
| | 11/18 | 3,000.00 | Online Transfer Ref #Ibexzwdcqs to Wells Fargo Business Signature Card Xxxxxxxxxxxx4419 on 11/18/16 |
| | 11/18 | 7.00 | ADP Payroll Fees ADP - Fees 161118 2Rgmc 5789467 Pimd International LLC |
| | 11/21 | 538.26 | Online Transfer to Pharmacy Administration, Business Checking xxxxxx0943 Ref #Ibe5Thymhw on 11/20/16 |
| | 11/21 | 5,000.00 | Online Transfer Ref #Ibecmm6J6C to Wells Fargo Business Signature Card Xxxxxxxxxxxx4419 on 11/21/16 |
| | 11/21 | G  300.00 | Online Transfer to Powell Strategic Advisor Business Checking xxxxxxxxx8546 Ref #Ibenbrlg9B on 11/21/16 |
| | 11/21 | 80.87 | City of Pooler Utility DD 161121 02-02260-01 Pimd International LLC |
| | 11/21 | 225.00 | Sav Gpc EFT 2817525047Sav Pimd International |
| | 11/21 | 411.29 | Sav Gpc EFT 1305375045Sav Pimd International |
| | 11/23 | 300.00 | Online Transfer to Pharmacy Administration, Business Checking xxxxxx0943 Ref #Ibe2Xh26Tm on 11/23/16 |
| | 11/23 | H  900.00 | Online Transfer to Powell Strategic Advisor Business Checking xxxxxxxxx8546 Ref #Ibe8Qkym26 on 11/23/16 |
| | 11/23 | 2,900.00 | Online Transfer to Pharmacy Administration, Business Checking xxxxxx0943 Ref #Ibenbs3Mf2 on 11/23/16 |

Account number: ̶3̶2̶1̶5̶0̶40610  ■  November 1, 2016 - November 30, 2016  ■  Page 3 of 3



*PIMD INTERNATIONAL LLC*

## Electronic debits/bank debits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/25 | 800.00 | Online Transfer to Powell Strategic Advisor Business Checking xxxxxxxxx8546 Ref #Ibecmmrgbz on 11/24/16 |
| | 11/25 | 120.00 | Online Transfer to Pharmacy Administration, Business Checking xxxxxx0943 Ref #Ibe8Qlh9Qb on 11/25/16 |
| | 11/25 | 200.00 | Online Transfer to Yorkshire Pharmacy Inc Business Checking xxxxxx6381 Ref #Ibe5Tk3Dlv on 11/25/16 |
| | 11/25 | 37.44 | Univest Capital ACH Xfer 112216 12963 P.I.M.D. International |
| | 11/29 | 584.00 | Online Transfer Ref #Iber7Vq6Jd to Wells Fargo Business Signature Card Xxxxxxxxxxxx4419 on 11/29/16 |
| | 11/29 | 2,500.00 | Bscs Technology Cash C&D Ttrx Pimd International |
| | 11/29 | 6,806.04 | Paychex Inc. Payroll 69023900005540x Pimd International LLC |
| | 11/30 | 65.00 | Terminix Checks 161129 1611290000001 10514454/0000071/2023 |
| | 11/30 | 77.24 | Paychex Eib Invoice 161130 x69039500016840 Pimd International LLC |
| | 11/30 | 2,415.11 | Paychex Tps Taxes 112816 69025700022185x Pimd International LLC |
| | | **$56,075.79** | **Total electronic debits/bank debits** |

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1125 | 3,900.00 | 11/04 | 1137 * | 377.80 | 11/15 | 1138 | 519.62 | 11/15 |
| | **$4,797.42** | | **Total checks paid** | | | | | |

* Gap in check sequence.

| | | |
|---|---|---|
| **$60,873.21** | **Total debits** | |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/31 | 6,773.77 | 11/08 | 1,453.23 | 11/21 | 2,093.34 |
| 11/01 | 1,523.77 | 11/10 | 4,988.23 | 11/23 | 1,281.14 |
| 11/02 | 6,178.23 | 11/14 | 2,180.59 | 11/25 | 123.70 |
| 11/03 | 4,678.23 | 11/15 | 155.76 | 11/28 | 923.70 |
| 11/04 | 778.23 | 11/17 | 11,655.76 | 11/29 | 1,653.66 |
| 11/07 | 12,353.23 | 11/18 | 8,648.76 | 11/30 | -586.69 |
| | **Average daily ledger balance** | | **$3,304.41** | | |

