IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| SCRIPSAMERICA, INC., [1] | : Case No. 16-11991 (LSS) |
| Debtor. | : Re: Docket No(s). 252, _____ |

**ORDER AUTHORIZING PAYMENT AND APPROVING FIRST INTERIM AND FINAL APPLICATION OF CIARDI CIARDI & ASTIN FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD FROM SEPTEMBER 7, 2016 THROUGH FEBRUARY 7, 2017**

Ciardi Ciardi & Astin ("Ciardi"), bankruptcy counsel to ScripsAmerica, Inc., the debtor and debtor in possession in the above-captioned case, having filed its first interim and final application for allowance of compensation and reimbursement of expenses (the "Application");[2] and parties-in-interest having received adequate notice; and the Court having considered the Application and having found the amounts requested in the Application to be reasonable; it is

ORDERED that the Application is granted as provided herein, and Ciardi is allowed compensation in the amount of $423,826.00 for services rendered and $14,341.05 as reimbursement for actual and necessary expenses incurred; and it is further

---

[1] The last four digits of the Debtor's federal tax identification number are 8594. On the date the above-captioned case was initiated, the location of the Debtor's corporate headquarters was 1094 Main Avenue, Suite A, Clifton, NJ 07011.

[2] Each capitalized term not otherwise defined herein shall have the meaning ascribed to such term in the Application.

ORDERED that Ciardi is hereby authorized to draw on the retainer it is holding in partial satisfaction of its allowed fees, with the remaining amount(s) constituting an allowed chapter 11 administrative claim; and it is further

ORDERED that the Trustee is authorized and directed to pay the remaining balance of Ciardi's allowed chapter 11 administrative claim when the Debtor's estate has sufficient funds to make a full or partial payment thereon.

Dated: June 8, 2017

_____
The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge