**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| SCRIPSAMERICA, INC.,[1] | Case No. 16-11991 (LSS) |
| Debtor. | **Re: D.I. 258, 313** |

**STATEMENT OF PARTIAL SATISFACTION OF ALLOWED CLAIMS OF**
**CIARDI CIARDI & ASTIN**

Pursuant to the order entered June 8, 2017 [D.I. 258] (the "Final Fee Order") approving Ciardi Ciardi & Astin's ("CC&A") *First Interim and Final Fee Application for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Counsel to the Debtor and Debtor in Possession for the Period from September 7, 2016 through February 7, 2017*, CC&A has unsatisfied compensation and reimbursement claims in the amounts of $323,826.00 and $14,341.05, respectively.

On May 9, 2019 [D.I. 313], this Court entered the *Order Approving Compromise and Settlement by and Between Charles A. Stanziale, Jr., as Chapter 7 Trustee of ScripsAmerica, Inc. and Main Line Pharmacy, Inc. and Robert Schneiderman et al. Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure* (the "D&O Settlement Order"). Pursuant to the D&O Settlement Order, CC&A was paid $150,000 on account of the Final Fee Order.

Dated: August 17, 2019
       Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (No. 4068)
Joseph J. McMahon, Jr. (No. 4819)
1204 N. King Street
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302) 658-1300 facsimile
jmcmahon@ciardilaw.com

*Attorneys for Debtor and*
 *Former Debtor in Possession*

---

[1] The last four digits of the Debtor's federal tax identification number are 8594. On the date the above-captioned case was initiated, the location of the Debtor's corporate headquarters was 1094 Main Avenue, Suite A, Clifton, NJ 07011.