# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| SCRIPSAMERICA, INC*., et al.*, | Case No. 16-11991 (LSS) <br> (Jointly Administered) |
| Debtors.[1] | |
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of SCRIPSAMERICA, INC., | Adv. Proc. No. 18-50724 (LSS) |
| Plaintiff, | |
| v. | |
| IRONRIDGE GLOBAL IV, LTD, LNK INTERNATIONAL, INC. a/k/a L.N.K. INTERNATIONAL, INC. and the SUFFOLK COUNTY COMPTROLLER, | |
| Defendant. | |

## STATUS REPORT

Charles A. Stanziale, Jr., in his capacity as Chapter 7 Trustee of ScripsAmerica, Inc., *et al.* (the "Trustee") hereby files the following status report: The parties have reached an agreement in principal and are currently addressing ancillary issues, including but not limited to a related New Jersey state court action in which IronRidge Global IV, Ltd. is a party. While the Covid-19 pandemic has delayed the process of finalizing a settlement agreement, the Trustee anticipates having a settlement motion on file within 30 days.

[Signature Page Follows]

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are: ScripsAmerica, Inc. (8594) and Main Avenue Pharmacy, Inc. (6335).

ME1 33477785v.1

| | |
|---|---|
| Dated: June 26, 2020<br>      Wilmington, Delaware | **McCARTER & ENGLISH, LLP**<br><br>*/s/ Kate Roggio Buck*<br>Kate Roggio Buck (DE# 5140)<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Tel: 302-984-6300<br>Fax: 302-984-6399<br>kbuck@mccarter.com<br><br>— and —<br><br>Jeffrey T. Testa, Esq.<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Tel: 973-622-4444<br>Fax: 973-624-7070<br>jtesta@mccarter.com<br><br>*Counsel to Charles A. Stanziale, Jr.,*<br>*the Chapter 7 Trustee* |