# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SCRIPSAMERICA, INC., *et al.*,<br><br>    Debtors.[1] | Chapter 7<br><br>Case No. 16-11991 (JTD)<br>(Jointly Administered) |
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of SCRIPSAMERICA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>IRONRIDGE GLOBAL IV, LTD,<br>LNK INTERNATIONAL, INC. a/k/a L.N.K. INTERNATIONAL, INC. and the<br>SUFFOLK COUNTY COMPTROLLER,<br><br>    Defendant. | Adv. Proc. No. 18-50724 (JTD) |

## STATUS REPORT

Charles A. Stanziale, Jr., in his capacity as Chapter 7 Trustee for the bankruptcy estates of ScripsAmerica, Inc., *et al.* (the "Trustee") hereby files the following status report: The parties have reached an agreement in principal to resolve this adversary proceeding and are currently addressing ancillary issues, including but not limited to a related New Jersey state court action in which IronRidge Global IV, Ltd. is a party and represented by state court counsel. The Trustee, through counsel, has made attempts to communicate with counsel for the defendants and anticipates having a settlement motion on file within 45 days. If a settlement agreement is not consummated in 45 days for any reason the Trustee shall advise the Court.

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are: ScripsAmerica, Inc. (8594) and Main Avenue Pharmacy, Inc. (6335).

ME1 35806552v.1

| | |
|---|---|
| Dated: March 2, 2021<br>Wilmington, Delaware | **McCARTER & ENGLISH, LLP**<br><br>*/s/ Kate R. Buck*<br>Kate Roggio Buck (DE# 5140)<br>Shannon D. Humiston (DE #5740)<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Tel: 302-984-6300<br>Fax: 302-984-6399<br>kbuck@mccarter.com<br>shumiston@mccarter.com<br><br>— and —<br><br>Jeffrey T. Testa, Esq.<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Tel: 973-622-4444<br>Fax: 973-624-7070<br>jtesta@mccarter.com<br><br>*Counsel to Charles A. Stanziale, Jr., the Chapter 7 Trustee* |