# CERTIFICATE OF SERVICE

I, Kate R. Buck, hereby certify that on March 2, 2021, I caused a true and correct copy of the foregoing *Status Report* to be served by first-class mail on the parties referenced below and via electronic mail, if indicated.

                                         */s/ Kate R. Buck*
                                         Kate R. Buck (DE# 5140)

| | |
|---|---|
| Ironridge Global IV, Ltd.<br>Attn: Officer, Managing/General Agent, or Other Agent Authorized to Receive Service of Process<br>Harbour House<br>Waterfront Drive<br>P.O. Box 972<br>Road Town, Tortola D8 VG1110 | LNK International, Inc.<br>Corporate Headquarters<br>22 Arkay Drive<br>Hauppauge, NY 11788 |
| Suffolk County Comptroller<br>Attn: John M. Kennedy, Jr., Comptroller, or Officer, Managing General Agent, or Legal Department<br>H. Lee Dennison Bldg.,<br>100 Veterans Memorial Hwy., P.O. Box 6100<br>Hauppauge, NY 11788-0099 | Suffolk County Comptroller<br>Attn: Louis A. Necroto, Chief Deputy Comptroller, or Officer, Managing or General Agent, or Legal Department<br>H. Lee Dennison Bldg.,<br>100 Veterans Memorial Hwy., P.O. Box 6100<br>Hauppauge, NY 11788-0099 |
| The State of New York State, c/o Suffolk County<br>Attn: Office of the Attorney General of the State of New York<br>The Capital<br>Albany, New York 12224 | Suffolk County, for the State of New York<br>Attn: Dennis M. Brown, Esq. County Attorney<br>H. Lee Dennison Bldg.,<br>100 Veterans Memorial Hwy., P.O. Box 6100<br>Hauppauge, NY 11788-0099 |
| John D. Demmy, Esq.<br>SAUL EWING ARNSTEIN & LEHR LLP<br>1201 N. Market St., Ste. 2300<br>Wilmington, DE 19801<br>john.demmy@saul.com | |