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: 4998418761 ■ November 1, 2016 - November 30, 2016 ■ Page 4 of 4



*LAKESIDE Pharmacy*

## Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/23 | 1,500.00 | Online Transfer to Pharmacy Administration, Business Checking xxxxxx0943 Ref #Ibekfqnh4S on 11/23/16 |
| | 11/25 | 60.00 | Merchant Service Merch Chbk 161122 8022482080 Lake Side Pharmacy |
| | 11/25 | 275.00 | Online Transfer to Main Avenue Pharmacy Inc Business Checking xxxxxx0984 Ref #Ib0335Xstw on 11/25/16 |
| | 11/28  *J* | 500.00 | Online Transfer to Powell Strategic Advisors Inc Business Checking xxxxxxxxx8546 Ref #Ib0336Gcwh on 11/26/16 |
| | 11/28  *K* | 500.00 | Online Transfer to Powell Strategic Advisor Business Checking xxxxxxxxx8546 Ref #Ibecmnk9W2 on 11/28/16 |
| | 11/29 | 400.00 | Online Transfer to Lake Side Pharmacy, LLC Business Checking xxxxxx8779 Ref #Ib0337S3G5 on 11/29/16 |
| | 11/29 | 3,500.00 | Online Transfer to Lake Side Pharmacy, LLC Business Checking xxxxxx8779 Ref #Ibev4x84FG on 11/29/16 |
| | 11/29 | 8,769.08 | Online Transfer to Yorkshire Pharmacy Inc Business Checking xxxxxx6381 Ref #Ibexzysfp6 on 11/29/16 |
| | 11/29 | 19,900.00 | Online Transfer to Lake Side Pharmacy, LLC Business Checking xxxxxx8779 Ref #Ibexzysfwr on 11/29/16 |
| | 11/29 | 11,561.57 | WT Fed#03585 Regions Bank /Ftr/Bnf=Titan Medical Marrketing LLC Srf# IN16112909282174 Trn#161129140230 Rfb# 000001050 |
| | 11/30  *L* | 1,000.00 | Online Transfer to Powell Strategic Advisors Inc Business Checking xxxxxxxxx8546 Ref #Ib0338Zljr on 11/30/16 |
| | | **$254,373.56** | **Total electronic debits/bank debits** |
| | | **$254,373.56** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/31 | 32,975.88 | 11/09 | 1,030.26 | 11/21 | 38,773.00 |
| 11/01 | 30,978.47 | 11/10 | 4,604.24 | 11/22 | 773.00 |
| 11/02 | 3,734.97 | 11/14 | 71,524.72 | 11/23 | 394.74 |
| 11/03 | 2,448.96 | 11/15 | 22,992.90 | 11/25 | 570.56 |
| 11/04 | 6,141.88 | 11/16 | 4,734.87 | 11/28 | 44,315.44 |
| 11/07 | 56,315.31 | 11/17 | 10,894.30 | 11/29 | 378.68 |
| 11/08 | 8,665.26 | 11/18 | 10,314.10 | 11/30 | 455.22 |
| | **Average daily ledger balance** | | **$12,276.71** | | |

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

## ScripsAmerica   -   Postpetition Debts  =  Accounts Payable

| | | Inv # | Date Inv | Amount | Explanation of services |
|---|---|---|---|---|---|
| | **Professional Fees:** | | | | |
| Sept | Coffey, Burlington & Crocket | 1 | 9/30/2016 | 2,950.00 | Fees for September |
| Sept | Ciardi, Ciardi and Astin | | 9/30/2016 | 108,565.24 | Bankrupcy layers fees for month of Sept + expense |
| Sept | Andrew Feldman | 75 | 9/30/2016 | 7,297.50 | Support work on Federal case |
| Sept | Andrew Feldman | 76 | 9/30/2016 | 998.75 | Support work on Federal case - expenses |
| Sept | Andrew Feldman | 77 | 9/30/2016 | 2,765.00 | Fees for September |
| Sept | Andrew Feldman | 78 | 9/30/2016 | 1,079.99 | Expenses for September |
| Sept | U.S. Trustee Payment | | 9/30/2016 | 325.00 | Q3 fees |
| October | Coffey, Burlington & Crocket | 2 | 10/31/2016 | 16,222.75 | Fees & expenses for October |
| October | Ciardi, Ciardi and Astin | | 10/31/2016 | 90,749.55 | Bankrupcy layers fees for month of Sept |
| October | Andrew Feldman | 84 | 10/30/2016 | 2,520.00 | Support work on Federal case |
| October | Bederson LLP | | 10/30/2016 | 9,000.00 | 2015 Fed Taxes & review forms |
| October | Jeff Andrews - Salary | | 10/30/2026 | 3,648.00 | |
| October | Jeff Andrews - Payroll taxes | | 10/30/2026 | 3,131.00 | |
| | Coffey, Burlington & Crocket | 3 | 11/30/2016 | 24,942.11 | November fees and expense |
| | Ciardi, Ciardi and Astin | | 11/30/2016 | 66,642.85 | November fees and expense |
| | Bederson LLP | | 11/30/2016 | 9,000.00 | 2015 Fed Taxes & review forms |
| | Jeff Andrews - Salary | | 11/30/2016 | 1,387.00 | |
| | Jeff Andrews - Payroll taxes | | 11/30/2026 | 3,132.00 | |
| | Brian Ettinger - Salary | | 11/30/2026 | 10,000.00 | |

| | Total November | 364,356.74 |
|---|---|---|

| | 11/30/16 balance |
|---|---|
| Coffey, Burlington & Crocket | 44,114.86 |
| Ciardi, Ciardi and Astin | 265,957.64 |
| Andrew Feldman | 14,661.24 |
| Bederson LLP | 18,000.00 |
| US Trustee | 325.00 |
| Jeff Andrews - Salary | 5,035.00 |
| Jeff Andrews - Payroll taxes | 6,263.00 |
| Brian Ettinger - Salary | 10,000.00 |
| | 364,356.74 |

In re  **ScripsAmerica, Inc**   Case No.   16-11991
   **Debtor**   Reporting Period:   November 1 to 30, 2016

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 80,220 |
| Plus:  Amounts billed during the period | |
| Less:  Amounts collected during the period | |
| Less: Bad Debt | 12,000 |
| Plus (Less): Change in Reserves | |
| Total Accounts Receivable at the end of the reporting period | 68,220 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | - |
| 31 - 60 days old | | | | | - |
| 61 - 90 days old | | | | | - |
| 91+ days old | | | | 68,220 | 68,220 |
| Total Accounts Receivable | - | - | - | 68,220 | 68,220 |
| | | | | | |
| Less:  Bad Debts (Amount considered uncollectible) | | | | | - |
| | | | | | |
| Net Accounts Receivable | - | - | - | 68,220 | 68,220 |

### TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 3,132 | 3131 | | | 6,263 |
| 31 - 60 days old | 0 | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | 3,132 | 3,131 | - | | 6,263 |
| Total Accounts Payable | | | | | |

In re __ScripsAmerica, Inc__          Case No. _____16-11991_____
      __Debtor__          Reporting Period: __November 1 to 30, 2016__

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Brian Ettinger - CEO | Salary | 13,650 | 42,540 |
| Jeffrey Andrews - CFO | Salary | 10,000 | 50,000 |
| | | | - |
| | | | - |
| | | | |
| *These payements made by outside Sourcess (Pharmacy Administration Inc.)* | | | |
| | | | |
| | TOTAL PAYMENTS TO INSIDERS | 23,650 | 92,540 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | - | - | |
| None Approved | | | - | - | |
| | | | - | - | |
| | | | - | - | |
| | | | - | - | |
| | | | | | |
| | | | | | |
| | TOTAL PAYMENTS TO PROFESSIONALS | | - | - | - |

\* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| None made | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | - | |

In re __ScripsAmerica, Inc_____

         **Debtor**

**Case No.** _____16-11991_____

**Reporting Period:** __November 1 to 30, 2016__

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | X | |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition payroll taxes past due? | X | Deferred pay reason for past due paid in December 2016 |
| 9 | Are any post petition State or Federal income taxes past due? | | X |
| 10 | Are any post petition real estate taxes past due? | | X |
| 11 | Are any other post petition taxes past due? | | X |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 | Are any amounts owed to post petition creditors delinquent? | | X (a) |
| 14 | Are any wage payments past due? | | X |
| 15 | Have any post petition loans been received by the Debtor from any party? | | X |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

(a) No post post petition professional fees have been approved as of filing